DEBORAH M. SMITH
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGORY JOHNSON and KIMBERLY JOHNSON, individually and on behalf of their minor children, MADISON JOHNSON and ALEXANDER JOHNSON,<br><br>        Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, NORTON SOUND HEALTH CORP., and KAREN F. O'NEILL, M.D.,<br><br>        Defendants. | Case No.  3:06-cv-00120-RRB<br><br>**STIPULATION TO DISMISS DEFENDANTS, NORTON SOUND HEALTH CORP. and KAREN F. O'NEILL, M.D.** |

       The parties, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1),

stipulate to dismiss the Defendants, Norton Sound Health Corp. and Karen F. O'Neill, M.D., with prejudice, each party to pay its own costs and attorneys' fees.

RESPECTFULLY SUBMITTED on August 10, 2006.

> DILLON & FINDLEY, PC
>
> s/ Ray Richard Brown (consent)
> 510 L Street, Suite 603
> Anchorage, AK 99501
> Phone: (907) 277-5400
> Fax: (907) 277-9896
> AK #8206012
>
> DEBORAH M. SMITH
> Acting United States Attorney
>
> s/ Susan J. Lindquist
> Assistant U. S. Attorney
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-3378
> Fax: (907) 271-2344
> E-mail: susan.lindquist@usdoj.gov
> AK #9008053