IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGORY JOHNSON and KIMBERLY JOHNSON, individually and on behalf of their minor children, MADISON JOHNSON and ALEXANDER JOHNSON,<br><br>          Plaintiffs,<br><br>  vs.<br><br>UNITED STATES OF AMERICA, NORTON SOUND HEALTH CORP., and KAREN F. O'NEILL, M.D.,<br><br>          Defendants. | ) Case No. 3:06-cv-00120-RRB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **[PROPOSED] ORDER TO**<br>) **DISMISS DEFENDANTS,**<br>) **NORTON SOUND HEALTH**<br>) **CORP. and KAREN F. O'NEILL,**<br>) **M.D.**<br>) |

The parties stipulated to dismiss the Defendants, Norton Sound Health Corp. and Karen F. O'Neill, M.D. The stipulation is approved and Norton Sound Health Corp. and Karen F. O'Neill, M.D., are dismissed as Defendants. The caption will be changed to reflect the United States of America as the only Defendant.

Date: _____                    _____
                                                                           Ralph B. Beistline
                                                                           United States District Court Judge