NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGORY JOHNSON AND KIMBERLY JOHNSON, individually and on behalf of their minor children, MADISON JOHNSON and ALEXANDER JOHNSON,<br><br>          Plaintiffs,<br><br>     vs<br><br>UNITED STATES OF AMERICA,<br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No.   3:06-cv-00120-RRB<br>)<br>)<br>)<br>)<br>) SCHEDULING AND PLANNING<br>)      CONFERENCE REPORT |

1.      **Meeting**. In accordance with F.R.Civ.P. 26(f), a meeting was held on September 7, 2006, and was attended by:

        Mauri Long              attorney for plaintiffs

        Susan Lindquist         attorney for defendant

The parties recommend the following:

2.    **Pre-Discovery Disclosures**.  The information required by F.R.Civ.P. 26(a)(1):

    __  __  have been exchanged by the parties

    __ x __  will be exchanged by the parties by **October 20, 2006.**

Proposed changes to disclosure requirements:  (*Insert proposed changes, if any*)

Preliminary witness lists

    __  __  have been exchanged by the parties

    __ x __  will be exchanged by the parties by **October 20, 2006**.

3.    **Contested Issues of Fact and Law**.   Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

    1.    Whether the IHS had a duty to arrange for air transportation for Mr. Johnson.
    2.    Whether IHS owed other duties to Mr. Johnson.
    3.    Whether IHS breached any duty.
    4.    Whether any delay or breach of duty caused Mr. Johnson damages.
    5.    What are his damages?

4.    **Discovery Plan**.  The parties jointly propose to the court the following discovery plan.

A. Discovery will be needed on the following issues:

see above

B. All discovery commenced in time to be completed by **June 29, 2007.**

C. Limitations on Discovery.

   1. Interrogatories

      _X_ No change from F.R.Civ.P. 33(a)

      ___ Maximum of ___ by each party to any other party.

      Responses due in ___ days.

   2. Requests for Admissions.

      ___ No change from F.R.Civ.P. 36(a).

      _X_ Maximum of _50_ requests.

      Responses due in _30_ days.

   3. Depositions.

      ___ No change from F.R.Civ.P. 30.

      _X_ Maximum of _20_ depositions by each party.

|  | Depositions not to exceed | 8 | hours unless agreed to by all parties. |

D. Reports from retained experts.

   \_\_\_ Not later than 90 days before the close of discovery subject to F.R.Civ.P 26(a)(2)(C).

   \_\_\_ Reports due:

From plaintiff **February 15, 2007**   From defendant **April 16, 2007**

E. Supplementation of disclosures and discovery responses are to be made:

   _X_ Periodically at 60-day intervals from the entry of scheduling and planning order.

   \_\_\_ As new information is acquired, but not later than 60 days before the close of discovery.

F. A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

   \_\_\_ 45 days prior to the close of discovery.

   _X_ Not later than **May 30, 2007.**

5. **Pretrial Motions**.

   _X_ No change from D.Ak. LR 16.1(c).

The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

___  Motions to amend pleadings or add parties to be filed not later than (*insert date*).

___  Motions under the discovery rules must be filed not later than (*insert date*).

___  Motions in limine and dispositive motions must be filed not later than (*insert date*).

6. **Other Provisions**:

   A. _X_ The parties do not request a conference with the court before the entry of the scheduling order.

   ___ The parties request a scheduling conference with the court on the following issue(s):
   (*Insert issues on which a conference is requested*)

   B.   Alternative Dispute Resolution. [D.Ak. LR 16.2]

   ___ This matter is not considered a candidate for court-annexed alternative dispute resolution.

   _x_ The parties will file a request for alternative dispute resolution not later than **May 1, 2007.**

   ___ Mediation    ___ Early Neutral Evaluation

   C.   The parties ___ do _x_ not consent to trial before a magistrate judge.

   D. Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

   ___ All parties have complied    _x_ Compliance not required by any party

7. **Trial**.

    A.    The matter will be ready for trial:

        ___ 45 days after the discovery close date.

        _x_ not later than **September 2007.**

    B.    This matter is expected to take   10   days to try.

    C.    Jury Demanded    Yes ___   X  No ___

        Right to jury trial disputed?    Yes ___   X  No ___

Dated: September 18, 2006

        Dillon & Findley, P.C.

        by: _s/ Ray R. Brown (consent)_
        Ray R. Brown
        Dillon & Findley, P.C.
        510 L Street, Suite 603
        Anchorage, AK 99501
        Phone: 277-5400
        Fax: 277-9896
        ray@dillonfindley.com
        AK #8206012

NELSON P. COHEN
United States Attorney

by:   s/ Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053