Ray R. Brown
DILLON & FINDLEY, P.C.
1049 W. 5th Avenue, Suite 100
Anchorage, AK  99501
Phone 277-5400
Fax   277-9896

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

GREGORY JOHNSON and KIMBERLY )
JOHNSON, individually and )
on behalf of their minor )
children, MADISON JOHNSON and )
ALEXANDER JOHNSON, )
                              )
            Plaintiffs, )
vs. )
                              )
UNITED STATES OF AMERICA, )
                              )
            Defendant. )
_____) Case No. 3:06-CV-00120-RRB

**NOTICE OF CHANGE OF ADDRESS**

NOTICE IS HEREBY GIVEN that the law firm of Dillon & Findley, P.C. has moved to 1049 W. 5th Avenue, Suite 100, Anchorage, Alaska 99501.  The phone (277-5400) and fax (277-9896) numbers remain the same.

Gregory Johnson, et al. v. USA, et al.
Case No. 3:06-CV-00120-RRB
NOTICE OF CHANGE OF ADDRESS
Page 1 of 2

DATED this 29th day of January 2007, at Anchorage, Alaska.

```
                              DILLON & FINDLEY, P.C.
                              Attorneys for Plaintiffs


                         By: s/Ray R. Brown
                              Ray R. Brown, ABA No. 8206012
                              1049 W. 5th Avenue, Suite 100
                              Anchorage, Alaska  99501
                              Phone:  277-5400
                              Fax:    277-9896
                              Email:  ray@dillonfindley.com
```

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2007 a copy of the foregoing **Notice of Change of Address** was served electronically on Susan J. Lindquist.

s/Ray R. Brown

Gregory Johnson, et al. v. USA, et al.
Case No. 3:06-CV-00120-RRB
NOTICE OF CHANGE OF ADDRESS
Page 2 of 2