Ray R. Brown
DILLON & FINDLEY, P.C.
1049 W. 5th Avenue, Suite 100
Anchorage, AK  99501
Phone 277-5400
Fax   277-9896

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

```
GREGORY JOHNSON and KIMBERLY   )
JOHNSON, individually and      )
on behalf of their minor       )
children, MADISON JOHNSON and  )
ALEXANDER JOHNSON,             )
                               )
            Plaintiffs,        )
vs.                            )
                               )
UNITED STATES OF AMERICA,      )
                               )
            Defendant.         )
_____)   Case No. 3:06-CV-00120-RRB
```

**STIPULATION FOR EXTENSION OF PRETRIAL DEADLINES**

COME the parties and move the court for a stipulated order extending the pretrial deadlines in this matter as requested below:

Plaintiffs' Expert Witness Disclosures:  Extended from **2/15/07** to **4/23/07.**

Defendant's Expert Witness Disclosures:  Extended from **4/16/07** to **6/25/07**.

Final Revised Witness List:  Extended from **5/30/07** to **7/6/07.**

All Discovery must be completed:  Extended from **6/29/07** to **9/28/07.**

RESPECTFULLY SUBMITTED this 1st day of February 2007, at Anchorage, Alaska.

```
                                    DILLON & FINDLEY, P.C.
                                    Attorneys for Plaintiffs


                                    By: s/Ray R. Brown
                                        Ray R. Brown, ABA No. 8206012
                                        1049 W. 5th Avenue, Suite 100
                                        Anchorage, Alaska  99501
                                        Phone:  277-5400
                                        Fax:    277-9896
                                        Email:  ray@dillonfindley.com



                                    NELSON P. COHEN
                                    United States Attorney



                                    By: s/Susan J. Lindquist (consent)
                                        Assistant U.S. Attorney
                                        222 W. 7th Ave., #9, Rm. 253
                                        Anchorage, AK  99513-7567
                                        Phone: 271-3378
                                        Fax:   271-2344
                                        Email: susan.lindquist@usdoj.gov
                                        ABA No. 9008053
```