Ray R. Brown
DILLON & FINDLEY, P.C.
1049 W. 5th Avenue, Suite 100
Anchorage, AK  99501
Phone 277-5400
Fax   277-9896

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| GREGORY JOHNSON and KIMBERLY JOHNSON, individually and on behalf of their minor children, MADISON JOHNSON and ALEXANDER JOHNSON,<br><br>        Plaintiffs,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-CV-00120-RRB |

**ORDER GRANTING STIPULATION**

Having reviewed said Stipulation for Extension of Pretrial Deadlines,

IT IS HEREBY ORDERED that the following pretrial deadlines are extended as follows:

Plaintiffs' Expert Witness Disclosures: **4/23/07.**

Defendant's Expert Witness Disclosures: **6/25/07.**

1  Final Revised Witness List: **7/6/07.**

2  All Discovery must be completed: **9/28/07.**

4  DATED:_____   _____
The Honorable Ralph B. Beistline
United States District Court Judge

Gregory Johnson, et al. v. USA, et al.
Case No. 3:06-CV-00120-RRB
ORDER GRANTING STIPULATION
Page 2 of 2