Ray R. Brown
DILLON & FINDLEY, P.C.
1049 W. 5th Avenue, Suite 100
Anchorage, AK  99501
Phone 277-5400
Fax   277-9896

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

GREGORY JOHNSON and KIMBERLY )
JOHNSON, individually and )
on behalf of their minor )
children, MADISON JOHNSON and )
ALEXANDER JOHNSON, )
                                )
              Plaintiffs, )
vs. )
                                )
UNITED STATES OF AMERICA, )
                                )
              Defendant. )
_____)  Case No. 3:06-CV-00120-RRB

### ORDER GRANTING STIPULATION

Having reviewed said Stipulation for Extension of Pretrial Deadlines,

IT IS HEREBY ORDERED that the following pretrial deadlines are extended as follows:

   Plaintiffs' Expert Witness Disclosures:  **4/23/07**.

   Defendant's Expert Witness Disclosures:  **6/25/07**.

Gregory Johnson, et al. v. USA, et al.
Case No. 3:06-CV-00120-RRB
ORDER GRANTING STIPULATION
Page 1 of 2

Final Revised Witness List: **7/6/07.**

All Discovery must be completed: **9/28/07.**

DATED: 2/2/07            S/RRB
                         The Honorable Ralph B. Beistline
                         United States District Court Judge