Ray R. Brown
DILLON & FINDLEY, P.C.
1049 W. 5th Avenue, Suite 100
Anchorage, AK  99501
Phone 277-5400
Fax   277-9896

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| GREGORY JOHNSON and KIMBERLY JOHNSON, individually and on behalf of their minor children, MADISON JOHNSON and ALEXANDER JOHNSON,<br><br>　　　　　Plaintiffs,<br>vs.<br>UNITED STATES OF AMERICA,<br>　　　　　Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-CV-00120-RRB |

**STIPULATION FOR EXTENSION OF PRETRIAL DEADLINES**

COME the parties and move the court for a stipulated order extending the pretrial deadlines in this matter as requested below:

Plaintiffs' Expert Witness Disclosures:   Extended from **4/23/07** to **6/1/07.**

Defendant's Expert Witness Disclosures:   Extended from **6/25/07** to **8/1/07.**

<u>Gregory Johnson, et al. v. USA, et al.</u>
Case No. 3:06-CV-00120-RRB
STIPULATION FOR EXTENSION OF PRETRIAL DEADLINES
Page 1 of 2

Final Revised Witness List:  Extended from **7/6/07** to **10/12/07.**

All Discovery must be completed:  Extended from **9/28/07** to **12/28/07.**

Discovery Motions:  Extended from **8/3/07** to **1/18/08.**

Dispositive Motions and Motions In Limine:  Extended from **8/3/07** to **1/18/08.**

RESPECTFULLY SUBMITTED this 25th day of April 2007, at Anchorage, Alaska.

```
                              DILLON & FINDLEY, P.C.
                              Attorneys for Plaintiffs


                              By: s/Ray R. Brown
                                  Ray R. Brown, ABA No. 8206012
                                  1049 W. 5th Avenue, Suite 100
                                  Anchorage, Alaska  99501
                                  Phone:  277-5400
                                  Fax:    277-9896
                                  Email:  ray@dillonfindley.com



                              NELSON P. COHEN
                              United States Attorney


                              By: s/Susan J. Lindquist (consent)
                                  Assistant U.S. Attorney
                                  222 W. 7th Ave., #9, Rm. 253
                                  Anchorage, AK  99513-7567
                                  Phone: 271-3378
                                  Fax:   271-2344
                                  Email: susan.lindquist@usdoj.gov
                                  ABA No. 9008053
```

Gregory Johnson, et al. v. USA, et al.
Case No. 3:06-CV-00120-RRB
STIPULATION FOR EXTENSION OF PRETRIAL DEADLINES
Page 2 of 2