Ray R. Brown
DILLON & FINDLEY, P.C.
1049 W. 5th Avenue, Suite 100
Anchorage, AK  99501
Phone 277-5400
Fax   277-9896

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| GREGORY JOHNSON and KIMBERLY JOHNSON, individually and on behalf of their minor children, MADISON JOHNSON and ALEXANDER JOHNSON,<br><br>    Plaintiffs,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-CV-00120-RRB |

**ORDER GRANTING STIPULATION**

Having reviewed said Stipulation for Extension of Pretrial Deadlines,

IT IS HEREBY ORDERED that the following pretrial deadlines are extended as follows:

Plaintiffs' Expert Witness Disclosures: **6/1/07.**

Defendant's Expert Witness Disclosures: **8/1/07.**

1   Final Revised Witness List: **10/12/07.**

2   All Discovery must be completed: **12/28/07.**

3   Discovery Motions: **1/18/08.**

4   Dispositive Motions and Motions In Limine: **1/18/08.**

5

6

7   DATED:_____        _____
                                 The Honorable Ralph B. Beistline
                                 United States District Court Judge

LAW OFFICES
**DILLON & FINDLEY**
A PROFESSIONAL CORPORATION
1049 W. 5th Avenue, Suite 100
Anchorage, Alaska 99501
TEL. (907) 277-5400 · FAX (907) 277-9896