Ray R. Brown
DILLON & FINDLEY, P.C.
1049 W. 5th Avenue, Suite 100
Anchorage, AK  99501
Phone 277-5400
Fax   277-9896

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

GREGORY JOHNSON and KIMBERLY )
JOHNSON, individually and )
on behalf of their minor )
children, MADISON JOHNSON and )
ALEXANDER JOHNSON, )
                              )
              Plaintiffs, )
vs.                           )
                              )
UNITED STATES OF AMERICA,     )
                              )
              Defendant.      )
_____) Case No. 3:06-CV-00120-RRB

## ORDER GRANTING STIPULATION

Having reviewed said Stipulation for Extension of Pretrial Deadlines,

IT IS HEREBY ORDERED that the following pretrial deadlines are extended as follows:

Plaintiffs' Expert Witness Disclosures: 6/1/07.

Defendant's Expert Witness Disclosures: 8/1/07.

Gregory Johnson, et al. v. USA, et al.
Case No. 3:06-CV-00120-RRB
ORDER GRANTING STIPULATION
Page 1 of 2

Final Revised Witness List: **10/12/07**.

All Discovery must be completed: **12/28/07**.

Discovery Motions: **1/18/08**.

Dispositive Motions and Motions In Limine: **1/18/08**.

DATED: 4/26/07                    S/RRB
                                  The Honorable Ralph B. Beistline
                                  United States District Court Judge

Gregory Johnson, et al. v. USA, et al.
Case No. 3:06-CV-00120-RRB
ORDER GRANTING STIPULATION
Page 2 of 2