1          IN THE UNITED STATES DISTRICT COURT
2        FOR THE DISTRICT OF ALASKA AT ANCHORAGE
3    _____
4
5    GREGORY JOHNSON and KIMBERLY        )
6    JOHNSON, individually and on        )
7    behalf of their minor              )
8    children, MADISON JOHNSON and       )
9    ALEXANDER JOHNSON,                  )
10                                       )
11               Plaintiffs,            )
12                                       )
13        vs.                            )
14                                       )
15   UNITED STATES OF AMERICA,           )
16                                       )
17               Defendant.             )
18   _____)
19   Case No. 3:06-CV-00120-RRB
20
21
22
23   _____
24             DEPOSITION OF KIM JOHNSON
25   _____
26
27          Volume I, Pages 1 - 114
28         Wednesday, March 7, 2007
29               12:14 P.M.
30
31       Taken by Counsel for Defendant
32                   at
33      Norton Sound Regional Hospital
34             Nome, Alaska
35
36
37
38
39
40
41

1    first visit, no.

2         Q    Did you have any indication about how quickly

3    the pain medications would work?

4         A    No.  I mean, I don't -- no.

5         Q    How long was her visit?

6         A    Very short, very brief.  She was there 15, 20

7    minutes.

8         Q    So during that 15 to 20 minutes, she just

9    gave the pills and talked to him, that was it?

10         A    Yes, that was it.

11         Q    Besides telling him -- besides telling her

12    about his pain, did he tell her about anything else?

13         A    I'm sorry, excuse me?

14         Q    Besides telling Keri about the pain and the

15    boxes, did he tell her anything else?

16         A    Not that I can recall at this -- I mean, he

17    was in a lot of pain, he wasn't doing a lot of

18    conversing.  I mean, he wasn't carrying on much

19    conversation with anybody.

20         Q    Were you present there the whole time?

21         A    I was.

22         Q    Did you have any conversations with Keri?

23         A    Not other than, you know, that his back hurt

24    and she said when to give him the pills and she said

25    that if it persisted, you know, that we could call

26

1    Tylenol No. 3 and codeine.  It's just codeine, only

2    codeine, nothing else in that pill?

3         A    I don't know what is in the pill.  I don't --

4    that was what was labeled on the bottle.

5         Q    Was there any discussion about an airplane

6    that day?

7         A    When we talked about seeing a doctor,

8    Mr. Davalos said that for just a bulging disc, which

9    is what he was sure that that's what Greg had, that

10   going into town on a weekend, nobody was going to see

11   him and he would just end up having to wait around in

12   Anchorage until he could get an appointment with his

13   doctor on a weekday.

14         Mr. Davalos took the information, Greg's

15   doctor's information, Dr. Voke's name.  I believe I

16   went and found a card for him in Greg's wallet or

17   address book and gave that information to Mr. Davalos,

18   and he was going to call and see if he could get any

19   other information from Dr. Voke or his associates.

20         But being the weekend, there was no one at

21   the office and there was -- the calls for that office

22   were forwarded to either a recorded system, you know,

23   to leave a message, or to the emergency room.

24         Q    Had you thought of calling Dr. Voke yourself?

25         A    No.

26

1    Q    Were you present the whole time that Dave

2  Davalos was there?

3    A    Yes, I was.

4    Q    We talked about him not being able to sit in

5  the chair.  Did Greg discuss his ability to walk with

6  Dave Davalos?

7    A    Not so much saying that he couldn't walk,

8  it's just that he wasn't able to get up and out of

9  bed.  I mean, Greg was in an incredible amount of

10  pain.  Moving at all hurt.

11    Q    And did he say that to David Davalos?

12    A    Yes.  There was no mistaking that Mr. Davalos

13  had it made very clear to him how much pain Greg was

14  in.

15    Q    Was there any doubt that Dave Davalos was

16  aware that Greg Johnson could not walk?

17    A    I'm sorry, can you --

18    Q    Was it also crystal clear that Greg Johnson

19  could not walk?

20    A    Yes.

21    Q    Was that made clear?

22    A    Yes.

23    Q    Were pain medication options discussed?

24    A    Uh-huh.  Greg did say that -- well, at this

25  point, no, if we're still talking about that first

26

1           So he would have the Ziploc bag and pee into

2    it, and did he just keep the Ziploc bag there for a

3    while?

4           A    Yeah.  I mean, he would pee into it, and

5    then -- but he wouldn't be able to stop, to shut off

6    the flow when he was done peeing.  And so even though

7    the bulk of the urine had come out of his badder, when

8    you pulled the bag away, it was still dribbling.  And

9    if he would move at all, it would squirt.

10          And so we would pull the bag away and he

11   would put washcloths in his underwear, tuck those in

12   so that it would soak up the leakage that he was

13   experiencing at this point.

14          Q    So after Saturday night he continuously kept

15   washcloths by his penis to absorb urine; is that

16   correct?

17          A    That is correct.

18          Q    Were you, on Saturday night, still leaving

19   the Ziploc bags in the bathroom?

20          A    Yes.  I mean, because they would be full of

21   urine, so I would take them and dump them.  And then

22   he would call me when he needed to -- when he had the

23   sensation that he needed to go to the bathroom again.

24          Q    And were there any plans on what he needed to

25   do in the middle of the night if he needed to go pee?

26

1      A      That Saturday night, he actually peed the bed

2   without knowing it.  I mean, he woke up and he was

3   lying in a pool of urine.  And so he called me and was

4   crying and obviously upset that he had voided his

5   bladder uncontrollably, I mean involuntarily, during

6   his sleep.

7      Q      Were you upset?

8      A      Yes.

9      Q      Did you make any plans?

10     A      We realized that we needed to get him to

11  Anchorage, but we didn't know how to make that happen.

12  He was not able to go on a seat fare, he was not able

13  to sit up on a plane.  And our only healthcare

14  provider in the village was Mr. Davalos, and he was

15  not able and/or willing to provide a medevac to get

16  Greg to Anchorage at that point.

17     Q      At any time during Saturday did anybody bring

18  up the topic of medevacs?

19     A      I don't believe that medevacs were talked

20  about until Sunday morning.

21     Q      Before Mr. Davalos showed up, did you speak

22  with Greg about medevacs?

23     A      Yes, we did.

24     Q      And what did he say?

25     A      What did Greg say?

26

1   Sunday morning Greg thought that the only way he could

2   get to Anchorage was a medevac; is that correct?

3        A    Yes, this is correct.

4        Q    And you agreed?

5        A    Yes.

6        Q    So the plan on Sunday morning was to get a

7   medevac?

8             MS. LONG:  Objection to form.

9   BY MS. LINDQUIST:

10       Q    What was the plan on Sunday morning?

11       A    To talk to Mr. Davalos and see how he was

12  going to be able to get Greg to Anchorage.

13       Q    At any time did you call a hospital in

14  Anchorage?

15       A    I did not.

16       Q    At any time did you call Dr. Voke?

17       A    I did not.

18       Q    At any time did you call any medical person

19  besides Dave Davalos?

20       A    I did not.

21       Q    And did Greg?

22       A    No.

23       Q    So how did it come about that Dave Davalos

24  came to your house on Sunday?

25       A    On Sunday morning, then I called Mr. Davalos

26

1    A    Yes.  We -- I mean, I don't know if Greg did

2    or if I did, but it was discussed with Mr. Davalos on

3    Sunday.

4    Q    What did you say?

5    A    That Greg had had an involuntary bowel

6    movement while on the bed.

7    Q    And would did Dave say?

8    A    I don't remember Mr. Davalos' response at

9    that point to that.  At no point in any of this

10   conversation was there any talk or any discussion of

11   any possible outcomes of an injury like this.  I mean,

12   he was continually referring to a bulging disc and

13   saying that, you know, it's not anything that a doctor

14   is going to rush over to see you for, it's just a

15   bulging disc.

16   Q    Did you have any information about bulging

17   discs and spinal cord injuries from Greg's prior

18   injury and his visit with Dr. Voke?

19   A    I didn't personally.  I'm sure that Greg and

20   Dr. Voke had talked about bulging discs and what

21   needed to be done.  I mean, that's why we were

22   exercising more and trying to eat healthier.

23   Q    Were you satisfied with the information Dave

24   Davalos was giving you on Sunday?

25   A    No.  I was frustrated and I felt that he was

26

1    being condescending.  I felt that he was not hearing

2    the concerns that we felt we were sharing with him in

3    regards to Greg's pain and loss of functions.

4         Q    So what did you do about these concerns?

5         A    I talked with Mr. Davalos and said, you know,

6    is there -- isn't there something that you can do?  I

7    mean, I was seven months' pregnant, I had a

8    three-year-old running around the house, and I was

9    frustrated, I was concerned, I was upset.  And, you

10   know, Mr. Davalos said that, you know, he was doing

11   the best that he could, and when they got him to

12   Anchorage the doctor would take it from there.

13        Q    Why didn't you call a hospital in Anchorage?

14        A    Because I was continually reassured and told

15   that this was a bulging disc.  I was not told of

16   anything, that there would be the possibilities of any

17   permanent loss of legs or bladder or bowels or -- I

18   mean, that was never communicated or intimated or in

19   any way conveyed to myself or to Greg.

20             And so although I was frustrated that my

21   husband was lying on the bed and was uncomfortable and

22   was in pain and was having problems, I was continually

23   reassured by our healthcare provider that it wasn't a

24   permanent, damaging, serious enough issue that we

25   needed to do anything more than get him in to see

26

1    Dr. Voke on the next workday.

2        Q    Had you called Dr. Voke to make an

3    appointment?

4        A    Mr. Davalos had done that, and he took

5    Dr. Voke's number.

6        Q    Did Dave Davalos at all talk about anything

7    permanent?

8        A    No.

9        Q    Did you have a computer at home?

10       A    I did, yes.

11       Q    Did you have Internet?

12       A    We do, yes.

13       Q    Did you go on the Internet and look up

14   bulging discs?

15       A    I did not.

16       Q    Now, Greg had had a bulging disc before,

17   hadn't he?

18       A    He had.

19       Q    Had he experienced any of these symptoms with

20   his prior bulging disc?

21       A    He had not.

22       .Q    Did you discuss the difference between his

23   prior bulging disc and his current May 2004 bulging

24   disc?

25       A    We did not discuss the differences between

26

1    traveling, and that if he, you know, was that

2    uncomfortable just trying to sit up on the bed, how

3    would he possibly be able to do that for a two-hour

4    plane ride or an hour-and-40-minute plane ride to

5    Anchorage.

6        Q    What was the plan to get him from the plane

7    to the hospital?

8        A    There wasn't one.  I mean, that was -- I

9    mean, I assumed we would have called Rudy, our friend

10   in town, who would have tried to have met him and

11   picked him up from there.  But I mean, there wasn't a

12   plan for the other end.  I mean, Mr. Davalos was only

13   helping to get a plan to get him on the plane.

14       Q    Were you planning to go with Greg at this

15   point?

16       A    I was not planning to go with Greg at this

17   point.  I had -- we had Madison and I had contract

18   days.  That time of the year is when I'm finishing our

19   federal applications for our federal monies, and so I

20   had deadlines and things that I was working on, and so

21   Greg was going to travel on his own.

22       Q    On that Monday did you have any appointments?

23       A    Monday was a holiday, and so we didn't.

24       Q    If Monday was a holiday, why would Dr. Voke

25   be working on Monday?

26

1    A    Yeah.  I don't -- he wasn't going to be, I

2    don't believe.

3    Q    So what was the plan on Monday?  To go to the

4    ER?

5    A    Just get him to Anchorage, and then I believe

6    that there was an appointment.  Mr. Davalos had set up

7    an appointment for him on Tuesday.

8    Q    Are you sure?  Is this a little vague?

9    A    It's vague, I don't remember.  But Monday was

10   a holiday.  What's the one in May?

11   Q    Memorial Day.

12   A    Memorial Day.

13   Q    Did you call anybody on Sunday night to

14   discuss your frustration and anger?  Or frustration, I

15   don't think you said anger.

16   A    Again, I may have called Jim and given him an

17   update on what we were looking at for Greg.  I mean,

18   as a supervisor and our friend, I may have called him,

19   but I don't believe that I called anyone else.

20   Q    Did you talk to anybody about advice, about:

21   Does this sound right to you?  Like a reality check?

22   A    No, I didn't.

23   Q    Did Greg?

24   A    Greg didn't have contact with anyone unless

25   they set foot in the room at the house.  And so no,

26

1    moving around, I was finishing packing Greg's pack.

2    And Jim Hickerson came over because he took the bag

3    out to PenAir to get checked in so that when they

4    arrived, you know, all the paperwork stuff was done.

5    And then it was Jim that then went out to PenAir and

6    got Greg's bag back and unchecked him in and brought

7    that stuff back to the house.

8         And then Jim was there for the -- when they

9    took Greg out for the medevac.  He didn't -- he was

10   there, offering assistance, although it was not

11   needed.

12   Q    Was there any discussion on that Monday

13   morning around 9:00 when Dave showed up, about pain?

14   A    I believe Dave asked Greg how he -- you know,

15   how it was, if things were the same, if things were

16   worse, better.  And Greg shared with him that, you

17   know, he was still in severe pain.

18   Q    At any time over Saturday, Sunday, Monday did

19   Greg share with David a thought that he thought the

20   pain would get better at some time?

21   A    Did Greg share that with David?

22   Q    Correct.

23   A    No.

24   Q    Did Dave Davalos do an exam on Monday

25   morning?

26

1    A    Not while I was present in the room.    When he

2    first came in, we were all -- Will was kind of

3    standing in the hallway with the chair, and Dave and I

4    were in the room.    The room is mostly bed, so it's

5    tight quarters.

6          And Dave and I were in the room with Greg,

7    and he prepped Greg for the shot.    And then I went out

8    to -- Jim arrived or something, and I finished packing

9    and got the bag to Jim.    So if he did any kind of an

10   exam on Greg, it was when I was out of the room.

11    Q    How was Will participating?    Did you hear

12   Will speaking?

13    A    Will was just there to help move Greg from

14   the bed to the chair to the ambulance to the plane.

15   And when he got there -- I mean, Greg and I both know

16   Will and his dad and his brother.    And when he got

17   there, you know, pleasantries:    "Hello, Greg, how are

18   you?"    You know, "Sorry to hear about your back."

19   That was it.

20    Q    So Greg got on the medevac, and when's the

21   next you heard from him?

22    A    Greg got on the medevac and I knew that they

23   were taking him to Alaska Regional, which is our --

24   which is where our insurance, we have to go.    So the

25   medevac was going to take him to the airport, and the

26

1    ambulance was going to take him to Alaska Regional.

2           So I tried calling Alaska Regional, and they

3    didn't have anybody by that name that had been checked

4    in.  And so I called Providence, and he was there

5    because they had gone to Alaska Regional, and they

6    were maxed out on that kind of patient at the moment,

7    and so they sent him to Providence.

8           And so when I located him at Providence

9    through the ER, it was probably 4:00 in the afternoon.

10   I had spoken with hospital people prior to that, and

11   they would say things like, you know, he's en route to

12   this place for an MRI or this place for an x-ray or

13   stuff.  So I had spoken with hospital people, but I

14   hadn't spoken to Greg prior to that.

15          And when I finally was able to get through to

16   Greg later that afternoon, it was actually Dr. Cohen

17   who answered his phone.  And I spoke with Dr. Cohen

18   for a few moments, and then he held the phone to Greg

19   and I talked to Greg for a few minutes, but it was not

20   much of a conversation.  Greg was well out of it,

21   between the pain and the lack of sleep and all of the

22   medication that was through his body.  He was unable

23   to really say anything other than, you know, "Love

24   you.  Come in.  Come here now."

25      Q    Did you speak to the doctor?

26

1      A     I did speak with Dr. Cohen.

2      Q     And what did he tell you?

3      A     He asked me what had caused the injury, he

4  asked me when it had happened, and he informed me that

5  injuries of this type need to be operated on within a

6  24-hour period.  After that, you are -- it's likely

7  that, because of the type of injury, that there will

8  be permanent damage sustained.

9           That conversation that I had with him on the

10  phone was the first that I had ever heard, during this

11  entire ordeal, of anything of that magnitude.

12           And I talked with him just for a few moments,

13  and he said that he needed to run some tests and do

14  some things and that he would call me back.  And he

15  took my number and he said, "It will probably be late

16  when I call you, but I will call you back."

17           And so I spent the time between that phone

18  call and the next phone call crying and worried and

19  making my travel plans for the next day to Anchorage

20  so that Madison and I could be there as soon as

21  possible.

22           And Dr. Cohen called back late that night.

23  It was midnight or 1:00 in the morning when I spoke to

24  Dr. Cohen next.  And he was personable.  He had a

25  great bedside manner, if you're looking for that in a

26

1    doctor.  And he was very frank and upfront with me, in

2    saying that he wished that he had -- that Greg had

3    been in two days ago so that he would be able to help

4    Greg more than he was going to be able to do now.

5          But as it was, he had already canceled two or

6    three surgeries for the next morning and moved Greg up

7    to the first surgery of the day.  And he assured me

8    that -- he assured me that he was going to do

9    everything that he could.

10         MS. LINDQUIST:  Off record.  Let's take a

11   break.

12         (Recess.)

13         MS. LINDQUIST:  Back on record.

14   BY MS. LINDQUIST:

15   Q    How long was the conversation with Dr. Cohen?

16   A    I was on the phone with Dr. Cohen about 45

17   minutes in the middle of that night, and he went over

18   what he was going to be doing with Greg, what he felt

19   was most likely going to be the outcome.

20         At that point, he said, "Because of the

21   length of delay between the initial injury and my

22   being able to operate on him tomorrow" - you know, in

23   a few hours at that point - "I cannot guarantee that

24   your husband will walk out of this hospital."  He said

25   there is most likely going to be loss, and he said he

26

1    can't tell at this point how much or how little, but

2    he wanted me to know that that's what I needed to be

3    looking at and thinking about.

4             "And," he says, "You need to be aware of

5    that, so that when you're there when Greg wakes up

6    from the surgery, that, you know, both of you are

7    going to be on the same page," that I can either help

8    him get onto that page or that we can begin that

9    discussion.

10            After getting off the phone with Dr. Cohen,

11   then that was the point at which then I called my

12   parents, which was the first contact that we had had

13   with family throughout this ordeal.

14            I contacted my parents, who, probably like

15   any parents in the world, the first thing they do when

16   their child calls them in the middle of the night and

17   wakes them from a dead sleep, they panic.  So I told

18   them that I was okay, Madison was okay, and that Greg

19   was in Anchorage, and I explained what had happened

20   and then shared with them what Dr. Cohen had shared

21   with me.  We just chatted.  They comforted me on the

22   phone and offered to come up and do whatever needed to

23   be done.  At that point I told them, I said, don't

24   come at this point, I said, but it's nice to know that

25   that offer is there.

26

1    the plane, if that hadn't happened, we would have

2    missed the Alaska flight as well.

3         And so they got our bags, we had our one

4    little bag and we took it as a carry-on, they whipped

5    us through security.  They had actually held the plane

6    on the ground for a short time for us.  So we were

7    able to get to Anchorage, and we were there as Greg

8    was waking up from surgery.

9         Q    What time was that?

10        A    Late morning.  I would say 10, 11, somewhere

11   in there.

12        Q    And how was he?

13        A    Drugged and out of it.  And we did the

14   hugging and, you know, some crying.  And Maddy was

15   there.  She really didn't have much of a clue as to

16   what was going on.

17        And he slept a lot at that point.  You know,

18   he was still on a lot of drugs and coming off of the

19   drugs from surgery.

20        And so I asked around if Dr. Cohen was

21   available, and he had already been to see Greg and was

22   off in another surgery, and so I spoke to a nurse.

23   And she shared with me, you know, that he had come in

24   from surgery and that, you know, he was just there,

25   and they're just waiting for him to kind of start to

26