```
                  IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF ALASKA AT ANCHORAGE


   GREGORY JOHNSON and KIMBERLY   )
   JOHNSON, individually and on   )
   behalf of their minor          )
   children, MADISON JOHNSON      )
   and ALEXANDER JOHNSON,         )
                                  )
            Plaintiffs,           )
                                  )
   vs.                            )
                                  )
   UNITED STATES OF AMERICA,      )
                                  )
            Defendant.            )
   _____)
   Case No. 3:06-CV-00120-RRB



   _____


                 DEPOSITION OF GREG JOHNSON
                         VOLUME I
   _____


                      Pages 1 - 84
                 Tuesday, April 17, 2007
                        3:00 P.M.

              Taken by Counsel for Defendant
                           at
                 U.S. ATTORNEY'S OFFICE
                 222 West Seventh Avenue
                     Anchorage, Alaska
```

1    support.  Pillow between my legs.
2        Q.   Did you get to sleep?
3        A.   Off and on.  I would drowse.  I was
4    probably awake more than I was asleep.
5        Q.   And at what point were you awake and stayed
6    awake?
7        A.   I have no recollection of that time.
8    Certainly -- yeah, somewhere between 4:00 and 6:00
9    a.m.
10       Q.   Did you get out of bed again that morning?
11       A.   I did not.
12       Q.   When did you, approximately, have contact
13   with Kim that morning?
14       A.   It would be similar, during that 4:00 to
15   6:00 a.m., once I was awake fully, and at some point
16   I hollered at her that I was really hurting.
17       Q.   So did you wake her up?
18       A.   I believe so.
19       Q.   Then what happened?
20       A.   We talked about it for a while and talked
21   about, "Does it hurt worse than it's ever hurt
22   before?"
23            "Yes, it does."  And what should we do,
24   what should we do.  And finally at some point I asked
25   her to call 911, that we needed to talk to someone at

1    the health clinic.
2         Q.   Okay.  The 911 system was active in
3    Unalakleet?
4         A.   Um-hum.
5         Q.   Is that a yes?
6         A.   Yes, it is.
7         Q.   Had you personally called the clinic
8    before?
9         A.   For any reason or for that?
10        Q.   For any reason.
11        A.   I suppose I had gone over there for a
12   physical at one point in time, and I know I had gone
13   over there for a bad cold.  So I talked to the clinic
14   a time or two.
15        Q.   How far was the clinic from your house?
16        A.   I'm trying to remember if it was the new
17   clinic or the old clinic at that point in time.
18        Q.   Well, how far to the old clinic?
19        A.   Let me give you my standard Unalakleet
20   answer.  About 200 yards.
21        Q.   Okay.  And the new clinic?
22        A.   The new one is probably another 150 yards,
23   so 350 yards.
24        Q.   Okay.
25        A.   We're not a big town.