IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGORY JOHNSON and KIMBERLY JOHNSON, individually and on behalf of their minor children, MADISON JOHNSON and ALEXANDER JOHNSON,<br><br>Plaintiffs,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:06-cv-00120-RRB<br><br>**[PROPOSED] ORDER** |

The government has moved the Court to grant its motion for partial summary judgment.

IT IS ORDERED, that the Defendant's Motion for Partial Summary Judgment is granted.

Dated this _____ day of August, 2007.

_____
Ralph R. Beistline
U.S. District Court Judge