Ray R. Brown
DILLON & FINDLEY, P.C.
1049 W. 5th Avenue, Suite 100
Anchorage, AK  99501
Phone 277-5400
Fax   277-9896

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

```
GREGORY JOHNSON and KIMBERLY    )
JOHNSON, individually and       )
on behalf of their minor        )
children, MADISON JOHNSON and   )
ALEXANDER JOHNSON,              )
                                )
              Plaintiffs,       )
vs.                             )
                                )
UNITED STATES OF AMERICA,       )
                                )
              Defendant.        )
_____ )   Case No. 3:06-CV-00120-RRB
```

**NON-OPPOSED MOTION FOR EXTENSION OF TIME**

COME plaintiffs in the above-captioned matter and respectfully request this court for an extension of time until August 24, 2007 in which to file their Opposition to Defendant's Motion for Partial Summary Judgment.

The undersigned counsel's legal assistant spoke by telephone with Assistant U.S. Attorney, Daniel Cooper, on August

LAW OFFICES
**DILLON & FINDLEY**
A PROFESSIONAL CORPORATION
1049 W. 5th Avenue, Suite 100
Anchorage, Alaska 99501
TEL. (907) 277-5400 · FAX (907) 277-9896

17, 2007, who indicated he has no objection and agreed to the filing of this Non-Opposed Motion for Extension of Time.

This motion is made in good faith and not for the purposes of any delay.

DATED this 17th day of August 2007, at Anchorage, Alaska.

```
                                DILLON & FINDLEY, P.C.
                                Attorneys for Plaintiffs


                           By: s/Ray R. Brown
                                Ray R. Brown, ABA No. 8206012
                                1049 W. 5th Avenue, Suite 100
                                Anchorage, Alaska  99501
                                Phone:  277-5400
                                Fax:    277-9896
                                Email:  ray@dillonfindley.com
```

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2007 a copy of the foregoing Non-Opposed Motion for Extension of Time was served electronically on Susan J. Lindquist and Daniel R. Cooper.

s/Ray R. Brown