Ray R. Brown
DILLON & FINDLEY, P.C.
1049 W. 5th Avenue, Suite 100
Anchorage, AK  99501
Phone 277-5400
Fax   277-9896

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

```
GREGORY JOHNSON and KIMBERLY   )
JOHNSON, individually and      )
on behalf of their minor       )
children, MADISON JOHNSON and  )
ALEXANDER JOHNSON,             )
                               )
              Plaintiffs,      )
vs.                            )
                               )
UNITED STATES OF AMERICA,      )
                               )
              Defendant.       )
_____)   Case No. 3:06-CV-00120-RRB
```

**ORDER**

Having considered plaintiffs' Non-Opposed Motion for Extension of Time and considering it to be well taken, plaintiffs will have until August 24, 2007 to file their Opposition to Defendant's Motion for Partial Summary Judgment.

IT IS SO ORDERED.

DATED:_____        _____
                             The Honorable Ralph B. Beistline
                             United States District Court Judge

Gregory Johnson, et al. v. USA, et al.
Case No. 3:06-CV-00120-RRB
ORDER
Page 1 of 2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2007 a copy of the foregoing Order was served electronically on Susan J. Lindquist and Daniel R. Cooper.

s/Ray R. Brown