Page 1

1            IN THE UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF ALASKA AT ANCHORAGE

3  _____

GREGORY JOHNSON and KIMBERLY         )
4  JOHNSON, individually and on         )
   behalf of their minor                )
5  children, MADISON JOHNSON and        )
   ALEXANDER JOHNSON,                   )
6                                       )
                 Plaintiffs,             )
7                                        )
      vs.                                )
8                                        )
   UNITED STATES OF AMERICA,             )
9                                        )
                 Defendant.              )
10 _____)

   Case No. 3:06-CV-00120-RRB
11

12

13 _____

              DEPOSITION OF KIM JOHNSON
14 _____

15
              Volume I, Pages 1 - 114
16            Wednesday, March 7, 2007
                    12:14 P.M.
17
          Taken by Counsel for Defendant
18                       at
          Norton Sound Regional Hospital
19                 Nome, Alaska

20

21

22

23

24

25

Page 16

1 And that was part of what we were working on that
2 spring, is making sure that when we picked up Maddy at
3 the end of the day, we would go to the house and
4 change clothes and go walk on the beach, if the
5 weather was nice, and if not, we would go downstairs
6 and work out.
7    Q   Was he supposed to do particular exercises
8 for his back?
9    A   The doctor had said to, you know, lose some
10 weight and just try to get healthy.
11   Q   Which doctor was it?
12   A   Dr. Voke.
13   Q   Were you there at the visit he had with
14 Dr. Voke?
15   A   I was not.
16   Q   Do you know if he was given any lifting
17 restrictions?
18   A   I don't know.
19   Q   Do you know where the bulge was?
20   A   I -- no. Somewhere in the lower part. I
21 don't know exactly, no.
22   Q   Before the injury in 2004, had he had any
23 falls? On ice, on snow, the snowmachine?
24   A   Not that -- no.
25   Q   Do you know what the cause was for the

Page 17

1 bulging disc?
2    A   I do not.
3    Q   Okay. I'll take you to May of 2004.
4        Do you know what day of the week your husband
5 had his incident at school when he lifted something
6 and he hurt his back?
7    A   Uh-huh.
8    Q   What day of the week was that?
9    A   It was Friday.
10   Q   And how did you hear about it?
11   A   I heard about it first from Rick Holt, who
12 was a coworker of Greg's and myself. Greg and Rick
13 had been running a workshop at the elementary school
14 next door, for teachers. School was out, teachers
15 would come in to do some curriculum work, and Greg and
16 Rick had been over there working with those teachers.
17       I had been back and forth. I oversee staff
18 development in general, so I was overseeing some of
19 the details between the two buildings. And Rick came
20 into the office and he asked me - it was towards the
21 end of the day - you know, how was Greg doing. And I
22 said, "Doing how?" and, you know, asked for some
23 clarification. And Rick said, well, he had lifted
24 something and he had hurt his back a little bit ago,
25 and he was wondering how he was doing. And I said I

Page 18

1 hadn't heard. So at that point, I sought out Greg and
2 asked him what had happened and how was he doing.
3    Q   Where did you find him?
4    A   He was in his office.
5    Q   What was he doing?
6    A   He was sitting in his chair working at his
7 computer.
8    Q   And what did he say?
9    A   He said that he had lifted some boxes that he
10 probably shouldn't have lifted and he -- the term that
11 he used was "tweaked." He said, "I've tweaked my back
12 and it's starting to bother me a little bit."
13   Q   Did he say how heavy the boxes were?
14   A   He explained to me what the boxes were, so I
15 was aware of the weight of them.
16   Q   What were they?
17   A   They were portable computer labs, so they
18 each contained multiple laptops inside of boxes that
19 are made to be able to put the laptops as freight or
20 cargo on an airplane.
21   Q   So how much did each box weigh?
22   A   Approximately 80 pounds.
23   Q   And how many did he lift?
24   A   Two at the same time, one in each hand.
25   Q   Did he carry them for any distance?

Page 19

1    A   He carried them a short distance. The issue
2 had been that the custodial staff had been requested
3 several times during that afternoon to get those boxes
4 to the airport so that they could be put on NAC,
5 because they had to get to NAC today so that they got
6 to Anchorage and that he could pick them up on
7 Saturday, because NAC was going to be closed on Sunday
8 and Monday and they needed the computers prior to that
9 in Anchorage. And so there was a deadline.
10       Greg, after having asked several times for
11 the maintenance to move them, came out at the end of
12 the session he had been running, saw them still
13 sitting where they were, and in active anger and
14 unhappy, you know, that they were still sitting there,
15 lifted them up and put them in the back of the truck
16 and then hollered for the maintenance guys to drive
17 them out to NAC.
18   Q   Did he have plans to go to Anchorage?
19   A   He did have plans. He was going to be
20 running a similar workshop to what was going on the
21 past week in Unalakleet that was just finishing there.
22 He was going to be running a similar workshop in
23 Anchorage at the retreat center.
24   Q   And when was his plane supposed to leave?
25   A   He was supposed to leave on Saturday the

Page 20

1  22nd.
2  Q  At what time?
3  A  The PenAir flight comes once a day. It was
4  probably early afternoon. I don't have an exact time
5  in my memory for that.
6  Q  Who was he running the retreat with in
7  Anchorage?
8  A  Who was he running it with?
9  Q  Yes. Who was going to be working with him?
10 A  He was going to be leading a bunch of
11 teachers. So teachers had the option of either coming
12 to Unalakleet for a week to work on the curriculum
13 items or to do whatever they wanted for that week in
14 Unalakleet, what was going on, and meet up with folks
15 in Anchorage instead and do the week there. So both
16 weeks were the same things with different teachers.
17 Q  And so he was going to travel by himself?
18 A  Uh-huh.
19 Q  Is that correct? You need to say yes or no.
20 A  I'm thinking. I haven't responded yet.
21    I can't remember. Rick Holt, who trained
22 with him for those standards trainings, I can't
23 remember if Rick -- I believe Rick was supposed to
24 travel with him.
25 Q  About what time of day did you see him at the

Page 21

1  computer?
2  A  It would have been towards the end of the
3  day. I don't know, maybe four, four to five,
4  somewhere in there.
5  Q  Okay. And then what happened?
6  A  We finished up the workday, we picked up
7  Madison from Deann's, the child-care provider that we
8  had that year, and we drove to the house on the Honda.
9  Q  Is this a four-wheeler?
10 A  Uh-huh.
11 Q  Is that a yes?
12 A  Yes, that is a four-wheeler.
13    And when we got to the house, I went in to
14 give Madison a bath and then Greg was going to cook
15 dinner. And he came in about halfway through the bath
16 session with Madison and told me that his back was
17 bothering him too bad, he wasn't going to be able to
18 finish dinner and that he was going to try laying down
19 on the bed. And so I finished the bath with Madison
20 and then finished dinner and fed Madison and myself.
21    And at some point in the evening Greg moved
22 from the bed, where he was in lots of pain, and moved
23 to the chair in the living room, to a recliner chair.
24 He had taken some Advil or Tylenol, I don't remember
25 which pain reliever we had. I asked if there were

Page 22

1  things I could do, he said that he just wasn't able to
2  get comfortable. And I went to bed that evening, and
3  Greg slept in the chair in the living room.
4  Q  Okay. Going back to the four-wheeler, did
5  you have one four-wheeler for both of you that day?
6  A  Uh-huh.
7  Q  Is that a yes?
8  A  That is a yes.
9  Q  I have to remind you to say yes or no.
10 A  I know you do, and I'm trying to remember it.
11 Q  That's fine. I'm trying not to be rude, but
12 I need an answer.
13 A  Yes.
14 Q  You had one four-wheeler?
15 A  Yes.
16 Q  And who drove?
17 A  Greg drives.
18 Q  And that day he drove?
19 A  Yes.
20 Q  Okay. And how far is it from the school to
21 the day-care center where Madison was?
22 A  From our office to where we picked up Madison
23 is across the street.
24 Q  Oh. And then from across the street to your
25 home how far is it?

Page 23

1  A  Two blocks.
2  Q  And is that a paved road?
3  A  No. There were no paved roads in Unalakleet.
4  Q  On the night that he was cooking dinner and
5  his back hurt, did you talk to him about how his back
6  felt?
7  A  Yes, we did.
8  Q  And what did he tell you?
9  A  He told me that he just had a pain in his
10 back, and he wasn't able to stand or sit or lay to get
11 the pain to go away. He was uncomfortable and he was
12 not able to focus on finishing dinner. And when he
13 went to lay down on the bed, he couldn't get
14 comfortable. The pain just -- he couldn't get the
15 pain to stop.
16 Q  Did you talk about a plan for the next day,
17 because of the pain in his back?
18 A  We didn't talk that night. He was just going
19 to try and get through the night. I asked if there
20 was anything that I could do at that point, he said
21 no. And so I went to bed, and he slept on the
22 recliner chair for part of the night. In the middle
23 of the night he moved into the guest bed.
24 Q  And the only pain reliever you had in the
25 house was over-the-counter drugs?

Page 24

1  A  That is correct.
2  Q  And the next morning what happened?
3  A  Greg woke me fairly early in the morning,
4  hollering at me from the guest room and just saying
5  that, you know, if I can get him some more painkiller
6  or something. And we talked at that point about how
7  bad it was, and we decided that I should call whatever
8  health aide was on duty.
9      And so I called 911 at that point to get the
10  on-duty health aide's name and number, and I called
11  her. And she came over that morning and gave him, I
12  believe, a pill of some kind, a Tylenol or something,
13  Tylenol 3 or something.
14  Q  Around what time was it that you called 911?
15  A  It was early in the morning. I don't have an
16  exact time. Maybe 7-ish, 7:30, somewhere in that
17  area.
18  Q  And who came over to your house?
19  A  I believe her name was Keri Katongan.
20  Q  Did you know her?
21  A  Just by sight. I don't know all of the
22  people in Unalakleet, by any stretch of the means. So
23  I knew her just by sight, I don't know her as a
24  person.
25  Q  And how old was she?

Page 25

1  A  I have no idea.
2  Q  20s, 30s, 40s, 50s?
3  A  I would say somewhere 20s, 30s.
4  Q  And what did you ask her to do on the phone?
5  A  I said that my husband had done something to
6  his back and he was in a lot of pain and if they could
7  come and do something. I was probably that specific
8  on the phone: Can you come and do something? You
9  know, we're hurting and we need some help.
10  Q  Did you discuss a plan?
11  A  With her, no.
12  Q  Okay. So she showed up and what did she do?
13  A  She asked Greg, you know, "Where is the pain,
14  what's the deal?" And gave him some pain pills.
15  Q  Pills only?
16  A  Yes, I believe so.
17  Q  Did she do an exam?
18  A  She may have taken blood pressure, but
19  outside of that, I have no recollection of anything
20  else that she did at that visit.
21  Q  Did she call anybody?
22  A  Not from our house.
23  Q  Was there any discussion about the plane ride
24  that day?
25  A  Later that day, yeah.

Page 26

1  Q  With Keri?
2  A  No.
3  Q  And do you know the name of the drug she gave
4  him?
5  A  I know that he was given Tylenol 3 and
6  codeine pills during that time, and I'm assuming --
7  I'm thinking that Tylenol 3 is what she gave him that
8  morning.
9  Q  Did you see him take the medication?
10  A  Uh-huh. I helped him with the water and the
11  pills, yes.
12  Q  Where was he when she saw him?
13  A  He was on the guest bed, which is where he
14  went to sometime in the night, Friday night, and
15  that's where he remained throughout the course of the
16  weekend, never leaving that bed until he got on the
17  plane with the emergency team for the medevac on
18  Monday.
19  Q  What did he tell Keri about his problems?
20  A  He told Keri that he had lifted some heavy
21  boxes, that his back had started working worse and
22  worse from that point forward, and that he couldn't
23  find a comfortable position.
24  Q  Did he make any other complaints?
25  A  At that time in the morning with Keri at that

Page 27

1  first visit, no.
2  Q  Did you have any indication about how quickly
3  the pain medications would work?
4  A  No. I mean, I don't -- no.
5  Q  How long was her visit?
6  A  Very short, very brief. She was there 15, 20
7  minutes.
8  Q  So during that 15 to 20 minutes, she just
9  gave the pills and talked to him, that was it?
10  A  Yes, that was it.
11  Q  Besides telling him -- besides telling her
12  about his pain, did he tell her about anything else?
13  A  I'm sorry, excuse me?
14  Q  Besides telling Keri about the pain and the
15  boxes, did he tell her anything else?
16  A  Not that I can recall at this -- I mean, he
17  was in a lot of pain, he wasn't doing a lot of
18  conversing. I mean, he wasn't carrying on much
19  conversation with anybody.
20  Q  Were you present there the whole time?
21  A  I was.
22  Q  Did you have any conversations with Keri?
23  A  Not other than, you know, that his back hurt
24  and she said when to give him the pills and she said
25  that if it persisted, you know, that we could call

Page 28

1 Mr. Davalos.
2 Q  Okay. And then what happened?
3 A  And then Keri left and Greg was in a great
4 amount of pain. I mean, we -- he had taken the
5 Tylenol, but he kept telling me, you know, it's not
6 even touching the pain, I still hurt.
7     He had to go to the bathroom, but there was
8 no way that he could get off of the bed. And so he
9 had me bring a Ziploc bag and I helped him pee into
10 the bag while laying on the bed.
11 Q  That was Saturday morning?
12 A  This was Saturday, uh-huh.
13     And he was in pain and he was now, you know,
14 taking the drugs. He was -- he kind of faded in and
15 out. He'd kind of nod off a little bit and come back.
16 And so I was in and out of the room during Saturday
17 morning, doing other things around the house and with
18 Madison. And he would call me back, and we would talk
19 about his back and his pain, and things started to
20 escalate.
21     His legs -- you know, his feet were tingly
22 and his legs were tingly and he was asking me about
23 those. He wanted me to rub them and feel them. His
24 face was white and ashen, I mean, from being in pain.
25 So I called Mr. Davalos and he came over.

Page 29

1 Q  What time was that?
2 A  I would say midday on Saturday.
3 Q  Noon, 1:00?
4 A  Okay.
5 Q  No. I wasn't there; I'm asking you.
6 A  Yeah. I said midday.
7 Q  Midday, what does that mean to you? Because
8 I don't know.
9 A  Around noon.
10 Q  Okay, that's fine. That's more informative
11 for me, around noon you called him.
12     Had you talked with Greg about what to do
13 about his pain during this time period where he was
14 discovering that his legs were tingly?
15 A  Had I discussed that with Greg?
16 Q  Right. The plan, how are you going to take
17 care of his major problem you're having.
18 A  We had talked about the fact that he isn't
19 going to be able to get on a plane. He says, "There's
20 just no way," he says, "I can't sit up on this bed.
21 How would I be able to sit on a plane?"
22     And so Rick Holt at some time on Saturday,
23 and I believe it was after Mr. Davalos visited the
24 first time, Rick Holt came over and they discussed a
25 plan as far as what Rick needed to do, because I

Page 30

1 believe the original plan was that Greg was going to
2 go on Saturday and Rick was going to come in either on
3 Sunday or Monday to join the training, but Greg was
4 going to go in and do all the upfront organization.
5     So Rick came over, and he and Greg discussed
6 what Rick was going to need to do in order to take the
7 lead on the training, to get in there on Saturday and
8 to pick up the computers and to -- where the key is
9 going to be, meeting the trainers and the teachers and
10 stuff on Sunday to start that training. So that took
11 the travel off of Greg's plate for Saturday, so we
12 didn't have to worry about that.
13     When Mr. Davalos came over, he talked to Greg
14 about any previous back injury that Greg had had, and
15 Greg mentioned the MRI with the bulging disc, and they
16 talked about that.
17     And Mr. Davalos shared with Greg that he
18 himself had had a bulging disc and that, you know, it
19 meant that he had to do lots of exercise and walking
20 and strengthening his back and, you know, that they
21 can't really do anything for a bulging disc other than
22 those things. He kept wanting to try and get Greg to
23 sit up, you know, that what he needed to do was get up
24 and move around a little bit. Greg was assuring him
25 that that was not an option, that he wasn't able to do

Page 31

1 that.
2     Greg complained about the pain in his legs,
3 his lower back, and that his legs were tingling and
4 not feeling normal. And Mr. Davalos assured him that
5 that was from laying in one position and that the pain
6 was from the bulging disc. And I believe when Greg
7 told Mr. Davalos at that first visit that the
8 Tylenol 3 wasn't doing anything for the pain, that
9 Mr. Davalos got some codeine for him as a painkiller.
10 Q  So what drugs did David Davalos give to your
11 husband, and in what manner?
12 A  I don't understand what you mean by what
13 manner.
14 Q  IV, a shot, rectally, by mouth? Those
15 options.
16 A  Over the course of the weekend, Greg had --
17 Q  No. We're on this one day, we're on
18 Saturday, only Saturday.
19 A  Okay. Well, you asked what drugs he had
20 given.
21 Q  Right. That day.
22 A  Okay. Just the codeine, and they were pill
23 forms. So he had had the Tylenol 3 from Keri, and
24 then the codeine pill from Mr. Davalos.
25 Q  I don't understand the difference between the

Page 32

1 Tylenol No. 3 and codeine. It's just codeine, only
2 codeine, nothing else in that pill?
3    A   I don't know what is in the pill. I don't --
4 that was what was labeled on the bottle.
5    Q   Was there any discussion about an airplane
6 that day?
7    A   When we talked about seeing a doctor,
8 Mr. Davalos said that for just a bulging disc, which
9 is what he was sure that that's what Greg had, that
10 going into town on a weekend, nobody was going to see
11 him and he would just end up having to wait around in
12 Anchorage until he could get an appointment with his
13 doctor on a weekday.
14       Mr. Davalos took the information, Greg's
15 doctor's information, Dr. Voke's name. I believe I
16 went and found a card for him in Greg's wallet or
17 address book and gave that information to Mr. Davalos,
18 and he was going to call and see if he could get any
19 other information from Dr. Voke or his associates.
20       But being the weekend, there was no one at
21 the office and there was -- the calls for that office
22 were forwarded to either a recorded system, you know,
23 to leave a message, or to the emergency room.
24    Q   Had you thought of calling Dr. Voke yourself?
25    A   No.

Page 33

1    Q   Had you ever been to an emergency room
2 before?
3    A   Yes, I had.
4    Q   And which emergency room had you been to?
5    A   I had been to Alaska Regional, their
6 emergency room.
7    Q   Had Greg been there before, if you know?
8    A   Yeah, I don't know.
9    Q   Had you ever been to Nome's emergency room?
10   A   No.
11   Q   Had Greg been with you when you went to
12 Alaska Regional?
13   A   No.
14   Q   Were you aware that emergency rooms are open
15 24-hours a day?
16   A   Yes.
17   Q   Was there any discussion with David Davalos
18 and Greg and you about emergency rooms for treatment?
19   A   Mr. Davalos called the emergency room at some
20 point over the weekend, and I recall that his
21 conversation with the emergency room was that there
22 was nobody there able to accept a medevac because --
23 and I don't understand the details of that.
24   Q   Okay. I need you to clarify the day and time
25 of that conversation, if you can recall.

Page 34

1    A   Okay. I just need to clarify from you, I
2 mean, I --
3    Q   I'm going day by day. We're just on Saturday
4 now. I will ask you later about Sunday and about
5 Monday, so this is only Saturday; first Keri, then
6 Dave Davalos. So I'm trying to get information about
7 what was discussed and what was done when Dave Davalos
8 was there on the first visit to your house on
9 Saturday.
10   A   Okay. Then that was it.
11   Q   Okay. So no telephone call to an emergency
12 room on Saturday?
13   A   Not after that first visit, no.
14   Q   Did Greg talk to Dave Davalos about his
15 ability to sit or stand?
16   A   He did.
17   Q   Okay. What did he say about sitting?
18   A   Greg said that he didn't think he could sit
19 up. He was adamant that he could not sit on a plane
20 for that length of time.
21   Q   Okay. What length of time is that?
22   A   An hour and 40 minutes.
23   Q   Did he think about coming to Nome as an
24 option?
25   A   No.

Page 35

1    Q   And how long is the plane ride to Nome?
2    A   40 minutes.
3    Q   Now, do you know why Nome wasn't an option?
4    A   There's not a back specialist in Nome either.
5 Mr. Davalos was talking about a bulging disc,
6 Mr. Davalos was talking about that what Greg really
7 needed to see was Dr. Voke in Anchorage at an office
8 visit, and so Nome never really came into that
9 conversation.
10   Q   Did Greg take the medication, the codeine,
11 when Dave was there?
12   A   Yes, he did.
13   Q   And how long did he have the medication in
14 his body before David left?
15   A   David was only there 20 minutes, 30 minutes
16 tops. So if Greg took it partway through, he would
17 have had it in, you know, maybe 15 minutes of time.
18   Q   Was it working?
19   A   No.
20   Q   Did he report that to Dave?
21   A   We did call Dave later on Saturday.
22   Q   Okay. I'll ask about that later.
23       During those 20 to 30 minutes did Dave
24 examine Greg?
25   A   I believe that David did some. You know,

Page 36

1  Greg was laying on his right side on the bed, which
2  was the least painful position that he was able to
3  find, and Dave went behind him on the bed and ran his
4  fingers down the spine on Greg's back, asking him, you
5  know, does this hurt, does this hurt, does this hurt,
6  and Greg responding appropriately, you know, hurting
7  when it got to the bottom.
8      Q   So when you say bottom, is that below the
9  waist?
10     A   No. The bottom part of his spine.
11     Q   What particular area was he complaining
12  about? Was it below the waist, between the waist and
13  the tailbone?
14     A   Yes.
15     Q   Is that where his prior injury had been?
16     A   No. His prior injury was a little higher
17  than that, I believe.
18     Q   And where was it?
19     A   I don't know.
20     Q   Okay. So he did the spine exam. Did he do
21  anything else?
22     A   I don't recall anything else being done at
23  that point.
24     Q   Anything with the feet?
25     A   I'm sorry, I don't recall anything.

Page 37

1      Q   Were you present the whole time that Dave
2  Davalos was there?
3      A   Yes, I was.
4      Q   We talked about him not being able to sit in
5  the chair. Did Greg discuss his ability to walk with
6  Dave Davalos?
7      A   Not so much saying that he couldn't walk,
8  it's just that he wasn't able to get up and out of
9  bed. I mean, Greg was in an incredible amount of
10  pain. Moving at all hurt.
11     Q   And did he say that to David Davalos?
12     A   Yes. There was no mistaking that Mr. Davalos
13  had it made very clear to him how much pain Greg was
14  in.
15     Q   Was there any doubt that Dave Davalos was
16  aware that Greg Johnson could not walk?
17     A   I'm sorry, can you --
18     Q   Was it also crystal clear that Greg Johnson
19  could not walk?
20     A   Yes.
21     Q   Was that made clear?
22     A   Yes.
23     Q   Were pain medication options discussed?
24     A   Uh-huh. Greg did say that -- well, at this
25  point, no, if we're still talking about that first

Page 38

1  visit.
2      Q   Saturday.
3      A   Then no. I mean, the codeine was what
4  Mr. Davalos brought with him at that point. So that
5  visit, that's what we're trying, codeine. So nothing
6  else was being discussed, because he brought a
7  solution to that visit.
8      Q   Now, between cooking dinner on Friday and
9  midday when Dave Davalos was there, did Greg have a
10  bowel movement?
11     A   No.
12     Q   When was his first bowel movement after
13  cooking on Friday?
14     A   He had a little bit of an involuntary
15  movement. I believe it was on Sunday.
16     Q   In the a.m., p.m., midmorning, midday?
17     A   Midday, probably.
18         And then ---
19     Q   I need a little more information about that.
20  Was that in bed?
21     A   Yes, it was.
22     Q   So he soiled himself?
23     A   Yes, he did.
24     Q   And you had to clean it up?
25     A   Yes, I did.

Page 39

1      Q   So it was midday?
2      A   Yes.
3      Q   And he continued to pee into a Ziploc bag
4  Saturday, all of Saturday?
5      A   Yes.
6      Q   Did he tell David Davalos that that's how he
7  was peeing?
8      A   Yes.
9      Q   Did he show it to him, the Ziploc bag, or was
10  it sitting on the floor? Could you see it?
11     A   I would dump the Ziploc bag into the toilet
12  and leave it lying on the floor by the toilet until it
13  was needed the next time. So no, it was not lying on
14  the floor or I didn't run and show it to Mr. Davalos
15  when he arrived.
16     Q   Okay. So it wasn't in the bedroom?
17     A   No.
18     Q   Are you sure there was a discussion about the
19  way he was peeing?
20     A   Yes. That was used to help explain how much
21  pain he was in, that he couldn't even get off the bed
22  to go pee, that he would rather have to lie on the
23  bed, as a 43-year-old male, and have his wife help him
24  pee into a Ziploc bag, because he was in so much pain
25  he couldn't get up and walk to the next room to use

12 (Pages 36 to 39)

Page 40

1  the restroom.
2  Q  Was there any discussion about how Greg was
3  going to get to Anchorage to see a doctor?
4  A  Mr. Davalos kept saying that they would be
5  able to use the stair chair. And again, I mean, this
6  is -- I'm confused on the time, because, I mean, do
7  you want me to stay at that Saturday?
8  Q  That Saturday.
9  A  No, there was no discussion about getting
10 into Anchorage.
11 Q  There was no discussion?
12 A  Not at that first visit right there, no.
13 Q  Was there any discussion about the future,
14 about how to get to Anchorage or going to Anchorage?
15 A  At that 30-minute visit that Mr. Davalos had
16 on Saturday morning?
17 Q  Correct, on Saturday.
18 A  No.
19 Q  Was there any plan for follow-up on Sunday
20 after the Saturday visit?
21 A  Mr. Davalos, when he left the house on
22 Saturday morning, said, "You have my phone number. If
23 you need anything, give me a call, and I will call
24 back and check as well."
25    MS. LONG: Susan, I need a little break when

Page 41

1  you have a chance.
2     MS. LINDQUIST: Off record.
3     (Recess.)
4     MS. LINDQUIST: Back on record.
5  BY MS. LINDQUIST:
6  Q  So we're at Saturday, and David Davalos has
7  left and he said here's my number and call. So what
8  time did he leave?
9  A  He was there midday, and he was there for
10 about a half hour. So he left probably 12:30, 1:00.
11 Q  Okay. And how did the afternoon progress?
12 A  I continued working around the house and
13 checking on Greg. He was, you know, in and out
14 because of the pain and not sleeping through the
15 night, and he would call me and we would talk about
16 the pain and about how uncomfortable he was. And then
17 he'd call me when he had to go pee.
18    And later that day, he called me and said
19 that his feet just didn't feel right, something was
20 wrong with them. And he was concerned about them, and
21 he wanted me to touch them and massage them and feel
22 them, and I did that.
23    And they were -- if I would squeeze on them
24 or massage on them, you know, my fingerprints would
25 leave an indent in his foot. So we were then worried

Page 42

1  again more so, you know, there's something else that's
2  wrong with the feet and the legs.
3     And so I called Mr. Davalos back and asked
4  him to come over again and told him I had some
5  concerns about the feet.
6     And Mr. Davalos examined Greg's feet, and I
7  showed him what I meant. And he said that that was
8  just circulation issues, that because Mr. Johnson was
9  laying on his side and wasn't moving around, that
10 circulation was an issue, and that I should massage
11 his feet for him periodically so that that problem
12 didn't occur and would keep the blood moving through
13 his feet.
14    And he asked again about the pain, and we
15 said that it was worse than it had been and that the
16 codeine was not taking care of things.
17    And I believe that was all that happened at
18 that visit.
19 Q  Okay. We're still on Saturday; is that
20 correct?
21 A  That is correct.
22 Q  Now, what time was it that you called David
23 Davalos?
24 A  For the second visit, it would have been
25 dinnertime, five-ish, on that Saturday.

Page 43

1  Q  And you made the call?
2  A  Correct.
3  Q  And you made the call after the massage?
4  A  After Greg had asked me to check his feet,
5  yeah, and said that something was wrong. And so I,
6  you know, pressed on his feet. And, you know, like I
7  said, as I was touching his feet and Greg was sharing
8  with me odd feelings that he was feeling on his feet,
9  and then I was seeing that my fingerprints were
10 leaving impressions on his feet, then, yes, I called
11 Mr. Davalos.
12 Q  How long did you massage the feet?
13 A  A few moments.
14 Q  With any lotion?
15 A  No.
16 Q  And what strange things did he tell you he
17 was feeling?
18 A  He just said that my touch -- that he wasn't
19 feeling my touch normally, like -- I don't know, I'm
20 not sure. I mean, I didn't ask him to explain it to
21 me in some other way, he just was sharing with me that
22 it was not feeling right, that something was wrong
23 with his feet.
24 Q  Between the time David Davalos left and you
25 called David Davalos, you said, around dinnertime in

Page 52

1 Sunday morning Greg thought that the only way he could
2 get to Anchorage was a medevac; is that correct?
3   A   Yes, this is correct.
4   Q   And you agreed?
5   A   Yes.
6   Q   So the plan on Sunday morning was to get a
7 medevac?
8       MS. LONG: Objection to form.
9 BY MS. LINDQUIST:
10  Q   What was the plan on Sunday morning?
11  A   To talk to Mr. Davalos and see how he was
12 going to be able to get Greg to Anchorage.
13  Q   At any time did you call a hospital in
14 Anchorage?
15  A   I did not.
16  Q   At any time did you call Dr. Voke?
17  A   I did not.
18  Q   At any time did you call any medical person
19 besides Dave Davalos?
20  A   I did not.
21  Q   And did Greg?
22  A   No.
23  Q   So how did it come about that Dave Davalos
24 came to your house on Sunday?
25  A   On Sunday morning, then I called Mr. Davalos

Page 53

1 and told him that Greg, you know, had lost voluntary
2 control of his bladder and that his pain was still
3 excruciating, the medication was not helping anything,
4 his legs and feet were still tingling and feeling
5 different than they should normally. And so
6 Mr. Davalos came over then on Sunday.
7   Q   So conveying this information, that was on
8 the phone?
9   A   Uh-huh, yes.
10  Q   What time was the phone call?
11  A   Late morning.
12  Q   Can you be more specific?
13  A   No, I'm sorry, I can't. I don't have the
14 times in my head. I'm sorry, I don't.
15  Q   Okay. When was the conversation with Greg
16 about the medevac on Sunday morning?
17  A   It was earlier in the morning when we woke
18 up. I mean, he called me and we realized that he had
19 voided in the bed, and we -- after cleaning that up, I
20 sat down on the bed with him and we were discussing
21 the options.
22  Q   And besides medevac, what were the other
23 options?
24  A   Continuing to lay where he was laying. I
25 mean, there wasn't any other viable options.

Page 54

1   Q   Okay. Did you have breakfast that morning?
2   A   I probably ate something while I fed my
3 daughter, yes.
4   Q   And did Greg have breakfast?
5   A   Greg continued his same eating habits that he
6 had on Saturday. So over the course of Sunday, he
7 probably had one or two half peanut-butter sandwiches.
8   Q   Okay. So Dave came over on Sunday, late
9 morning, and how long did he stay?
10  A   He probably stayed about a half hour again.
11  Q   Did he call anyone when he was there?
12  A   Not from our house.
13  Q   Okay. Did he examine Greg?
14  A   He was asking Greg questions about the pain,
15 about his legs and about his feet. He was touching
16 Greg's feet and asking Greg questions. He was talking
17 about getting to Anchorage. Greg shared with him that
18 he had lost bladder control during the night and that
19 he wasn't able to stop peeing.
20  Q   Okay. How about the pain? Was there any
21 discussion about whether the pills were working or
22 not?
23  A   Greg shared with Mr. Davalos again that the
24 pain was not being dealt with by the medication that
25 he had been given.

Page 55

1   Q   Did Dave bring a different medication with
2 him?
3   A   I don't know if he brought it at that visit.
4 At some point there was -- I believe there was a
5 prescription of Vicodin or something like that that
6 was brought from Nome.
7   Q   At any time did you see Dave Davalos give a
8 shot?
9   A   During that morning visit, I don't -- I know
10 that Greg got two shots, one on Sunday and one on
11 Monday, I believe. I don't remember the exact times
12 that they were done, though.
13  Q   So one shot was on Sunday?
14  A   Yeah. And the plan was going to be to give
15 the shot, and then that would help Greg be able to sit
16 up to get to the plane.
17  Q   What medication was in the shot?
18  A   I don't know.
19  Q   So was the shot given in that late morning
20 when Dave Davalos came to your house?
21  A   I don't remember. There was a shot on
22 Sunday, and I don't remember the time.
23  Q   How many times did David come to your house
24 on Sunday?
25  A   I believe it was two.

Page 56

1  Q  Okay. So the first time was late morning,
2  and the second time was when?
3  A  Afternoon.
4  Q  So on the first visit in the late morning
5  when they were discussing the pain medications not
6  working, what was the plan in regards to pain
7  medication? To get a different one, or what was the
8  idea?
9  A  I believe there was a plan to get another
10 prescription from Nome, but that David Davalos had to
11 converse with someone up here to get that
12 prescription, that it wasn't something he had in
13 Unalakleet.
14 Q  So was Greg to continue taking codeine until
15 the new prescription arrived?
16 A  Uh-huh.
17 Q  Is that correct?
18 A  Yes, that is correct.
19 Q  Okay. Did you talk about airplanes late
20 morning Sunday?
21 A  We did. Mr. Davalos was still trying to
22 convince Greg that he could get on the PenAir seat
23 fare, was adamant that with a shot of whatever kind of
24 painkiller, that he would be able to get onto the
25 plane and endure the ride and get off the plane at the

Page 57

1  other end.
2  Q  What was the plan on the other end, when he
3  got on the other end?
4  A  Mr. Davalos had said that the doctors'
5  offices weren't open and that they weren't going to
6  open on a weekend for a bulging disc. And so if Greg
7  got in, he would either -- he was either going to go
8  to the emergency room on his own or wait until
9  Dr. Voke's office opened.
10      But Greg knew that he couldn't get on the
11 plane, so having that plan at the other end was not
12 going to come to any head, because he couldn't get on
13 the plane, he couldn't sit up on that plane.
14 Q  Okay. So did you discuss medevacs on that
15 Sunday late morning?
16 A  We discussed medevacs on Sunday, and I do not
17 remember which visit it was, if it was that morning
18 visit or if it was later in the day. And Mr. Davalos
19 made a statement about having spoken to someone in
20 Anchorage and that there was no one that was going to
21 be able to accept a medevac, which meant we were going
22 to have to wait another day.
23 Q  What did that mean to you, accepting a
24 medevac? What does that mean?
25 A  It was terms and conversations completely

Page 58

1  outside my knowledge base. And so it was me having to
2  take my husband's care provider's word that he had
3  done what he could do, he had talked to who he needed
4  to talk to, and that a medevac was not available.
5  Q  Did that ring true to you?
6  A  It was outside of my base of knowledge. I
7  don't -- I don't have -- didn't have, at that point,
8  any knowledge about medevacs, how -- who paid for
9  them, how they worked, who could get one, who could
10 ask for them. It was -- I had no information in that
11 entire field. So asking me if it made sense, it was
12 information that was given to me and I had nothing to
13 file it with; it was simply information that I had.
14 Q  Did you discuss calling an emergency room in
15 Anchorage?
16 A  Mr. Davalos said that he had done that. And
17 so again, the care provider that we were working with
18 had taken care of that and reported back, so there
19 wasn't any need for me to communicate.
20 Q  And am I correct in believing that you don't
21 know if this conversation was late morning or late
22 afternoon?
23 A  You are correct in that.
24 Q  Okay. What time do you think that second
25 visit was? Before dinner, after dinner?

Page 59

1  A  Before dinner.
2  Q  And on the second visit was any medication
3  brought or given?
4  A  Yes. I believe that the purpose of his
5  second visit was to deliver the prescription that he
6  had received from Nome.
7  Q  Do you recall calling him and asking him to
8  come the second time?
9  A  I do not.
10 Q  Between the first visit and the second visit,
11 had Greg's condition changed?
12     MS. LONG: On Sunday?
13 BY MS. LINDQUIST:
14 Q  On Sunday. We're still on Sunday.
15 A  It was sometime on Sunday that he had an
16 involuntary bowel movement. And he was still having
17 involuntary bladder voiding, and he was still in
18 excruciating pain, and the numbness and tingling in
19 his feet and legs was intensifying.
20 Q  And what did you think was happening?
21 A  He had a bulging disc. We were continually
22 reassured by Mr. Davalos that he had a bulging disk
23 disc and that he needed to lose weight and strengthen
24 his back, that the tingling and sensations he was
25 feeling in his legs was due to circulation and not

Page 60

1 moving his body around.
2   Q   We talked about how that conversation
3 happened on Saturday. Did that conversation also
4 happen on Sunday?
5   A   Yes, ma'am.
6   Q   So on Sunday am I clear in saying that he
7 told your husband to lose weight, on Sunday?
8   A   Uh-huh. Mr. Davalos was sharing with Greg at
9 each of the visits, Mr. Davalos was able to work into
10 the conversation his own personal experience with the
11 bulging disc and how he himself had had to lose weight
12 and exercise daily in order to keep the bulging disc
13 from being an issue with his health and his
14 well-being.
15       And so that is how he would direct all of the
16 conversations, was back to: Well, you have a bulging
17 disc, and, you know, I had to lose weight and I had to
18 exercise, and that's what you're going to need to do
19 in order to take care of this.
20   Q   Okay. And so on Sunday evening did he do any
21 exam?
22   A   I believe that he, you know, was doing
23 something with Greg's feet and asking Greg questions.
24   Q   Did Greg talk to Dave Davalos about the
25 involuntary bowel movement?

Page 61

1   A   Yes. We -- I mean, I don't know if Greg did
2 or if I did, but it was discussed with Mr. Davalos on
3 Sunday.
4   Q   What did you say?
5   A   That Greg had had an involuntary bowel
6 movement while on the bed.
7   Q   And would did Dave say?
8   A   I don't remember Mr. Davalos' response at
9 that point to that. At no point in any of this
10 conversation was there any talk or any discussion of
11 any possible outcomes of an injury like this. I mean,
12 he was continually referring to a bulging disc and
13 saying that, you know, it's not anything that a doctor
14 is going to rush over to see you for, it's just a
15 bulging disc.
16   Q   Did you have any information about bulging
17 discs and spinal cord injuries from Greg's prior
18 injury and his visit with Dr. Voke?
19   A   I didn't personally. I'm sure that Greg and
20 Dr. Voke had talked about bulging discs and what
21 needed to be done. I mean, that's why we were
22 exercising more and trying to eat healthier.
23   Q   Were you satisfied with the information Dave
24 Davalos was giving you on Sunday?
25   A   No. I was frustrated and I felt that he was

Page 62

1 being condescending. I felt that he was not hearing
2 the concerns that we felt we were sharing with him in
3 regards to Greg's pain and loss of functions.
4   Q   So what did you do about these concerns?
5   A   I talked with Mr. Davalos and said, you know,
6 is there -- isn't there something that you can do? I
7 mean, I was seven months' pregnant, I had a
8 three-year-old running around the house, and I was
9 frustrated, I was concerned, I was upset. And, you
10 know, Mr. Davalos said that, you know, he was doing
11 the best that he could, and when they got him to
12 Anchorage the doctor would take it from there.
13   Q   Why didn't you call a hospital in Anchorage?
14   A   Because I was continually reassured and told
15 that this was a bulging disc. I was not told of
16 anything, that there would be the possibilities of any
17 permanent loss of legs or bladder or bowels or -- I
18 mean, that was never communicated or intimated or in
19 any way conveyed to myself or to Greg.
20       And so although I was frustrated that my
21 husband was lying on the bed and was uncomfortable and
22 was in pain and was having problems, I was continually
23 reassured by our healthcare provider that it wasn't a
24 permanent, damaging, serious enough issue that we
25 needed to do anything more than get him in to see

Page 63

1 Dr. Voke on the next workday.
2   Q   Had you called Dr. Voke to make an
3 appointment?
4   A   Mr. Davalos had done that, and he took
5 Dr. Voke's number.
6   Q   Did Dave Davalos at all talk about anything
7 permanent?
8   A   No.
9   Q   Did you have a computer at home?
10   A   I did, yes.
11   Q   Did you have Internet?
12   A   We do, yes.
13   Q   Did you go on the Internet and look up
14 bulging discs?
15   A   I did not.
16   Q   Now, Greg had had a bulging disc before,
17 hadn't he?
18   A   He had.
19   Q   Had he experienced any of these symptoms with
20 his prior bulging disc?
21   A   He had not.
22   Q   Did you discuss the difference between his
23 prior bulging disc and his current May 2004 bulging
24 disc?
25   A   We did not discuss the differences between

Page 72

1   Q   Okay. And what did you do?
2   A   I got up, got Madison dressed, got myself
3   showered and dressed. I, you know, checked on Greg
4   when I got up, saw what he was doing, helped him go
5   through the routine we had established over the last
6   couple of days of getting the Ziploc bag and getting
7   him a drink of water, helping with his medication.
8       I got a wet washcloth and helped clean him,
9   you know, wiped his face and arms and helped clean him
10  up a little bit. He had been lying there, sweating
11  and hurting for two full days and nights.
12      Then as we were going through the morning, at
13  whatever the designated time was, Mr. Davalos and, I
14  think the guy's name was Bill, came over to the house
15  with the ambulance and the stair chair.
16      And I had packed a small overnight bag for
17  Greg, with his ditty bag and some extra clothes and
18  things in it. And I remember now I had helped Greg
19  change clothes because he had peed on his underwear
20  and shorts again during the night, and so I helped
21  him.
22      He was able to, with a large amount of pain,
23  sort of roll, you know, like they do in hospitals,
24  roll one way and push the blanket against him, and
25  roll him the other way and pull the blanket out the

Page 73

1   back side. So we did that in order to get wet
2   blankets and sheets out from under him and clean stuff
3   under him.
4       And then I helped pull off his shorts and
5   underwear and clean him. And then I believe I put a
6   pair of sweatpants on him so that he had long pants
7   for the trip, and I put on tennis shoes without socks
8   for him.
9       And when Mr. Davalos got there, they gave him
10  a shot and waited a short period of time for the shot
11  to take effect. And then Greg at this point was still
12  saying, you know, I don't think that this is the -- a
13  good idea. I don't think this is going to work.
14  Q   Do you recall that expression: Not a good
15  idea?
16  A   I don't remember the exact words. That was
17  the intention of the words.
18      Mr. Davalos and Will [as spoken] got on each
19  side of Greg and -- I mean, they were doing the lion's
20  share of the work. I mean, Greg was not able to do
21  much at all; he was in a lot of pain. They helped sit
22  him up to the edge of the bed, and then they turned
23  him on the bed so that he was able -- so that he was
24  lined up better with the stair chair, and they moved
25  him onto the stair chair.

Page 74

1   At that point it became excruciatingly
2   obvious to everyone in the room that this was a bad
3   idea and that it wasn't going to be able to happen.
4   And they let Greg rest for a moment in the stair
5   chair, and then they helped move him back to the bed
6   and back into the same position that he had been over
7   the course of the weekend, which was on his right
8   side.
9       It was apparent to myself that Greg didn't
10  have a lot of control of his legs, that he wasn't able
11  to move them as they were trying to scoot him around
12  the bed, that he wasn't able to lift his leg up and
13  slide it over. It was apparent to me that Greg was in
14  pain beyond anything that he should have been having
15  to endure.
16      At that point Mr. Davalos said that he was
17  going to have to go back to the clinic and see what he
18  could do about getting a medevac down here, because
19  sending Greg seat fare to Anchorage was not going to
20  be an option.
21      Greg and I were both -- felt a sense of
22  relief at that point, that he was finally going to be
23  able to get to Anchorage and then met at the other end
24  then by an ambulance and taken to the emergency room,
25  so that he could have care provided at that end,

Page 75

1   instead of being met by a friend in a car and go to a
2   hotel and go see what he could make happen.
3       After that exertion of trying to do that,
4   Greg had peed on himself again. And so we went
5   through the -- after Mr. Davalos and Will left, we got
6   the Ziploc and let him void again and then cleaned up
7   the mess from the involuntary again.
8       And then after that, Mr. Davalos called us
9   and said that he had had contact and that the medevac
10  should be there. I believe the medevac was supposed
11  to arrive around 12 or 12:30.
12      And when the medevac got in, they went over
13  to the clinic and did some paperwork and had some
14  lunch, and then Mr. Davalos brought them to the house.
15  And once the medevac team arrived at the house, there
16  was just a sense of relief that finally here are
17  people who are going to be able to get him onto a
18  medevac plane and get him to Anchorage.
19      And so they did a -- they put an IV in, they
20  chatted Greg up, they looked to see what medications
21  he had taken, they talked with myself and Greg and
22  Mr. Davalos about the events of the last couple of
23  days, they asked Greg about how it started, what was
24  the cause.
25      And with the IV, Greg was then completely out

21 (Pages 72 to 75)

Page 80

1  A  Not while I was present in the room. When he
2  first came in, we were all -- Will was kind of
3  standing in the hallway with the chair, and Dave and I
4  were in the room. The room is mostly bed, so it's
5  tight quarters.
6      And Dave and I were in the room with Greg,
7  and he prepped Greg for the shot. And then I went out
8  to -- Jim arrived or something, and I finished packing
9  and got the bag to Jim. So if he did any kind of an
10 exam on Greg, it was when I was out of the room.
11 Q  How was Will participating? Did you hear
12 Will speaking?
13 A  Will was just there to help move Greg from
14 the bed to the chair to the ambulance to the plane.
15 And when he got there -- I mean, Greg and I both know
16 Will and his dad and his brother. And when he got
17 there, you know, pleasantries: "Hello, Greg, how are
18 you?" You know, "Sorry to hear about your back."
19 That was it.
20 Q  So Greg got on the medevac, and when's the
21 next you heard from him?
22 A  Greg got on the medevac and I knew that they
23 were taking him to Alaska Regional, which is our --
24 which is where our insurance, we have to go. So the
25 medevac was going to take him to the airport, and the

Page 81

1  ambulance was going to take him to Alaska Regional.
2      So I tried calling Alaska Regional, and they
3  didn't have anybody by that name that had been checked
4  in. And so I called Providence, and he was there
5  because they had gone to Alaska Regional, and they
6  were maxed out on that kind of patient at the moment,
7  and so they sent him to Providence.
8      And so when I located him at Providence
9  through the ER, it was probably 4:00 in the afternoon.
10 I had spoken with hospital people prior to that, and
11 they would say things like, you know, he's en route to
12 this place for an MRI or this place for an x-ray or
13 stuff. So I had spoken with hospital people, but I
14 hadn't spoken to Greg prior to that.
15     And when I finally was able to get through to
16 Greg later that afternoon, it was actually Dr. Cohen
17 who answered his phone. And I spoke with Dr. Cohen
18 for a few moments, and then he held the phone to Greg
19 and I talked to Greg for a few minutes, but it was not
20 much of a conversation. Greg was well out of it,
21 between the pain and the lack of sleep and all of the
22 medication that was through his body. He was unable
23 to really say anything other than, you know, "Love
24 you. Come in. Come here now."
25 Q  Did you speak to the doctor?

Page 82

1  A  I did speak with Dr. Cohen.
2  Q  And what did he tell you?
3  A  He asked me what had caused the injury, he
4  asked me when it had happened, and he informed me that
5  injuries of this type need to be operated on within a
6  24-hour period. After that, you are -- it's likely
7  that, because of the type of injury, that there will
8  be permanent damage sustained.
9      That conversation that I had with him on the
10 phone was the first that I had ever heard, during this
11 entire ordeal, of anything of that magnitude.
12     And I talked with him just for a few moments,
13 and he said that he needed to run some tests and do
14 some things and that he would call me back. And he
15 took my number and he said, "It will probably be late
16 when I call you, but I will call you back."
17     And so I spent the time between that phone
18 call and the next phone call crying and worried and
19 making my travel plans for the next day to Anchorage
20 so that Madison and I could be there as soon as
21 possible.
22     And Dr. Cohen called back late that night.
23 It was midnight or 1:00 in the morning when I spoke to
24 Dr. Cohen next. And he was personable. He had a
25 great bedside manner, if you're looking for that in a

Page 83

1  doctor. And he was very frank and upfront with me, in
2  saying that he wished that he had -- that Greg had
3  been in two days ago so that he would be able to help
4  Greg more than he was going to be able to do now.
5      But as it was, he had already canceled two or
6  three surgeries for the next morning and moved Greg up
7  to the first surgery of the day. And he assured me
8  that -- he assured me that he was going to do
9  everything that he could.
10     MS. LINDQUIST: Off record. Let's take a
11 break.
12     (Recess.)
13     MS. LINDQUIST: Back on record.
14 BY MS. LINDQUIST:
15 Q  How long was the conversation with Dr. Cohen?
16 A  I was on the phone with Dr. Cohen about 45
17 minutes in the middle of that night, and he went over
18 what he was going to be doing with Greg, what he felt
19 was most likely going to be the outcome.
20     At that point, he said, "Because of the
21 length of delay between the initial injury and my
22 being able to operate on him tomorrow" - you know, in
23 a few hours at that point - "I cannot guarantee that
24 your husband will walk out of this hospital." He said
25 there is most likely going to be loss, and he said he