```
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF ALASKA AT ANCHORAGE
 3
 4   GREGORY JOHNSON and KIMBERLY   )
     JOHNSON, individually and on   )
 5   behalf of their minor          )
     children, MADISON JOHNSON      )
 6   and ALEXANDER JOHNSON,         )
                                    )
 7              Plaintiffs,         )
                                    )
 8   vs.                            )
                                    )
 9   UNITED STATES OF AMERICA,      )
                                    )
10              Defendant.          )
                                    )
11   Case No. 3:06-CV-00120-RRB
12
13
14   _____
15            DEPOSITION OF GREG JOHNSON
                       VOLUME I
16   _____
17
18                    Pages 1 - 84
              Tuesday, April 17, 2007
19                    3:00 P.M.
20
21         Taken by Counsel for Defendant
                         at
22            U.S. ATTORNEY'S OFFICE
             222 West Seventh Avenue
23                Anchorage, Alaska
24
25
```

PACIFIC RIM REPORTING, LLC
www.courtreportersalaska.com

EXHIBIT  B
PAGE  1  of  12

Page 16

1  anything physical for a week or two. Sometimes maybe
2  put some ice on it to calm it down. I guess Dr. Voke
3  had suggested that as well, when it was really hot,
4  to do some icing.
5       So it affected my lifestyle somewhat from
6  time to time, but I was able to do most of the things
7  that I was used to doing.
8       Q.  How about in snowmobiling that winter of
9  2003-2004?
10      A.  I did some, but it -- it would hurt, the
11 jostling would hurt, and I would be -- I would be
12 stiff and sore the next day, more so than I had been
13 in the past, but that was probably lending itself
14 just to that anyway since I was doing less and afraid
15 of hurting. But I did some. I didn't do any hunting
16 that winter, I recall.
17      Q.  Now, on the snowmobile. When people say
18 they go snowmobiling or for you when you went
19 snowmobiling before your injury, in your town what
20 does that mean?
21      A.  When I say it, it means that I've -- I'm
22 getting on the machine and taking it somewhere out in
23 the country, out beyond the city limits. It might
24 be, you know, a little 15-mile trip, it might be a
25 trip out to cut a Christmas tree, or it might be, you

Page 17

1  know, a 90-mile round trip to go hunting or something
2  like that. But typically you're going out in the
3  country and either hunting or just sightseeing,
4  things like that.
5       Q.  Are you going on trails?
6       A.  Not always. I mean, typically if it's a --
7  if it's -- it just depends on your activity. If
8  you're going to go on a Christmas tree hunt, then you
9  go out the main trails. You typically stick fairly
10 close to the trails during the winter.
11      Q.  And did you ever go snowmobiling with your
12 wife?
13      A.  Yeah, several times. I don't recall
14 particularly that winter if we did. I think we went
15 and got a Christmas tree that winter.
16      Q.  Did you own two snowmobiles?
17      A.  No, we owned what they call a two-up one
18 that hauls two people.
19      Q.  So if she would go, is it safe to say she
20 would sit behind you?
21      A.  Yeah. Sometimes she drove.
22      Q.  And you would sit behind her?
23      A.  Sure.
24      Q.  And you own two helmets?
25      A.  We own helmets, yes.

Page 18

1       Q.  Okay. Now I want to go to the school
2  district, to your injury. Do you know what day of
3  the week it occurred?
4       A.  It occurred on a Friday.
5       Q.  Okay. What were you doing that day?
6       A.  That day was a culmination of a week in
7  which we had been doing what we called our summer
8  standards institute, which was helping our teachers
9  learn more about where we were trying to go
10 educationally and having them help work on our
11 district standards, our student learning objectives
12 and our student assessments, writing lessons and
13 units. We were wrapping up a week of doing that in
14 Unalakleet. We were preparing to come in here the
15 next week and do a week here.
16      Q.  I really want to know what you were doing.
17      A.  What I was doing? I was teaching for most
18 of the day, and then as the day closed out, then I
19 was starting to gather the stuff up to bring into
20 Anchorage.
21      Q.  What were your plans for coming into
22 Anchorage?
23      A.  My plans were to come into Anchorage on
24 that Saturday, pick up all the stuff on Sunday, and
25 take it up to our -- the area where we were going to

Page 19

1  have our folks stay at, do the symposium at, and get
2  all set up so I could start teaching Monday morning.
3       Q.  So after teaching on Friday, what were you
4  doing?
5       A.  And after the workday was over?
6       Q.  Well, maybe -- well, actually, maybe I
7  should slow down. What did you do in the morning
8  from 8:00 until noon?
9       A.  Taught teachers and worked with them. I
10 don't have anything specific that I can recall other
11 than that's the time -- the week they were wrapping
12 things up from presenting. So I guess I would more
13 likely have been facilitating their presentations,
14 helping them prepare and get ready to share with
15 their colleagues what they had done during the week.
16      Q.  So that was classroom work?
17      A.  Yes.
18      Q.  Okay. And then afternoon, what type of
19 work did you do?
20      A.  Same thing until about 2:00 or 2:30, and
21 then I started boxing things up and directing people
22 where we needed to get them in order to get them
23 shipped into Anchorage.
24      Q.  And what were you boxing up?
25      A.  Books, papers, presentation supplies. Just

PACIFIC RIM REPORTING, LLC
www.courtreportersalaska.com

EXHIBIT  B
PAGE  2  of  12

Page 20

1  general meeting supplies, I guess.
2  Q. Was anyone doing this with you?
3  A. Sure. Rick Holt, who worked as the
4  polyschools facilitator/trainer, was working with me,
5  as well as -- as the groups finished up their things,
6  they would help pack things up and clean things up as
7  well. There were 40 or 45 other folks there, so they
8  would help pack things up as they got their stuff
9  done.
10 Q. Did you pack up any computer supplies?
11 A. I did not. I had others pack those up for
12 us.
13 Q. How long did you spend packing up things,
14 from 2:30 until when?
15 A. 4:00-ish, 4:00. Somewhere between 4:00 and
16 4:15, 4:30.
17 Q. And around 4:15 and 4:30, was Rick Holt
18 still there?
19 A. Yes, he was.
20 Q. At one point were you doing any lifting?
21 A. Yes.
22 Q. Can you tell me about that?
23 A. We had two boxes or crates or whatever,
24 however you might describe them, that held a mobile
25 computer lab. There were slots in there for several

Page 21

1  computers and the power cords and the networking
2  devices necessary to set up a temporary network that
3  we had built. And at one point they needed to get
4  out into the hallway so they could be picked up and
5  taken out to the air freight carrier.
6      They needed to fly them out Friday
7  afternoon in order for them to be here when I got in
8  on Saturday. So at one point I picked those up and
9  took them out into the hallway and set them down.
10 Q. How big was one box?
11 A. Probably two-, two-and-a-half-feet long, 12
12 to 14 inches wide, two-, two-and-a-half-feet tall.
13 Q. How much did one box weigh approximately?
14 A. I would guess somewhere between 60 and 70
15 pounds.
16 Q. How did it come about that you were the one
17 to lift the boxes?
18 A. They needed to get outside. So other
19 people were doing other things, I wanted them out
20 there because I was the one that had to pick them up
21 here Saturday, so I'm the one to pick them up and
22 took them out in the hallway. I tend to do a lot of
23 things for myself. So anyone who was there could
24 have done it. I happened to do it.
25 Q. Okay. And how exactly did you do that?

Page 22

1  A. Bent over, picked up -- they have a
2  suitcase type handle, each one. Picked them up, held
3  one on each side, walked them out in the hallway, set
4  them down.
5  Q. Did you before on a regular or intermittent
6  basis pick up boxes that were weighing 60 to 70
7  pounds?
8  A. Can I offer you a rephrased?
9  Q. Sure. I just want to know your previous
10 experience with lifting.
11 A. Am I picking up large objects? Yeah.
12 Q. Correct.
13 A. All the time. I mean, we order a lot of
14 our groceries through the mail, so, you know, it
15 wasn't anything for me to go down with our Honda and
16 our cart and pick up 300, 400 pounds of boxes and
17 bring them down.
18     As a school administrator, I've spent
19 weekends hauling 1500 pounds of pop off of a porch to
20 bring inside for our vending machines. Snowmobiles
21 get stuck, boats need to get picked up on the
22 trailers.
23     I've been an extraordinarily strong
24 individual my entire life. So picking up something
25 like a 60- or 70-pound box with one hand was not any

Page 23

1  big strain for me.
2  Q. Did you ask for any assistance?
3  A. No.
4  Q. And how far did you carry the boxes?
5  A. Approximately 50 feet.
6  Q. And what did you do with them?
7  A. Set them out in the hallway.
8  Q. And the process of moving them that many
9  feet, did you experience any physical trouble?
10 A. Not at all.
11 Q. Did you hear anything happening in your
12 body?
13 A. No.
14 Q. When was the first time that you felt a
15 physical reaction?
16 A. I can't give you a specific time gap other
17 than to say that it was probably within 50 minutes of
18 that or 45, 50 minutes. Rick Holt came back from
19 doing some of the other work associated with what we
20 were doing, and as we were standing there talking I
21 noticed that my back was sore. I sat down, and that
22 really didn't alleviate it. And I recall at one
23 point shifting, trying to get a comfortable spot,
24 Rick saying, "What's going on?"
25     I said, "I don't know. My back just hurts.

Page 28

1  I was making scrambled eggs with cheese and sausages.
2     Q. Was everyone home?
3     A. All four of us were. I'm sorry, all three
4  of us were. Fourth one was still on the way.
5     Q. Did you experience any trouble?
6     A. I started having a lot more pain, and the
7  pain was definitely increasing. And I remember what
8  we were making because I told Kim that -- she was out
9  in the living room playing with Madison. I said, "I
10 need you to finish cooking dinner. I need to sit
11 down." That's the first time I mentioned to her that
12 I had had any back pain that day. And she teased me
13 about, "You can't finish scrambled eggs? It's going
14 to take you three minutes."
15    I said, "No, I don't think I can. I need
16 to sit down." And I went and sat down in a recliner
17 in the living room.
18    Q. Did you take any medication?
19    A. Not that I recall. If I took any for back
20 pain in those days, it was something like Advil or
21 Aleve, but I don't recall taking any specifically at
22 that point.
23    Q. And you sat in the recliner?
24    A. Um-hum.
25    Q. Did you recline in the chair?

Page 29

1     A. Initially I sat just with my feet dangling.
2  It was kind of a rocker recliner, and rocking action
3  seemed to alleviate the pain a little bit. I ate
4  dinner with Kim and Madison, although I stayed in the
5  recliner while I ate dinner. And once Madison went
6  to bed, then I did recline in the recliner. So that
7  would have been 7:15 to 7:30.
8     Q. Did you eat in the recliner?
9     A. I did.
10    Q. Did you get up from the recliner between
11 the time you sat in around -- between 5:15 and 7:00?
12    A. No, I didn't.
13    Q. Okay. And then what happened?
14    A. I stayed there for the evening, and Kim
15 went to bed at some point. I woke up somewhere
16 between -- somewhere on the other side of midnight.
17 I don't recall exactly what time it was, but it was
18 definitely after midnight. I realized I needed to
19 urinate, so I got up out of the recliner and then
20 went to the bathroom.
21    Q. Okay. And how was walking to the bathroom?
22    A. It hurt, specifically in the back. There
23 was some -- I think at that point it was just the
24 back hurt a lot. I mean, just to the left of the
25 spine. And it was very sore, but I was able to go

Page 30

1  and urinate. But at that point in time it hurt
2  enough that I decided not to go sleep in the bed with
3  Kim. I went and laid down on the bed in the guest
4  bedroom.
5     Q. Why?
6     A. She doesn't like to hear people whine and
7  moan. I was hurting enough that I was making
8  physical sounds. I was making audible sounds. And
9  sometimes also at that time our daughter would come
10 in and sleep with us sometime during the night, and I
11 didn't want to have anybody moving around and stuff,
12 so I wanted to go -- and I just laid down somewhere
13 where I could lay and then find a comfortable
14 position.
15    Q. And do you recall taking any pain
16 medication after that?
17    A. I know I didn't take any of that, no.
18    Q. Any reason why not?
19    A. I'm a big guy. You know, for me the
20 recommended dose on the side of a bottle of Advil
21 doesn't do much for anything. If I have a sore toe
22 or a hangnail or a headache, that amount of
23 medication doesn't do very much for me. And I'm a
24 big enough pansy that I don't want to take six times
25 the recommended dosage and then play with that and

Page 31

1  try to figure out a recommended dosage. So again, I
2  didn't have anything that I felt would deal with that
3  amount of pain.
4     Q. And when you had your previous pain and
5  consulted with Dr. Voke, did you talk about
6  over-the-counter medications and when you had these
7  bouts of pain?
8     A. He said, you know, you could certainly take
9  anti-inflammatories. He recommended not overdoing it
10 with the anti-inflammatories. Talked about, you
11 know, potential of damaging other systems in your
12 body.
13    Again, I mean, once the pain was up,
14 anti-inflammatories really wouldn't do anything with
15 it. And I just never believed in something like
16 keeping a therapeutic dose of anti-inflammatories, of
17 OTCs in your body. I just didn't think that would do
18 anything. So I've never taken much medication for
19 back pain. I'd had -- you know, I just had never
20 done much of that.
21    Q. Did you understand -- did you have an
22 understanding of what dose you would take for your
23 weight?
24    A. No. I mean, I can do math, but I don't
25 know if they increase exponentially or not. If you

Page 32

1  just say if it says an adult -- I would have no idea
2  what the average adult would weigh and if that's 150
3  pounds, I'm 300, can I just say double the dose or
4  not. As I say, they don't have that much effect. I
5  don't have that much belief that they do that much
6  for me anyway.
7      Q. Before the injury did you take vitamins of
8  any sort?
9      A. Yes. I was always taking vitamin C in the
10 wintertime. Tended to take, you know, some type of a
11 men's health formula, whether it was One-A-Day or
12 Centrum or something like that.
13     Q. Did you take fish oil?
14     A. No. We eat enough salmon to pretty much
15 get the beneficial effects from the omega 3s as it
16 was.
17     Q. In the summer would you stop the vitamin C?
18     A. Typically.
19     Q. Why is that?
20     A. I just would -- a little more focused in
21 the wintertime just as an aid to help keep us a
22 little healthier when we were all inside and the cold
23 bugs were being passed around more.
24     Q. Did you have any trouble figuring out what
25 dose you should take?

Page 33

1      A. (Witness shakes head.)
2      Q. Is that a no?
3      A. No, I did not.
4      Q. How did you figure that out?
5      A. I read the bottle.
6      Q. All right. Going back to after midnight
7  when you urinated. Any trouble urinating?
8      A. No.
9      Q. Any trouble walking to the bathroom?
10     A. Most every step hurt, but certainly was
11 able to do it.
12     Q. Did you need to use the wall for balance?
13     A. No.
14     Q. And then what did you do? Did you have any
15 trouble getting onto the bed?
16     A. It was very painful. At first really just
17 turned my back and sat down, and that really hurt.
18 So I did have a good deal of difficulty getting my
19 legs swung up onto the bed, and then alternated
20 positions for several minutes trying to find one that
21 would give me some relief from the pain. I finally
22 found a position about as comfortable as I could.
23     Q. What position was that?
24     A. Lying mostly on my right side, maybe
25 leaning back a little bit on a pillow for some

Page 34

1  support. Pillow between my legs.
2      Q. Did you get to sleep?
3      A. Off and on. I would drowse. I was
4  probably awake more than I was asleep.
5      Q. And at what point were you awake and stayed
6  awake?
7      A. I have no recollection of that time.
8  Certainly -- yeah, somewhere between 4:00 and 6:00
9  a.m.
10     Q. Did you get out of bed again that morning?
11     A. I did not.
12     Q. When did you, approximately, have contact
13 with Kim that morning?
14     A. It would be similar, during that 4:00 to
15 6:00 a.m., once I was awake fully, and at some point
16 I hollered at her that I was really hurting.
17     Q. So did you wake her up?
18     A. I believe so.
19     Q. Then what happened?
20     A. We talked about it for a while and talked
21 about, "Does it hurt worse than it's ever hurt
22 before?"
23     "Yes, it does." And what should we do,
24 what should we do. And finally at some point I asked
25 her to call 911, that we needed to talk to someone at

Page 35

1  the health clinic.
2      Q. Okay. The 911 system was active in
3  Unalakleet?
4      A. Um-hum.
5      Q. Is that a yes?
6      A. Yes, it is.
7      Q. Had you personally called the clinic
8  before?
9      A. For any reason or for that?
10     Q. For any reason.
11     A. I suppose I had gone over there for a
12 physical at one point in time, and I know I had gone
13 over there for a bad cold. So I talked to the clinic
14 a time or two.
15     Q. How far was the clinic from your house?
16     A. I'm trying to remember if it was the new
17 clinic or the old clinic at that point in time.
18     Q. Well, how far to the old clinic?
19     A. Let me give you my standard Unalakleet
20 answer. About 200 yards.
21     Q. Okay. And the new clinic?
22     A. The new one is probably another 150 yards,
23 so 350 yards.
24     Q. Okay.
25     A. We're not a big town.

Page 36

1  Q. And did you talk on the phone?
2  A. I did not.
3  Q. Did Kim talk then?
4  A. Kim did, yes.
5  Q. And did you hear the conversation?
6  A. I did not. The phone was not in our room.
7  Q. Okay. And after the phone conversation,
8  did you talk with Kim?
9  A. I did. I have no recollection of what we
10 talked about. I assume we talked about that someone
11 was going to come over after a while.
12 Q. Okay. And what were you going to ask that
13 person to do?
14 A. I had absolutely no idea. I was just in
15 more pain than I had ever been in in my life, and I
16 wanted some help.
17 Q. At what point did someone show up?
18 A. There was no clock in that room. I wasn't
19 wearing a watch, so I don't know what time it was
20 that Kerilee came over.
21 Q. Okay. And where were you when she showed
22 up?
23 A. Lying on the bed.
24 Q. And what happened? Can you tell me?
25 A. Keri did some basic vitals. We talked

Page 37

1  about the pain. That's about as much as I can
2  specifically recall.
3  Q. And what were the vitals?
4  A. I don't remember. I mean, typically --
5  Q. I just want to know what you remember.
6  A. I don't remember.
7  Q. If you remember.
8  A. I mean, I don't recall her sharing them
9  with me.
10 Q. Did you see her do anything?
11 A. Sure. I didn't see the reading on the
12 blood pressure machine or what she wrote down there.
13 You want to know what specific vitals she checked?
14 Q. Right. Right.
15 A. Temperature, blood pressure, respiration.
16 Q. Okay. Did she touch any part of your body
17 other than the arm with the blood pressure cuff?
18 A. She used a stethoscope. No. She -- no.
19 Q. Did she touch your spine?
20 A. She did not.
21 Q. How about your legs?
22 A. Not that I recall.
23 Q. Your feet?
24 A. Not that I recall.
25 Q. Did she do any tests on your knees?

Page 38

1  A. She did not.
2  Q. Okay. Did you sit up in her presence at
3  any time?
4  A. I did not.
5  Q. And did you discuss anything with her?
6  A. I'm pretty sure I discussed the pain, but I
7  can't remember discussing anything other than that.
8  Q. And did she do anything about the pain?
9  A. I don't recall.
10 Q. What did you tell her about the pain? Do
11 you recall any specific conversations?
12 A. I said had pain before, and I actually had
13 back pain before, but it was far beyond anything I
14 had ever experienced before and I was concerned.
15 Q. Okay. Did she and you come to some sort of
16 plan?
17 A. The plan I believe was that she would
18 report in to the clinic and get some further
19 direction.
20 Q. Did she bring any medications with her that
21 morning?
22 A. She may have. I don't recall. I'll be
23 honest. Between the pain and then the subsequent
24 medications, my memory of specific administration of
25 medicines and which medicines they were are hazy at

Page 39

1  best. I don't recall if Kerilee gave me anything at
2  that point in time.
3  Q. Have you read your medical record?
4  A. I have not.
5  Q. Have you read the typewritten notes that
6  David Davalos produced?
7  A. No, I have not.
8  Q. Have you read your wife's deposition?
9  A. I have not. I've read Dr. Davalos -- or
10 Mr. Davalos's deposition. That's all I read.
11 Q. Just to be clear, you have not read Kim --
12 A. I have not.
13 Q. -- Kim's deposition?
14 A. No, I have not.
15 Q. Have you reviewed any documents?
16 A. No.
17 Q. Have you reviewed the discovery requests
18 answers?
19 A. No.
20     MR. BROWN: You mean in preparation for the
21 deposition or ever?
22     MS. LINDQUIST: At any time.
23     THE WITNESS: I reviewed them once they
24 were sent back to ask me to review them initially,
25 but since then I have not reviewed them.

Page 44

1  shot?
2  A. I don't recall that specifically, no.
3  Q. Now, on the second visit, is it your memory
4  they came in together, or did one come and then the
5  other come, or how did that occur?
6  A. I don't have any specific recall of that.
7  Certainly by the time they got back to the room where
8  I was, they were together, but I couldn't see outside
9  where I was, so I don't know if they came together.
10  Q. Okay. And when they came into the room,
11  where were you?
12  A. Lying in the bed.
13  Q. So between going to bed at midnight until
14  the appearance of Dave and Kerilee together, had you
15  gotten up at all?
16  A. No, had not.
17  Q. Okay. What happened when they came in that
18  you can recall?
19  A. Some general conversations about what
20  occurred previous day, evening, where the pain was,
21  what the symptoms were that I was feeling. I don't
22  recall much more than that. I mean, I don't recall
23  discussing -- I don't recall anything other than
24  that, I guess, from the initial visit.
25  Q. Okay. Did David do anything?

Page 45

1  A. In terms of? I mean, he talked to me.
2  Q. Touching you?
3  A. He took notes.
4  Q. Did he touch you?
5  A. I don't recall him touching me at that
6  point in time. He may have reached around my back
7  or -- I don't recall any other type of physical
8  contact.
9  Q. What do you mean reached around your back?
10  A. Just tried to localize where the pain might
11  be occurring.
12  Q. And how long did that take?
13  A. Didn't take more than a minute or two.
14  Q. So he reached around you for a minute?
15  A. I was on about a 45 since I was propped up.
16  He was right beside the bed, so he's got to have open
17  access to my back. So he's not really reaching
18  around. He's more or less behind me anyway.
19  Q. Okay. So his body was facing your back --
20  A. Yes.
21  Q. -- rather than your stomach?
22  A. Yes.
23  Q. And what did he do when he was facing your
24  back?
25  A. Ran his -- ran his fingers, thumbs down the

Page 46

1  vertebrae, trying to find where the -- where things
2  were hurting, and we found the spot that hurt, and
3  then that was that.
4  Q. And that whole exercise took how long?
5  A. I have no idea. A minute or two. It
6  wouldn't have taken that long to go down the spine.
7  Q. Did he do anything else?
8  A. Not that I recall. At that -- at that
9  point we may have talked about pain medication. At
10  some point during Saturday I did receive some
11  medication. I don't remember whether it was an
12  injection or whether it was pill form and whether
13  Dave administered it or Kerilee, but --
14  Q. How clear are you about having a
15  conversation about medication? You said we may have.
16  Are you clear that you did or --
17  A. Certainly we talked about we needed to do
18  something to alleviate pain, what our options were.
19  I just don't remember if at that point in time, that
20  they gave me a pill or a shot. But clearly I do
21  recall that I got some pain medication on Saturday.
22  Q. Did you get it when they were there or
23  later?
24  A. I'm not sure.
25      MR. BROWN: Objection. Form. I'm sorry.

Page 47

1  I thought you -- what was -- did you say did you get
2  up or did you get it?
3      MS. LINDQUIST: Did you get it.
4      MR. BROWN: Oh.
5      MS. LINDQUIST: The medication.
6      MR. BROWN: Then I withdraw the objection.
7      MS. LINDQUIST: Okay.
8      THE WITNESS: I believe I got some
9  medication then.
10  BY MS. LINDQUIST:
11  Q. Okay. And just so I'm clear, what was it?
12  A pill?
13  A. I do not know whether it was a pill or
14  whether it was a shot. I received both over the
15  course of those three days, and I don't recall in
16  what specific order any of that was given.
17  Q. Did David do anything with your arms?
18  A. I don't recall Mr. Davalos at that time
19  doing anything other than checking for where the sore
20  spot in the back was. Nothing with the arms, nothing
21  with the legs that I recall.
22  Q. Anything with the feet?
23  A. Not that I recall at that juncture.
24  Q. Anything with the knees?
25  A. No.

PACIFIC RIM REPORTING, LLC
www.courtreportersalaska.com

EXHIBIT  B
PAGE  7  of  12

Page 48

1  Q. Did he take any vitals?
2  A. No.
3  Q. Did you have any discussions about back
4  pain in general?
5  A. Asked me if I ever had back pain before. I
6  believe that was the time I told him that I had an
7  MRI done at the request of Dr. Voke and that I had
8  had a bulging disk.
9  Q. Did you cry in his presence from the pain?
10 A. I don't recall crying. I remember sweating
11 rivers, so there may be water running down. I don't
12 recall crying now.
13 Q. Okay. So you were sweating?
14 A. Yeah.
15 Q. When did that start?
16 A. Better question is when does that stop.
17 I'm rather warm-blooded, so all that evening, most of
18 that night when I was lying in the bed I was
19 sweating.
20 Q. Did you have any towels with you?
21 A. I had a -- no, I did not. I had a T-shirt
22 around my neck.
23 Q. Is it common for you to sweat every night?
24 A. Not to that degree, no, but I use a fan
25 most nights in bed.

Page 49

1  Q. Even in the winter?
2  A. Um-hum.
3  Q. Is that a yes?
4  A. Yes, it is.
5  Q. So I'm a little unclear about how much you
6  were sweating in David Davalos's presence?
7  A. I was certainly sweating to the point where
8  I'm sure there were perspiration stains on any
9  T-shirt I might have been wearing at the time. I was
10 not sweating to the degree that anyone would
11 misconstrue it for tears.
12 Q. Oh, okay. Had you cried because of the
13 pain anytime between that midnight --
14 A. I don't recall ever crying from the pain.
15 Q. Okay. At any time did you cry out because
16 of the pain?
17 A. Often. Anytime I shifted positions, I
18 would. Anytime -- yeah, anytime I moved at all I
19 would cry out from the pain.
20 Q. Okay. Did you move at all in David's
21 presence?
22 A. I don't recall. I'm certain -- no, I'm not
23 going to make conjecture there. No, I don't recall
24 moving at all. I did nothing but lay down in David's
25 presence.

Page 50

1  Q. Okay. Do you recall any conversation with
2  David and Keri about Anchorage?
3  A. I don't recall precisely if it was then,
4  but I do recall talking with David the fact that I
5  was coming to Anchorage and that my plan was -- had
6  been to go that day, in fact, to Anchorage, but that
7  I didn't see any way possible that I was going to be
8  able to get to the plane unless they had another
9  alternative for me.
10    I believe he asked if I could even sit up
11 for his examination. I said, "No, I can't. I mean,
12 I move, and it hurts."
13 Q. Had you experienced the need to urinate
14 anytime between waking up that morning and the
15 appointment with David and Keri?
16 A. I don't recall if I had or not. I
17 certainly had nothing to drink, so --
18 Q. So does that make it unlikely that you had
19 an urgency?
20 A. Pretty unlikely, yeah.
21 Q. So at some point they left?
22 A. Um-hum.
23 Q. Is that a yes?
24 A. Yes.
25 Q. And was there a plan?

Page 51

1  A. At that point in time the plan was to
2  monitor things, see how they went, and perhaps try
3  and see if we could get on the same commercial flight
4  on Sunday.
5  Q. At what time were the flights leaving at
6  that time?
7  A. I believe Peninsula Airways at that time
8  that year was leaving somewhere between 10:00 and
9  12:00 in the morning.
10 Q. Did you have to cancel your flight for that
11 day? Is that something you do?
12 A. We called them and told them that I
13 wouldn't be on the flight that day and asked them if
14 they would move it to the next day.
15 Q. Did they do that?
16 A. I don't know. I didn't wind up getting on
17 the plane, so I don't know if they did that or not.
18 They said fine.
19 Q. Okay. Did you make that telephone
20 conversation?
21 A. No. I asked Kimberly to.
22 Q. And how did the rest of that Saturday go?
23 A. I don't know. The pain continued. At some
24 point in time, then, before lunch I did have to
25 urinate. The only thing we could figure out -- we

15 (Pages 48 to 51)

Page 52

1 looked at a variety of options. The only thing we
2 could finally figure out to try and use was a Ziploc
3 bag. It was kind of a tough thing to do since we had
4 a very inquisitive young lady wandering around the
5 house, wanting to know what was going on. It was
6 tough to pull off anyway, and it was kind of tough to
7 do that in front of the girl.
8       As the day wore on, I was able to nap every
9 now and then as the day got into the afternoon.
10 There were some points and times when it felt like my
11 one foot was going to sleep, and I remember talking
12 to Kim about that. She rubbed it for me for awhile,
13 and it seemed like it woke up.
14    Q.  Which foot was that?
15    A.  I believe that was the left foot. At some
16 point in time Saturday evening, then both feet would
17 start having that kind of going-to-sleep feeling.
18 Kim would rub them both. Would maybe get some
19 return.
20    Q.  Did you shift positions when this happened?
21    A.  No. No, any position shifting I'd
22 attempted from Friday night on just always was so
23 much pain that on my right side, semi propped up with
24 a pillow between my legs was the only thing that gave
25 me any abatement to the pain, and that was just

Page 53

1 partial at best. We tried it on the left side. We
2 tried flat on the back at some point Friday. I did,
3 that is. So by the time Friday -- or Saturday came,
4 I stayed in that same position continually.
5    Q.  At any point were you taking pain
6 medication on Saturday?
7    A.  At some point either David or Kerilee
8 provided me some kind of medication. Again I don't
9 know whether that was pill form or an injection.
10    Q.  And after they left, do you know if you had
11 any pills that you could take?
12    A.  They -- boy, I don't recall them leaving
13 any pills for us to administer.
14    Q.  Do you recall at any time from Saturday
15 through Monday getting any pain pills at your home?
16    A.  For me to administer or for --
17    Q.  At your home. For Kim to give you, for you
18 to take.
19    A.  I don't recall those, no.
20    Q.  Was there a change in your pain during
21 Saturday?
22    A.  Probably some. I guess initially there had
23 been a lot more radiating pain in the upper thighs on
24 that Friday, Friday night. Pain lasted down to, you
25 know, approximately the knees. So quads and the --

Page 54

1 at least on one side, and the hamstring. Lying in
2 bed, that pain kind of abated, but the pain around
3 the back never did.
4    Q.  Did you do any research or ask Kim to do
5 any research on the Internet about back pain?
6    A.  Not at all.
7    Q.  Did you have any information about back
8 pain that was -- that comes to mind?
9    A.  No.
10    Q.  Did you have anything to eat on Saturday?
11    A.  I think at one point I asked her to bring
12 me back like a half a peanut butter sandwich. Asked
13 Kim, that is.
14    Q.  Were you concerned about what you were
15 going to do when you needed to go have a bowel
16 movement?
17    A.  I was concerned about anything to deal with
18 getting out of bed. I wasn't specifically concerned
19 about bowels at that point in time. I was just
20 wondering how I was going to get out of bed
21 eventually. So I don't -- when it came time to
22 urinate finally Saturday morning, we just got within
23 the moment. We didn't plan ahead of time. We just
24 kept looking and trying different things, how it
25 looked like the Ziploc would work and -- there was

Page 55

1 never any discussion of bowel movements, that I
2 recall, on Saturday at all.
3    Q.  Okay. Do you recall any pain relief from
4 medications at all?
5    A.  The only real pain relief that I can really
6 remember is when I was asleep, and I would assume
7 that some of the pain medication must have given me
8 some relief, enough for me to sleep, but I don't
9 remember not being in pain on Saturday.
10    Q.  Did you have a wait-and-see approach? Did
11 you think it was going to abate?
12    A.  I had no idea. I was waiting to hear what
13 Mr. Davalos said. I believe one of the things he was
14 going to do on Saturday was to try and contact
15 Dr. Voke's office and get the history and consult
16 with them to see. I was certainly waiting on him to
17 bring back that information and game plan for what we
18 might be able to do.
19    Q.  Did you have any plan yourself of calling
20 Dr. Voke?
21    A.  No.
22    Q.  Why not?
23    A.  I'm not -- Mr. Davalos is trained in his
24 field. For me to talk to Dr. Voke, all I would tell
25 him is, "Dr. Voke, my back hurts. What should I do?"

16 (Pages 52 to 55)

**Page 56**

1  Mr. Davalos had access at least to Kerilee's vitals.
2  He had done some type of initial take a look, and he
3  needed Dr. Voke to come up with a plan of action.
4  All Dr. Voke could have told me was either what he
5  had done before, it will either get better or it will
6  get worse, or come into Anchorage, and so I turned it
7  over to someone that I trusted to help take care of
8  what I considered to be a serious issue.
9      Q.  And then in the evening, anything happen
10 Saturday evening?
11     A.  Pretty much just recall more of the same.
12 It hurt. As we got into Saturday evening, night, at
13 one point in time I did try to urinate. Was able to
14 start the stream. As it started getting closer and
15 closer to the top of the Ziploc, I was trying to stop
16 the stream and was having difficulty and at some
17 point dribbled some onto the sheets of the bed that I
18 was lying on.
19     Q.  So were you trying to stop because the
20 Ziploc was getting full?
21     A.  Because it was getting -- yeah, it was
22 going to spill out if I got much more in the Ziploc.
23     Q.  And then did it stop on its own?
24     A.  Stopped at some point then, yeah.
25     Q.  How long did it dribble?

**Page 57**

1      A.  No idea. I mean, enough to make a pretty
2  good wet spot on the bed beside me or underneath me,
3  and on the boxers and the athletic shorts I was
4  wearing, enough to dribble down on those as well.
5      Q.  And was the Ziploc full at that time?
6      A.  It wasn't full. It had to -- you know, if
7  it was full like this, but it had to be compressed to
8  lay on the bed with me, so -- I mean, I just couldn't
9  raise it up anymore, otherwise I wouldn't have been
10 able to urinate into it. Wouldn't have been able to
11 reach it.
12     Q.  Do you have any idea how long you dribbled
13 when you didn't want to?
14     A.  I would say somewhere between -- well,
15 certainly in excess of 25 to 50 cc's. I mean, it was
16 a good-sized spot on the bed.
17     Q.  How about length of time?
18     A.  I have no idea what length of time.
19     Q.  Did you call for Kim?
20     A.  I didn't yell right then. When things were
21 done I called Kim back and said, "I peed on the bed,
22 and I'm not sure why it happened." It was kind of a
23 shock to me. At 42, you know, used to being able to
24 stop urinating when you urinate, and all of a sudden
25 I couldn't, and so I was a little concerned about

**Page 58**

1  that.
2      Q.  Did you have further discussions about the
3  plan after this incident?
4      A.  No.
5      Q.  No? Okay. Then what happened next in the
6  incident or anything that was different?
7      A.  I'm not sure I recall anything else
8  significantly different happening Saturday night.
9      Q.  So now going into Sunday morning. At what
10 point did you become awake and stay awake?
11     A.  I don't recall. I mean, for the day?
12     Q.  Yeah.
13     A.  Probably fairly early again. I mean, it
14 was probably again in that 5:00 or 6:00 a.m. range.
15     Q.  Any change in your pain level?
16     A.  No, by that time it was pretty constant.
17     Q.  And then what happened? Was Kim awake?
18     A.  Kim woke up, we had another round or two
19 with the having trouble stopping urinating. Started
20 to not -- I mean, it was kind of a catch 22. I was
21 still sweating quite a bit because it was very hot in
22 the house at that point in time. I was starting --
23 experiencing these troubles urinating, so I didn't
24 want to drink that much water, but I had to drink
25 some, so -- but I was still having some dribbling

**Page 59**

1  problems.
2      Q.  Did you bring your fan into that room?
3      A.  We had a fan going. It was just, you know,
4  real -- for Unalakleet at that point in time, seemed
5  like it was really hot and moist. And the pain, I
6  mean, I get in any kind of pain, I tend to perspire.
7      Q.  Did you talk about anything, about what to
8  do?
9      A.  Well, I mean, at this point in time, now
10 rubbing my feet doesn't produce any response. We
11 talked that we needed to call Dr. -- Mr. Davalos and
12 get him over. I was really starting to get scared.
13     Q.  What were you scared about?
14     A.  The fact that I was having trouble
15 urinating for the first time in 40 years and that
16 this -- my feet were going to sleep but now weren't
17 waking up. That was a significant change from the
18 previous day when we last talked to him. And I have
19 no -- up until this point in time, no reason to ever,
20 family-wise, myself-wise, have any contact, anything
21 neurologically related, so I had no idea.
22     I mean, I certainly did not expect that
23 there was anything really wrong with my spine at that
24 point in time. I just knew that there were things
25 going on with my body that I didn't understand, and I

Page 60

1  needed someone to help figure out what that was. I
2  mean, I was certainly scared that as we talked, you
3  know, "I need to get some help." Can I get up and
4  get to a plane? "How can I get up and get to a
5  plane? I can't even feel my feet."
6      Q.  Were you aware that this happens to other
7  people, that they're injured in such a way that they
8  can't get up?
9      A.  No. I never had any knowledge of -- I'd
10 never been around anything like that. I mean, living
11 where we live, there are very few neurological
12 injuries. I just -- I had no idea what was going on.
13     Q.  Had you ever heard of anybody being put on
14 an airplane and medevac'd --
15     A.  Certainly.
16     Q.  -- out of the village?
17     A.  Sure.
18     Q.  Give me some examples of people that you've
19 known about.
20     A.  Our friends had medevac'd out when her --
21 she was having problems with her pregnancy. Another
22 one got medevac'd out when he had been shot. Someone
23 got medevac'd out with a heart attack. A typical
24 medevac seemed to be an older person that was getting
25 towards the end of things. Strokes. There have been

Page 61

1  a high incidence of aneurysms out in the Norton Sound
2  region of the '80s and '90s, so -- there were several
3  cases where people have a blood vessel burst in their
4  brain and were medevac'd out, but they were generally
5  older people or things associated with child birth or
6  trauma it seemed like.
7      Q.  Okay. Did you talk with Kim on Sunday
8  morning about how you were going to get to the
9  doctor?
10     A.  I'm sure we did. I don't recall any
11 specific conversation, but my concern was how am I
12 going to get some help; that things are going wrong,
13 what are we going to do. By the time we contacted
14 Mr. Davalos and he came over, we'd already talked
15 about the fact we were really concerned about how I
16 would be able to make the plane if I couldn't
17 ambulate.
18     Q.  So is it -- do you know that someone from
19 your household called Dave Davalos to have him come
20 over?
21     A.  I don't remember if we called for a
22 specific time or if he said he would be over. I know
23 David intended to come over Sunday morning, see how I
24 was and see if he could assist me to get to the
25 airplane. So I don't know if we called him to have

Page 62

1  him come over earlier or if he came over to do what
2  we talked about on Saturday.
3      Q.  Do you know what time he showed up?
4      A.  I don't. It would have been in the
5  morning, simply because the flight was in the
6  morning.
7      Q.  Do you recall if he did anything physical
8  with your body, hands on your body?
9      A.  At that point I don't recall him doing
10 anything with my body. At that point we got into a
11 discussion about how I was feeling, what had occurred
12 last night.
13     Q.  And what do you specifically recall telling
14 him where you actually have a memory about it?
15     A.  Of the urination, change in urination and
16 about the change in sensation with my lower legs and
17 feet.
18     Q.  Okay. When he heard about the change of
19 sensation in the lower legs and feet, do you recall
20 that he did anything with your lower legs and feet?
21     A.  I don't recall. I recall him saying pretty
22 much the same thing he had said on Saturday, which
23 was that they were losing sensation because I was
24 lying on them, and that he had had a back injury and
25 that it's really hard to judge pain in a back injury

Page 63

1  situation. But I don't recall him doing anything to
2  assess what I could and could not feel.
3      Q.  Do you have any memory of his hands on your
4  feet?
5      A.  I do not.
6      Q.  How about on your knees?
7      A.  I do not.
8      Q.  Touching you anywhere?
9      A.  Saturday I believe he touched me on my
10 back, try and ascertain at what level the injury was.
11 That was the only time I recall Dave laying his hands
12 on me.
13     Q.  So on Sunday, were you having any
14 communication problems talking to him?
15     A.  No.
16     Q.  No. Were you moaning in pain or crying out
17 or --
18     A.  Anytime I moved I certainly was.
19     Q.  Okay. Did he have you demonstrate moving?
20     A.  He tried to get me to sit up on the edge of
21 the bed to figure out whether or not I was going to
22 be able to get to the plane or not.
23     Q.  Okay. Did he touch you to assist you to
24 sit up?
25     A.  Yes, he did. Yes, he did put his arm on --

Page 68

1 long-term thing related to anything medically was my
2 optometrist back in Montana, and I didn't think to
3 call him.
4     Q. No, that's understandable. Do you have any
5 memory on Sunday of taking pain pills?
6     A. No, I have no memory specifically on Sunday
7 of -- I mean -- no, nothing specific on Sunday of
8 what I took.
9     Q. All right. And do you have any memory
10 about how many times David came on Sunday?
11     A. My only real specific memory is that
12 morning when the pain flared up so much from sitting
13 up and stuff that -- I don't recall if he came back
14 another time or not.
15     Q. And how did Sunday progress?
16     A. Much more the same. Just, I mean,
17 continued to hurt. As the day wore into evening, I
18 could feel the -- the fact that at first it was the
19 feet, and then it started to slowly creep up some of
20 the lower legs where I was starting to lose
21 sensation. Kim would come in, and I couldn't tell
22 whether they were warm or hot. She would squeeze
23 them and see how long it took the color to return to
24 normal, and I recall starting to get really scared.
25     And at some point Sunday night, Monday

Page 69

1 morning -- I must have been asleep. At some point I
2 remember waking up and there being a lot of urine
3 around me, soaking into the mattress and soaking
4 through my boxers and shorts. I don't remember
5 exactly what time that was. At that point I called
6 Kim in. I was fairly well soaked.
7     As we went to change those off and try to
8 clean me up a little bit, we discovered I had an
9 involuntary bowel movement as well. I hadn't up to
10 that point really even had -- felt like I had to have
11 a bowel movement. So Kim helped clean that up and
12 put new underwear and new shorts on.
13     And once again, then, Monday morning,
14 whether it was us having a conversation with him or
15 David coming over again to take a look at the plan, I
16 think that was -- possibly, because David this time
17 brought Will Halleron, who at that point in time --
18 I'm not exactly sure who he was employed by, but Will
19 had EMT training, was our community ambulance driver.
20     David said, you know, "We've got to try to
21 get you on PenAir." So they brought in an aisle
22 chair or a stair chair from the airport on Monday.
23 So Monday. Jim Hickerson, who is my supervisor at
24 work, our assistant superintendent, was also there
25 when they came. We'd asked him to come over and see

Page 70

1 if he could provide some assistance as well.
2     We actually did get me into the -- we'd
3 updated the symptoms and the fact that I'd had the
4 involuntary bowel movement, the fact that I had had
5 an apparent release of more than just a dribble of
6 urine, and the fact that the sensation, decreasing
7 sensation was getting worse. I mean higher.
8     And Mr. Davalos and Mr. Halleron did get me
9 in the aisle chair. It was really, really painful.
10 We got almost to the hallway in that room, and at
11 that point in time I do recall Mr. Halleron and Will
12 having a conversation that, "Listen. There is no
13 way, if we get him on the plane, that the PenAir
14 people can help him deplane." Or that there is
15 nothing that can happen in Anchorage.
16     I do remember Mr. Davalos then, and this
17 would be, you know, sometime early Monday morning,
18 saying, "I need to go call Nome and find a way to get
19 you down there."
20     Q. I want to go back to the involuntary waking
21 up and finding your urine soaked in the bed. Was it
22 dark outside?
23     A. Yes.
24     Q. Did you wake Kim up?
25     A. Yes.

Page 71

1     Q. By screaming?
2     A. Yes. Yeah, well --
3     Q. Yelling?
4     A. Yeah.
5     Q. Raising your voice?
6     A. Yes.
7     Q. Okay. Do you know what time that was?
8     A. No idea. I mean, if it was dark, there was
9 a pretty narrow window of darkness at that time of
10 year in Unalakleet, so must have been somewhere
11 between 1:00 and 5:00 a.m.
12     Q. And what did you think about that?
13     A. That I had involuntary release of my
14 bladder?
15     Q. Right.
16     A. Scared the hell out of me.
17     Q. Okay. Did you think about calling someone?
18     A. No.
19     Q. Okay. Calling David?
20     A. (Witness shakes head.)
21     Q. Why not?
22     A. We cleaned up, and then David was coming
23 over in the morning. There was nothing he had been
24 able to do about the dribbling and the release of
25 urine the day before. I didn't expect that we were

PACIFIC RIM REPORTING, LLC
www.courtreportersalaska.com

EXHIBIT _B_
PAGE _22_ of _22_