Patient Encounter for Greg Johnson 5-22-2004

9:20 am     Blood Pressure 120/90     Temp 98.1     Respiration 20

CC Lower Back Pain

Subjective; S- 3 day History of pain in lower back, slowly became worse each day. Patient states that he was lifting 75 to 80 lb box on or around Wednesday. Felt as though he developed a small "kink" in back, first day. Pain slowly became worse. Patient states that he cannot stand, but can go to bathroom without difficulty. Patient admits that he has some numbing and tingling of both legs, comes and goes. Back Pain is worse sitting, unable to sit due to pain.

Past History:   MRI 1 year ago – normal

Point tenderness at Lumber 4 – 5 Intervertebral Disc area.

Deep Tender Reflex (DTR's)– 3+ (3+ / 4+) x bilateral  Good Strength x bilateral

Decreased Strength  Dorsi-flexion x bilaterally, Good planter flexion x bilaterally

Eule, MD covering
Patient Doctor Voke, 907-562-2277

DX     I Acute Lower Back Strain
       II Possi Disc Injury

Treatment     Toradol 60 mg IM 7:30 am
              Tylenol #3 I tablet every 4 to 6 hours #8
              Morphine 8 mg IM
              Phenergan 25 mg IM
              Order Vicodan from Nome

David Davalos, PA-C          5-22-04           O'Niell, MD

NSHC000001

EXHIBIT  D
PAGE  1  of  1