NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGORY JOHNSON and KIMBERLY JOHNSON, individually and on behalf of their minor children, MADISON JOHNSON and ALEXANDER JOHNSON,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | ) Case No. 3:06-cv-00120-RRB<br>)<br>)<br>)<br>)<br>) **UNITED STATES' NON-**<br>) **OPPOSED MOTION FOR AN**<br>) **EXTENSION OF TIME TO**<br>) **RESPOND TO THE RESPONSE**<br>) **IN OPPOSITION AT DOCKET**<br>) **18.**<br>)<br>)<br>)<br>)<br>) |

The United States, through counsel, moves unopposed for an extension of

time to file the reply to the Response in Opposition filed at Docket 18. Attorney Lindquist spoke with Attorney Brown and he does not oppose the extension until September 7, 2007. An order has been lodged for the court's use.

RESPECTFULLY SUBMITTED on August 29, 2007.

NELSON P. COHEN
United States Attorney

s/ Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2007,
a copy of the foregoing **UNITED STATES' NON-OPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE RESPONSE IN OPPOSITION AT DOCKET 18.**
was served
electronically on Ray R. Brown.

s/ Susan J. Lindquist