IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGORY JOHNSON and KIMBERLY JOHNSON, individually and on behalf of their minor children, MADISON JOHNSON and ALEXANDER JOHNSON,<br><br>        Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendants. | ) Case No. 3:06-cv-00120-RRB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **[PROPOSED]**<br>) **ORDER GRANTING NON-**<br>) **OPPOSED MOTION FOR AN**<br>) **EXTENSION OF TIME TO**<br>) **REPLY TO THE RESPONSE IN**<br>) **OPPOSITION**<br>)<br>) |

The United States moved unopposed for an extension of time to file its reply to the response in opposition at Docket 18. The motion is granted and the reply will be due September 7, 2007.

Date: _____          _____
                                                        Ralph B. Beistline
                                                        United States District Court Judge