## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

### JOHNSON   v.   USA

DATE:    October 3, 2007      CASE NO.    3:06-CV-0120-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT**

---

Defendant's Motion for Partial Summary Judgment at Docket 14 is hereby **GRANTED**.  Although Plaintiff Kimberly Johnson has asserted a valid claim for loss of consortium, she is not entitled to recover for lost wages under this theory, nor is she entitled, as a matter of law, to recover for negligent infliction of emotional distress under the facts of this case.

M.O. GRANTING PARTIAL SUMMARY JUDGMENT