RE: Johnson, Gregory
Page 29 of 29

With regard to Dr. James' recommendations, it is not anticipated that Mr. Johnson will require yearly cardiac echocardiograms as well as yearly EKG's. Mr. Johnson should, however, be monitored by a primary care physician regarding any signs or symptoms of cardiac ischemia with appropriate tests performed.

With regard to Mr. Johnson's current functional status, this can be greatly enhanced by a serious weight loss program. The patient should be evaluated and followed by a dietician with a strict dietary program. Because of Mr. Johnson's decreased mobility as well as premorbid history of morbid obesity he is at very high risk to continue gaining weight which can significantly affect his general health as well as longevity.

With regard to the patient's pulmonary issues, he does have a history of cigarette use as well as obstructive sleep apnea. He should also be evaluated for chronic obstructive pulmonary disease through pulmonary function studies.

With regard to future residence, it is advised that Mr. Johnson reside in an area which can provide him with the appropriate medical as well as therapeutic supportive services including access to appropriate medical personnel including Physical Medicine and Rehabilitation, Urology, Orthopedics, as well as appropriate Physical Therapy.

In view of Mr. Johnson's premorbid medical issues, some of which are effected by his paraplegia, it is anticipated that he will require consistent medical as well as therapeutic intervention in the future.

Respectfully submitted,


Alex Barchuk, M.D.
Director of the Trauma Rehabilitation Program
Kentfield Rehabilitation & Specialty Hospital
1125 Sir Francis Drake Boulevard
Kentfield, California 94904
Telephone: 415-485-3508
Fax: 415-485-3507


AB:llm

EXHIBIT A
PAGE 1 of 1