Ray R. Brown
DILLON & FINDLEY, P.C.
1049 W. 5th Avenue, Suite 100
Anchorage, AK  99501
Phone 277-5400
Fax   277-9896

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

```
GREGORY JOHNSON and KIMBERLY   )
JOHNSON, individually and      )
on behalf of their minor       )
children, MADISON JOHNSON and  )
ALEXANDER JOHNSON,             )
                               )
          Plaintiffs,          )
vs.                            )
                               )
UNITED STATES OF AMERICA,      )
                               )
          Defendant.           )
_____)  Case No. 3:06-CV-00120-RRB
```

**ORDER GRANTING MOTION FOR RECONSIDERATION**

Having reviewed the plaintiffs' Motion for Reconsideration,

   IT IS HEREBY ORDERED as follows:

_____The plaintiffs Motion for Reconsideration and/or Clarification is GRANTED. The Court's order granting the government's motion for partial summary judgment denied the ability for Kimberly Johnson to recover for damages comprised of

lost wages and loss in retirement benefits under her loss of consortium and negligent infliction of emotional distress claims only. The plaintiffs are entitled to bring a claim for Kimberly Johnson's lost wages and loss in retirement benefits under Greg Johnson's medical malpractice claim for loss of income to the household; or:

_____The plaintiffs' Motion for Certification of the question to the Alaska Supreme Court is GRANTED. The Court certifies the question of whether a spouse's wage loss and loss in retirement benefits as a result of being forced to relocate due to the negligence of the defendants is recoverable under a medical malpractice claim.

DATED:_____     _____
                          The Honorable Ralph B. Beistline
                          United States District Court Judge

Gregory Johnson, et al. v. USA, et al.
Case No. 3:06-CV-00120-RRB
ORDER GRANTING MOTION FOR RECONSIDERATION
Page 2 of 2