Ray R. Brown
DILLON & FINDLEY, P.C.
1049 W. 5th Avenue, Suite 100
Anchorage, AK  99501
Phone 277-5400
Fax   277-9896

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| GREGORY JOHNSON and KIMBERLY JOHNSON, individually and on behalf of their minor children, MADISON JOHNSON and ALEXANDER JOHNSON,<br><br>        Plaintiffs,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-CV-00120-RRB |

**AFFADAVIT OF COUNSEL**

RAY R. BROWN, being first duly sworn, deposes and states as follows:

1.  I am counsel of record for plaintiffs in the above captioned matter.

2.  On good faith and belief, plaintiffs will present expert testimony at trial that the Johnson household will suffer a loss of earnings and a loss of deferred service credit totaling

Gregory Johnson, et al. v. USA, et al.
Case No. 3:06-CV-00120-RRB
AFFIDAVIT OF COUNSEL
Page 1 of 2

EXHIBIT B
PAGE 1 of 2

$77,015 as a result of Kim Johnson having to relocate out of the State of Alaska due to Greg Johnson's disability and $387,007 in Alaska Teachers' Pension otherwise owed her were she not forced to relocate as a result of Greg Johnson's injury.

FURTHER THIS AFFIANT SAYETH NAUGHT.

_____
Ray R. Brown

SUBSCRIBED AND SWORN to before me this 9 day of October, 2007.



_____
Notary Public for the State of Alaska
My commission expires: 9/8/2008

Gregory Johnson, et al. v. USA, et al.
Case No. 3:06-CV-00120-RRB
AFFIDAVIT OF COUNSEL
Page 2 of 2

EXHIBIT B
PAGE 2 of 2