UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>JOHNSON</u>   v.   <u>USA</u>

DATE:   <u>October 10, 2007</u>   CASE NO.   <u>3:06-CV-0120-RRB</u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
RE RECONSIDERATION**

---

The Court is in receipt of Plaintiffs' Motion for Reconsideration at Docket 26. Defendant has until the close of business on **October 22, 2007,** in which to file a response to Plaintiffs' motion, after which the Court will take the matter under advisement.

ORDER REGARDING RECONSIDERATION