## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

GREGORY JOHNSON, et al.    v.    UNITED STATES OF AMERICA

THE HONORABLE RALPH R. BEISTLINE

CAREER LAW CLERK                                 CASE NO.  3:06-CV-0120-RRB

John W. Erickson, Jr.                            DATE: November 13, 2007

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
                **GRANTING PLAINTIFFS' MOTION TO CERTIFY THE QUESTION**

For reasons more carefully articulated within the relevant pleadings, Plaintiffs' Motion for Reconsideration at **Docket 26** is hereby **DENIED**.  Notwithstanding, inasmuch as Plaintiffs' Motion to Certify the Question to the Alaska Supreme Court Under Alaska Appellate Rule 407(a) is <u>unopposed</u>,[1] well-reasoned, and supported by the facts and law, it is hereby **GRANTED**.

Pursuant to Alaska Rule of Appellate Procedure 407, and because it appears to the Court that there is no controlling precedent in the decisions of the Alaska Supreme Court, the Court certifies the following question to the Alaska Supreme Court:

> **Does a spouse's loss in wages and retirement benefits, as a result of being forced to relocate, constitute cognizable "damages" under a medical negligence claim?**[2]

The Clerk of the U.S. District Court for the District of Alaska is directed to forward this order, along with a copy of Dockets 26 & 31, to the Alaska Supreme Court under the Court's official seal.  It is so **ORDERED**.

---

[1]  <u>See</u> Docket 31 at 4.

[2]  <u>See</u> Docket 26 at 2 & n.2.

ORDER GRANTING PLAINTIFFS' MOTION TO CERTIFY THE QUESTION