# In the Supreme Court of the State of Alaska

**RECEIVED**
**DEC 0 5 2007**
**CLERK, U.S. DISTRICT COURT**
**ANCHORAGE, ALASKA**

| | |
|---|---|
| **Gregory Johnson, et al.,** ) | |
| ) | Supreme Court No. S-12927 |
| Plaintiffs, ) | |
| v. ) | **Opening Notice** |
| ) | Appellate Rule 407 |
| **United States of America,** ) | |
| ) | |
| Defendant. ) | Date of Notice: 12/3/07 |
| ) | |

U.S. District Court # 3:06-CV-0120-RRB

The United States District Court for the District of Alaska has certified a question to the Alaska Supreme Court. This matter is currently under advisement.

              Clerk of the Appellate Courts

cc: U.S. District Court Judge Beistline

Distribution:

 Susan J. Lindquist
 U.S. Attorney's Office
 222 W. 7th Avenue, # 9, Rm. 253
 Anchorage AK 99513

 Ray R Brown
 Dillon & Findley
 1049 W 5th Avenue Suite 100
 Anchorage AK 99501

 Mauri E. Long
 Dillon & Findley
 1049 W. 5th Ave., Suite 100
 Anchorage AK 99501