Ray R. Brown
Mauri Long
Danée Pontious
DILLON & FINDLEY, P.C.
1049 W. 5th Avenue, Suite 100
Anchorage, AK  99501
Phone 277-5400
Fax   277-9896

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| GREGORY JOHNSON and KIMBERLY JOHNSON, individually and on behalf of their minor children, MADISON JOHNSON and ALEXANDER JOHNSON,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | <br><br><br><br><br><br><br><br><br><br>Case No. 3:06-CV-00120-RRB |

**MOTION TO COMPEL PRODUCTION OF MR. OWENS' AND MR. WOOTEN'S PRACTITIONER NARRATIVES**

Plaintiffs through their attorneys at Dillon and Findley, P.C. pursuant to Federal Rule of Civil Procedure 37(a)(2)(B) move this court for an order compelling production of the third-party witness statements written by Michael V. Owens and Robert

Wooten, identified by defense counsel as "Practitioner Narratives." This motion is supported by attached memorandum of law.

Undersigned counsel certifies pursuant to Federal Rule of Civil Procedure 37(a)(2)(B) that they have made a good faith effort to resolve this discovery dispute without court action but such effort as set forth in the attached memorandum was unsuccessful.

DATED this 13th day of December 2007, at Anchorage, Alaska.

DILLON & FINDLEY, P.C.
Attorneys for Plaintiffs


By: s/Ray R. Brown/Mauri Long/Danée Pontious
    Ray R. Brown, ABA No. 8206012
    Mauri Long, ABA No. 9001001
    Danée Pontious, ABA No. 0411076
    1049 W. 5th Avenue, Suite 100
    Anchorage, Alaska  99501
    Phone:  277-5400
    Fax:    277-9896
    Email:  ray@dillonfindley.com
            mauri@dillonfindley.com
            danee@dillonfindley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2007
a copy of the foregoing Motion to Compel
Production of Mr. Owens' and Mr. Wooten's
Practitioner Narratives was served
electronically on Susan J. Lindquist.


s/Ray R. Brown


Gregory Johnson, et al. v. USA, et al.
Case No. 3:06-CV-00120-RRB
MOTION TO COMPEL PRODUCTION OF MR. OWENS' AND MR. WOOTEN'S
PRACTITIONER NARRATIVES
Page 2 of 2