Ray R. Brown
Mauri Long
Danée Pontious
DILLON & FINDLEY, P.C.
1049 W. 5th Avenue, Suite 100
Anchorage, AK  99501
Phone 277-5400
Fax   277-9896

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

GREGORY JOHNSON and KIMBERLY )
JOHNSON, individually and )
on behalf of their minor )
children, MADISON JOHNSON and )
ALEXANDER JOHNSON, )
                               )
          Plaintiffs, )
vs. )
                               )
UNITED STATES OF AMERICA, )
                               )
          Defendant. )
_____)   Case No. 3:06-CV-00120-RRB

**ORDER ON MOTION TO COMPEL PRODUCTION OF**
**MR. OWENS' AND MR. WOOTEN'S PRACTITIONER NARRATIVES**

The court having reviewed plaintiffs' Motion to Compel Production and defendant's response thereto finds the motion well taken and,

HEREBY ORDERS that defendant shall produce the "Practitioner Narratives" of Michael V. Owens and Robert Wooten within two weeks of this order.

DATED:_____     _____
                           The Honorable Ralph B. Beistline
                           United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2007 a copy of the foregoing Order on Motion to Compel Production of Mr. Owens' and Mr. Wooten's Practitioner Narratives was served electronically on Susan J. Lindquist.

s/Ray R. Brown