**U.S. Department of Justice**

*United States Attorney*
*District of Alaska*

*Federal Building & U.S. Courthouse*
*222 West 7th Avenue, #9, Room 253*         Commercial: (907) 271-5071
*Anchorage, Alaska 99513-7567*              Fax Number: (907) 271-3224

October 23, 2006

Ray R. Brown, Esq.                    Via email
Dillon & Findley, P.C.
510 L Street, Suite 603
Anchorage, AK 99501

Re:   Johnson v. USA; No. 3:05-cv-00120-RRB
      R26 material

Dear Mr. Brown:

    A.    Witness list attached.

    B.    Documents:

| NSHC | 1-3 | Davelos typed chart notes 3 days |
| --- | --- | --- |
| NSHC | 4-7 | MEDIVAC POLICY IN EFFECT ON 5/22/04 |
| PENAIR | 8-10 | PEN AIR FL. SCHEDULES FOR MAY 22 AND 23, 2004 |
| HHS | 11-14 | SF 95 |
| HHS | 15-54 | ADMIN. FILE |

    Privileged documents that we are not producing:

    4/17/06    Medical Review by IHS doctor (Phoenix, AZ) (5 pages)

    No date    Robert Wooten, Paramedic/EMTP, Practitioner Narrative and Declaration (2 pages)

EXHIBIT B
PAGE 1 OF 9

| | |
|---|---|
| No date | Michael V. Owens, MICP, Practitioner Narrative and Declaration (2 pages) |
| 8/29/05 | David Davalos, PA, Practitioner Narrative and Declaration (3 pages) |

Other documents we are not producing as protected under the privacy act:.

I have a file folder of documents from the personnel files of Wooten, O'Neil, Owens and Davalos. This information was gathered to determine whether these people were employees of NSHC for the purpose of Certification. The documents include contracts, salary information, applications for employment, licenses, W-2's, time cards, acknowledgments of receipt of policies, and the like.

The government is self insured.

Sincerely,

NELSON P. COHEN
United States Attorney
/s
SUSAN LINDQUIST
Assistant U.S. Attorney

SL:kjm

NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGORY JOHNSON and KIMBERLY JOHNSON, individually and on behalf of their minor children, MADISON JOHNSON and ALEXANDER JOHNSON,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | ) Case No. 3:06-cv-00120-RRB<br>)<br>) **UNITED STATES' R26**<br>) **WITNESS LIST**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

The government presents its Rule 26 witness list that it does not file in Court.

1. Gregory Johnson, Kimberly Johnson,
   Madison Johnson and Alexander Johnson, Plaintiffs
   c/o Ray R. Brown, Esq.
   Dillon & Findley, P.C.
   510 L Street, Suite 603
   Anchorage, AK 99501

2. Karen F. O'Neill, M.D.
   Norton Sound Health Corporation (NSHC)
   P.O. Box 966
   Nome, AK 99762
   Phone: 907-443-3311

   Dr. O'Neill practices Family Medicine/Internal Medicine/Emergency Medicine at NSHC. She was contacted by David Davalos while he was on the home visit with Mr. Johnson. She approved the medication for Mr. Johnson.

3. David Davalos, P.A.C.
   NSHC
   P.O. Box 59109
   St. Michael, AK 99659
   Phone (907) 923-3311

   Mr. Davalos is a physician's assistant who made at least two home visits to Mr. Johnson in Unalakleet, AK and did an examination of Mr. Johnson.

4. Kerilee Katongan
   Former Community Health Aide
   9701 Vanguard Dr. Apt #36
   Anchorage AK 99507

   Cell 250-9268

   Ms. Katongan is no longer employed with NSHC. Ms. Katongan visited Mr. Johnson on Saturday in the early morning. He had called reporting that he was going to Anchorage that day and had pain from a back injury. She

consulted with Davalos on the telephone and was given permission to dispense I.M.: Morphine for pain and Fenergyn for nausea.

5.  Richard Harding, Senior Vice President
    Pen Air
    6100 Boeing Ave.
    Anchorage, AK 99502
    Phone: 907-243-2485

Mr. Harding can provide flight schedules (dates/times) for May 22-23, 2004 from Unalakleet to Anchorage, AK.

6.  Michael V. Owens, MICP (Mobile Intensive Care Paramedic,
    NSHC                    Flight Paramedic)
    P.O. Box 966
    Nome, AK 99762

Mr. Owens was a medical care provider for Mr. Johnson from Unalert to Providence Hospital, Anchorage, AK

7.  Robert A. Wooten, Paramedic
    NSHC
    P.O. Box 966
    Nome, AK 99762
    Phone: 907-443-3206

Mr. Wooten was a paramedic who provided care for Mr. Johnson when he was medevaced to Providence Hospital, Anchorage, AK.

8.  Joe Cladouhos, CEO
    NSHC
    P.O. Box 966
    Nome, AK 99762
    Phone: 907-443-3206

Mr. Cladouhos is the President of NSHC.

Johnson v. US, et.al.
3:06-cv-00120-RRB                    -3-

EXHIBIT B
PAGE 5 OF 9

9. Tiffany Martinson
   910 East 4th Avenue
   Nome, AK 99762
   Phone: 907-443-3500 (home)
   Phone: 907-304-1165 (work)

Ms. Martinson resigned from NSHC as the Human Resources Director August 29, 2006. She was Employment Manager at NSHC from August 2003 thought October 2005 at which time she became the Director for Human Resources.

10. Kimberly Gooden, Employment Manager and
    Acting Director for Human Resources
    NSHC
    P.O. Box 966
    Nome, AK 99762
    Phone: 907-443-4525

Ms. Gooden was Employment Manager during the time the event occurred and can verify the employment of Dr. O'Neill, Mr. Davalos and Kerilee Katongan at NSHC at that time.

11. Kirk Scofield, M.D.
    NSHC
    P.O. Box 966
    Nome, AK 99762
    Phone: 907-443-4525

Dr. Scofield practices family practice. Mr. Davalos consulted with Dr. Scofield regarding Mr. Johnson.

12. Max Rabinowitz, M.D.
    2841 DeBarr Rd., Suite 23
    Anchorage, AK 99508
    Phone: 907-279-3155

Johnson v. US, et.al.
3:06-cv-00120-RRB            -4-

EXHIBIT B
PAGE 6 OF 9

Dr. Rabinowitz is an oncologist and hematologist. Dr. Rabinowitz authorized Dr. Kirk Scofield to transport Mr. Johnson to PAMC by Medevac.

13. Edward M. Voke, M.D.
    4100 Lake Otis Parkway, Suite 208
    Anchorage, AK
    Phone: 907-562-2277

Dr. Voke is an orthopedic physician and the primary care provider for Mr. Johnson.

14. James M. Eule, M.D.
    4100 Lake Otis Parkway, Suite 208
    Anchorage, AK
    Phone: 907-562-2277

Dr. Eule is a orthopedic physician who was covering for Dr. Voke who was unavailable. Dr. Eule arranged for Mr. Johnson's air transport to Providence Alaska Medical Center in Anchorage.

15. David Head, M.D.
    Chief Medical Officer
    NSHC
    P.O. Box 966
    Nome, AK 99762
    Phone: 907-443-4525

Dr. Head can provide information specific to the travel and medivac policy at NSHC.

16. Timothy Cohen, M.D.
    Anchorage Neurological Associates
    3220 Providence Dr., Suite E3-020
    Anchorage, AK

Dr. Cohen evaluated Mr. Johnson, performed an operation and provided

Johnson v. US, et.al.
3:06-cv-00120-RRB                          -5-

EXHIBIT B
PAGE 7 OF 9

follow-up care.

17. NSHC expert on hospital policy dealing with the treatment and transportation of non-beneficiary patients.

18. An expert neurologist.

19. An expert advanced nurse practitioner.

20. An expert physical medicine and rehabilitation specialist.

21. An expert economist.

22. Any medical care providers.

23. Anyone on Plaintiff's witness list, except retained experts.

24. Any custodian of documents.

25. Any rebuttal witnesses.

RESPECTFULLY SUBMITTED on October 20, 2006.

NELSON P. COHEN
United States Attorney

s/ Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053


EXHIBIT B
PAGE 8 OF 9

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2006,
a copy of the foregoing UNITED STATES' R26
WITNESS LIST was served
electronically on Ray R. Brown.

s/ Susan J. Lindquist

Johnson v. US, et.al.
3:06-cv-00120-RRB                              -7-

EXHIBIT B
PAGE 9 OF 9