Ray R. Brown
DILLON & FINDLEY, P.C.
1049 W. 5th Avenue, Suite 100
Anchorage, AK  99501
Phone 277-5400
Fax   277-9896

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| GREGORY JOHNSON and KIMBERLY JOHNSON, individually and on behalf of their minor children, MADISON JOHNSON and ALEXANDER JOHNSON,<br><br>            Plaintiffs,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | <br><br><br><br><br><br><br><br><br><br><br>Case No. 3:06-CV-00120-RRB |

**STIPULATION FOR EXTENSION OF PRETRIAL DEADLINES**

COME the parties and move the court for a stipulated order extending the pretrial deadlines in this matter as requested below:

All Discovery must be completed:  Extended from **12/28/07** to **3/28/08.**

Discovery Motions:  Extended from **1/18/08** to **4/18/08.**

Dispositive Motions and Motions In Limine:  Extended from **1/18/08** to **4/18/08.**

RESPECTFULLY SUBMITTED this 18th day of December 2007, at Anchorage, Alaska.

        DILLON & FINDLEY, P.C.
        Attorneys for Plaintiffs

By: s/Ray R. Brown
    Ray R. Brown, ABA No. 8206012
    1049 W. 5th Avenue, Suite 100
    Anchorage, Alaska  99501
    Phone:  277-5400
    Fax:    277-9896
    Email:  ray@dillonfindley.com

NELSON P. COHEN
United States Attorney

By: s/Susan J. Lindquist (consent)
    Assistant U.S. Attorney
    222 W. 7th Ave., #9, Rm. 253
    Anchorage, AK  99513-7567
    Phone: 271-3378
    Fax:   271-2344
    Email: susan.lindquist@usdoj.gov
    ABA No. 9008053