Ray R. Brown
Mauri Long
Danée Pontious
DILLON & FINDLEY, P.C.
1049 W. 5th Avenue, Suite 100
Anchorage, AK  99501
Phone 277-5400
Fax   277-9896

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

GREGORY JOHNSON and KIMBERLY )
JOHNSON, individually and )
on behalf of their minor )
children, MADISON JOHNSON and )
ALEXANDER JOHNSON, )
                              )
            Plaintiffs, )
                              )
vs. )
                              )
UNITED STATES OF AMERICA, )
                              )
            Defendant. )
_____)  Case No. 3:06-CV-00120-RRB

**ORDER ON MOTION TO COMPEL PRODUCTION OF
MR. OWENS' AND MR. WOOTEN'S PRACTITIONER NARRATIVES**

The court having reviewed plaintiffs' Motion to Compel Production and noting ~~defendant's response~~ no response thereto finds the motion well taken and,

Gregory Johnson, et al. v. USA, et al.
Case No. 3:06-CV-00120-RRB
ORDER
Page 1 of 2

HEREBY ORDERS that defendant shall produce the "Practitioner Narratives" of Michael V. Owens and Robert Wooten within two weeks of this order.

DATED: 1/3/08

_____
The Honorable Ralph B. Beistline
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2007 a copy of the foregoing Order on Motion to Compel Production of Mr. Owens' and Mr. Wooten's Practitioner Narratives was served electronically on Susan J. Lindquist.

s/Ray R. Brown

Gregory Johnson, et al. v. USA, et al.
Case No. 3:06-CV-00120-RRB
ORDER
Page 2 of 2