NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

Attorney for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGORY JOHNSON and KIMBERLY JOHNSON, individually and on behalf of their minor children, MADISON JOHNSON and ALEXANDER JOHNSON, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | ) Case No.  3:06-cv-00120-RRB <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) **UNITED STATES' MOTION TO** <br> ) **RECONSIDER THE ORDER AT** <br> ) **DOCKET 38 GRANTING THE** <br> ) **MOTION TO COMPEL** |

The United States, through counsel, moves the court to reconsider its order

at Docket 38 granting the motion  to compel, to withdraw the order, and to allow

the United States until January 25, 2008 to respond.

The reason for this motion to reconsider is that counsel was working on a non-opposed motion for an extension of time to respond in opposition to the motion. Counsel had contacted Mauri Long, the opposing counsel, had received permission for an extension before the order issued, and was just completing the non-opposed motion when she received the court's order. Ex. A. Unfortunately the response time was miscalendared because holidays, including the addition of December 24, 2007, were excluded in the computation for the time to respond, and they should not have been.

The reason for counsel's inability to complete the response on time was that the agency attorney in charge of the Declarations regarding agency procedure was out of the office until tomorrow, January 4, 2008. Ex. A.

Counsel recognizes the importance of deadlines and apologizes for the missed deadline and asks that the court reconsider the order at Docket 38, withdraw it, and allow the United States to respond in opposition to the motion to compel.

Johnson v. US, et.al.
3:06-cv-00120-RRB                    -2-

RESPECTFULLY SUBMITTED on January 3, 2008.

NELSON P. COHEN
United States Attorney

s/ Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2008,
a copy of the foregoing UNITED STATES' MOTION
TO RECONSIDER THE ORDER AT DOCKET 38
GRANTING THE MOTION TO COMPEL was served
electronically on Ray R. Brown and Mauri Long.

s/ Susan J. Lindquist

Johnson v. US, et.al.
3:06-cv-00120-RRB                    -3-