# Lindquist, Susan (USAAK)

| | |
|---|---|
| **From:** | Lindquist, Susan (USAAK) |
| **Sent:** | Wednesday, January 02, 2008 6:28 PM |
| **To:** | 'Mauri Long' |
| **Subject:** | RE: Johnson motion to compel |

Thanks

**From:** Mauri Long [mailto:mauri@dillonfindley.com]
**Sent:** Wednesday, January 02, 2008 6:28 PM
**To:** Lindquist, Susan (USAAK)
**Cc:** Benita; Ray Brown
**Subject:** Re: Johnson motion to compel

Yes.

----- Original Message -----
**From:** Lindquist, Susan (USAAK)
**To:** Mauri Long
**Sent:** Wednesday, January 02, 2008 6:19 PM
**Subject:** Johnson motion to compel


I can't get a declaration from DC on how they do the practitioner's narrative.  Can I do a non-opposed motion for an extension of time to oppose the motion to compel until Jan 25?  I am actually in California from Jan. 5-21 with other stuff I'm doing.  If I get my declaration tomorrow I'll try and file tomorrow or at least by Friday.  I asked as soon as I got the motion, but due to the holidays no one is there to do it.

Susan Lindquist

Assistant U.S. Attorney

222 W. 7th Ave. #9

Anchorage, Alaska 99513-7567

tel (907) 271-3378 (direct with voice mail)

    271-4254 (direct no voice mail)

Fax (907) 271-2344

Exhibit A

1