IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGORY JOHNSON and KIMBERLY JOHNSON, individually and on behalf of their minor children, MADISON JOHNSON and ALEXANDER JOHNSON,<br><br>        Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendants. | Case No. 3:06-cv-00120-RRB<br><br><br><br>**[PROPOSED]<br>ORDER WITHDRAWING THE<br>ORDER AT DOCKET 38.** |

The United States, through counsel, moved to reconsider the Order at Docket 38, to withdraw the order and allow it to respond in opposition to the motion to compel by January 25, 2008. The motion was based on the fact that before the order issued, counsel had requested and received a non-opposition to file a motion for an extension of time to respond to the motion, but had not yet filed the motion.

The motion is granted and the Order is withdrawn. The United States shall respond on or before January 25, 2008.

Date: _____          _____
                                                        Ralph B. Beistline
                                                        United States District Court Judge