# In the Supreme Court of the State of Alaska

**RECEIVED**
JAN 1 1 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

| | |
|---|---|
| **Gregory Johnson, et al.,** ) | Supreme Court No. S-12927 |
| Plaintiffs, ) | |
| v. ) | **Order** |
| ) | Certified Question |
| **United States of America,** ) | |
| Defendant. ) | Date of Order: **1/10/08** |

U.S. District Court Case # **3:06-CV-0120-RRB**

Before: Fabe, Chief Justice, and Matthews, Eastaugh, and Carpeneti, Justices, [Winfree, Justice, n.p.]

On consideration of the certified question filed on **11/27/07** under Appellate Rule 407,

**IT IS ORDERED**:

The court **DECLINES** to answer the certified question.

Entered by direction of the court.

Clerk of the Appellate Courts

Signature Redacted
Marilyn May

cc:  Supreme Court Justices
     Judge Beistline
     U.S. District Court Clerk
Distribution:

Susan J. Lindquist
U.S. Attorney's Office
222 W. 7th Avenue, # 9, Rm. 253
Anchorage AK 99513

Ray R Brown
Dillon & Findley
1049 W 5th Avenue Suite 100
Anchorage AK 99501

Mauri E. Long
Dillon & Findley
1049 W. 5th Ave., Suite 100
Anchorage AK 99501