UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

GREGORY JOHNSON, et al.   v.   UNITED STATES OF AMERICA

THE HONORABLE RALPH R. BEISTLINE

CAREER LAW CLERK                                    CASE NO.  3:06-CV-0120-RRB

John W. Erickson, Jr.                               DATE: January 15, 2008

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **RE THE ALASKA SUPREME COURT'S ORDER AT DOCKET 41**

      The Court is in receipt of the Alaska Supreme Court's Order, at Docket 41, which declines to answer the question previously certified to it at Docket 32.  Although a ruling likely would have provided both the parties and the Court with additional clarification regarding the issue of damages, the Court's ruling at Docket 13, **DENYING** Plaintiff's Motion for Reconsideration at **Docket 26**, stands and remains unaltered.  The matter shall proceed forward in due course.