| **CLAIM FOR DAMAGE, INJURY, OR DEATH** | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.  $95-0370$ | FORM APPROVED OMB NO. 1105-0008 EXPIRES 5-31-05 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any *(See instructions on reverse.) (Number, street, city, State and Zip Code)* |
|---|---|
| U.S. Dept. of Health & Human Service Office of Secretary Room 5C-10. Parklawn Bldg., 5600 Fishers Lane Rockville, Maryland 20857 (See Attached Exhibit A) | Gregory R. Johnson, Kimberly Johnson Madison and Alexander Johnson P.O. Box 316, Unalakleet, AK 99684 (See Attached Exhibit A) |

| 3. TYPE OF EMPLOYMENT MILITARY X CIVILIAN | 4. DATE OF BIRTH 6/23/61 | 5. MARITAL STATUS Married | 6. DATE AND DAY OF ACCIDENT 5/22/04 - 5/23/04 | 7. TIME *(A.M. OR P.M)* a.m. |
|---|---|---|---|---|

8. Basis of Claim *(State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)*

Greg Johnson injured his back while lifting on 5/21/04. Seeking treatment with increasing complaints of pain, numbness and loss of bladder function , consistant with the onset of cauda equina syndrome, Mr. Johnson was evaluated and treated by at least two Norton Sound Health Corp. employees at his home. It appears that at least one Norton Sound Health Corp. physician employee was consulted for treatment between 5/22/04 and 5/23/04. Healthcare providers employed by Norton Sound Health Corp. failed to treat Greg appropriately and failed to timely request or order transfer for appropriate treatment. He suffered and continues to suffer from bowel, bladder and sexual dysfunction. (See Attached Exhibit A).

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT*(Number, street, city, State, and Zip Code)*

N/A

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. *(See instructions on reverse side)*

No property damage.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT

See #8 above. The person who was injured is Gregory Johnson, dob 6/23/61
Kimberly Johnson, dob 7/14/67 - NIED and consortium claim
Madison N. Johnson, dob 6/20/01 - consortium claim
Alexander R. Johnson, dob 8/10/04 - consortium claim

| 11. | | WITNESSES | |
|---|---|---|---|
| NAME | | ADDRESS*(Number, street, city, State, and Zip Code)* | |
| Kimberly Johnson | | P.O. Box 316, Unalakleet, AK 99684 | |
| Medical providers/employees of Norton Health Corp., including David Davatos Kerilee Katongan, & Dr. O'Neill | | P.O. Box 966, Nome, AK 99762 | |

| 12. *(See instructions on reverse)* | | AMOUNT OF CLAIM*(in dollars)* | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL *(Failure to specify may cause forfeiture of your rights.)* |
| $0 ,00 | $10,000,000.00 | $0.00 | $10,000,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT *(See instructions on reverse side.)* (See Attached Exhibit B) | 13b. Phone number of signatory 907-277-5900 | 14. DATE OF CLAIM 8-11-05 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the United States *(See 31 U.S.C. 3729.)* | Imprisonment for not more than five years and shall be subject to a fine of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the United States. *(See 18 U.S.C.A. 287.)* |

| 95-108 Previous editions not usable | NSN 7540-00-634-4046 | STANDARD FORM 95 (Rev. 7-85) PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2 |
|---|---|---|

HHS000046

Exhibit A
Page 1 of 3

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301; 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims

C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.

D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

## INSTRUCTIONS

**Complete all items – Insert the word NONE where applicable**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF

PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in item #12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

**Failure to specify a sum certain will result in invalid presentation of your claim And may result in forfeiture of your rights.**

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or other aspect of this collection of information, including suggestions for reducing this burden,

to Director, Torts Branch
Civil Division
U.S. Department of Justice
Washington, DC 20530

and to the
Office of Management and Budget
Paperwork Reduction Project (1105-0008)
Washington, DC 20503

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance? ☒ Yes, if yes give name and address of insurance company *(Number, street, city, State, and Zip Code)* and policy number. ☐ No

Mr. Johnson has healthcare insurance through RBMS, Group #35, ID #0035007458, contact #800-770-3740 and secondary healthcare insurance through Aetna, Group #721059-10-001, ID #W111877001-04, contact #888-252-2732. (See Attached Exhibit A)

16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?

Worker's compensation

17. If deductible, state amount

18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim? *(It is necessary that you ascertain these facts)*

Worker's compensation has paid for medical treatment to date as well as partial compensation for lost wages.

19. Do you carry public liability and property damage insurance? ☐ Yes, If yes, give name and address of insurance carrier *(Number, street, city, State, and Zip Code)* ☒ No

SF 95 (Rev. 7-85) BACK

**• U.S. GOVERNMENT PRINTING OFFICE: 1989--241-175**

Exhibit A
Page 2 of 3

HHS000047

# Exhibit A

## CLAIM FOR DAMAGE, INJURY, OR DEATH

1.      Norton Sound Health Corp., c/o Peter Ashman, general counsel
        900 W. 5th Avenue, Suite 700, Anchorage, AK 99501

2.      Ray R. Brown, Esq.
        Dillon & Findley, P.C., 510 L Street, Suite 603, Anchorage, AK 99501

8.      He continues to suffer from severe lower extremity weakness and is
        currently and perhaps permanently wheelchair bound.

15.     He also has worker's compensation coverage through his employer for the
        initial injury to his back on 5/21/04.

HHS000048