Unit # 022906

| Critiqued | ☐ | ☐ No | ALASKA MEDEVAC TRANSPORT FOR: | 0001083 | Dr | 05/24/04 |

## PATIENT DATA

| LAST NAME | FIRST | | AGE | DOB | SEX | WEIGHT |
|---|---|---|---|---|---|---|
| Johnson, | Gregory R. | 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 | 42y | 6/23/61 | ♂ | |

ADDRESS: P.O. Box 316 Unalakleet, AK 99684   PHONE: 907-624-5051

NEXT OF KIN: Johnson, Kim   RELATIONSHIP: Wife   NOTIFIED: ☒ Yes ☐ No

ADDRESS: Box 316 Unalakleet, AK 99684   MED-04-192   PHONE: 907-624-5051

## FLIGHT DATA

AIRCRAFT TIMES (Call back)
- DEPART: one  1635
- ARRIVE: unk  1115
- DEPART: unk  1402
- ARRIVE: one

TRANSFERRING MD/PERSON: Dr. ScoReild
TRANSFERRING FACILITY: NSRH - Unk - Home
RECEIVING MD/PERSON: Dr. Rabinowitz
RECEIVING FACILITY: Prov-ER

AIRCRAFT TYPE, PILOT NAME, WEATHER, CABIN PRESSURIZATION, ALTITUDE: N326KW, KingAir, Larry E., Fog + rain, 5,500, 25,000

## THERAPIES INSTITUTED

PTF - Prior to flight   FLT - In-Flight

| PTF | FLT | | PTF | FLT | |
|---|---|---|---|---|---|
| ☐ | ☐ | C-Spine Immobilization | ☐ | ☒ | NIBP + SPO₂ |
| | | Type _____ | ☐ | ☐ | Mast Pants |
| ☐ | ☐ | Backboard | ☐ | ☐ | NG |
| | | Traction/Type/Site | ☐ | ☐ | Foley |
| ☐ | ☐ | _____ | ☐ | ☒ | O₂ Type 2L/NC |
| ☐ | ☐ | _____ | ☐ | ☐ | Chest Tube R L |
| | | Splint/Type/Site | ☐ | ☐ | Restraints |
| ☐ | ☐ | _____ | ☐ | ☒ | Cardiac Monitor |
| ☐ | ☐ | _____ | ☐ | ☐ | ET Tube/Trach/EOA |
| | | IV Site/Gauge/Fluid | | | Size _____ |
| ☒ | ☒ | L hand / 18g / LReel | ☐ | ☐ | Suction |
| ☐ | ☐ | _____ | ☐ | ☐ | Tracheal |
| ☐ | ☐ | _____ | ☐ | ☐ | Naso Pharyngeal |

## MEDICATION RECORD   Date of Last Tetanus: _____

| DRUG | DOSE | ROUTE | TIME |
|---|---|---|---|
| MS | 10mg | IV | 1345 |
| MS | 10mg | IV | 1521 |

ALLERGIES: Patient states NKA

ROUTINE MEDICATIONS: Patient states no routine Rx

HISTORY OF INJURY/SIGNIFICANT MEDICAL HISTORY: Pt: Acute lower back injury. Pt states when he got up the frame snap, felt a twinge in his lower back which has...

TRANSPORT NOTES: (see page 2) SPO₂ 96% Pt is laying on his (R) side with pain but is as comfortable as possible.

## VITAL SIGNS

| TIME | BP | P | R | EKG Rhythm (see back) | | | |
|---|---|---|---|---|---|---|---|
| Prior to Flight 1402 | 140/55 | 61 | 16 | NSR | | | |
| In Flight 1411 | 146/77 | 55 | 12 | NSR | SPO₂ 96% | | |
| 1423 | 144/74 | 55 | 12 | NSR | SPO₂ 96% | | |
| 1438 | 139/82 | 51 | 12 | NSR | SPO₂ 96% | | |
| 1453 | 142/74 | 50 | 12 | NSR | SPO₂ 97% Pt is resting | | |
| 1509 | 147/88 | 70 | 12 | NSR | SPO₂ 97% | | |
| 1523 | 143/78 | 55 | 12 | NSR | SPO₂ 97 Pt states pain ↑ and 10mg MS given IV @ 1521 | | |
| 1538 | 160/89 | 57 | 12 | NSR | SPO₂ 98% ... | | |

TOTAL TRAUMA SCORE (see back): GCS 15

## ESCORT DATA

MEDEVAC SERVICE NAME: Norton Sound Critical Care Air Ambulance
AK CERTIFICATION #: 5050
MAILING ADDRESS: P.O. Box 966 Nome, AK 99762
PHONE: 443-3306

Signatures: Michael V ____, MICP #94   Escort: Robert White, Escort-T

Form 06-1486 (8/86)

D & F

MED-L-192   Unit # 022906   ALASKA CRITICAL CARE TRANSPORT FORM   Page 2 of 3

NAME: Johnson, Gregory R.   DOB: 06/23/61   DATE: 05/24/04

| Time | BP | P | R | EKG Rhythm | EMV | PUPILS Size R/L | Reaction R/L | LIMB MVT Arm R/L | Leg R/L | MEDICATIONS Dose | Route | TRANSPORT NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | gotten worse each time |
| | | | | | | | | | | | | he was seen in Urgent Care |
| | | | | | | | | | | | | clinic x 3 times. Seen by |
| | | | | | | | | | | | | Dr. [illegible], PA-C who |
| | | | | | | | | | | | | states the PT has had |
| | | | | | | | | | | | | ↓ movement and control in |
| | | | | | | | | | | | | the lower extremities. This |
| | | | | | | | | | | | | morning he has had some |
| | | | | | | | | | | | | loss of urine and bowel |
| | | | | | | | | | | | | control and pain continues |
| | | | | | | | | | | | | ↑ he is unable to weight |
| | | | | | | | | | | | | bear. Med Hx past |
| | | | | | | | | | | | | summer had a MRI and |
| | | | | | | | | | | | | was Dx with bulging |
| | | | | | | | | | | | | disk in Lumbar spine. |
| | | | | | | | | | | | | A) PT assessment is within |
| | | | | | | | | | | | | normal limits down |
| | | | | | | | | | | | | to Lumbar spine with |
| | | | | | | | | | | | | pain in L3-L5 region with |
| | | | | | | | | | | | | loss of sensation and |
| | | | | | | | | | | | | (See page 3) |

### KEY TO NEURO ASSESSMENT

**RESPONSIVENESS SCALE (EMV)**

| EYE OPENING | | MOTOR RESPONSE | | VERBAL RESPONSE | |
|---|---|---|---|---|---|
| 4 | Spontaneous | 6 | Obeys | 5 | Oriented |
| 3 | To Speech | 5 | Localizes | 4 | Confused |
| 2 | To Pain | 4 | Withdraws | 3 | Inapp. Words |
| 1 | Nil | 3 | Abn. Flexion | 2 | Inapp. Sounds |
| C | Swollen Closed | 2 | Abn. Extension | 1 | Nil |
| | | 1 | Nil | E | Intubated |

PUPILS SIZE 2-8

LIMB MVT: N-Normal, W-Weak, F-Flaccid, P-Posturing

REACTION: B-Brisk  S-Sluggish

**INTAKE/OUTPUT TOTALS**

| | IV'S | BLOOD | URINE | CHEST TUBE | GASTRIC |
|---|---|---|---|---|---|
| Prior to Flight | | | | | |
| In Flight | | | | | |
| TOTAL | | | | | |

Signatures: [illegible] TCP #94    Escort: Robert Winters EMT-P

Form 06-1467 (8/86)

MED-04-192   Unit # 02.106
ALASKA CRITICAL CARE TRANSPORT FORM   Page 3 of 3

NAME: Johnson, Gregory R.   DOB: 06/23/41   DATE: 05/24/04

| Time | BP | P | R | EKG Rhythm | EMV | Pupils Size R/L | Pupils Reaction R/L | Limb Mvt Arm R/L | Limb Mvt Leg R/L | Medications Dose | Route | Transport Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | movement w/ed R leg and foot - BB, L leg + BB with no weak movement when stimulated, normal pulse in of all four extremities remainder of exam within normal limits. |
| | | | | | | | | | | | | A) R/O Lower back injury |
| | | | | | | | | | | | | P) IV, 10mg MS given IV/345, transport the PT by stairchair to ambulance and then onto the air plane, then PT is placed in position of comfort. O₂ @ 2L/NC. |
| 1546 | 60 | 12 | | NSR SPO₂ 98% | | | | | | | | Pt. transported w/o incidence |
| 1550 | 174/90 | 68 | 12 | NSR SPO₂ 97% | | | | | | | | W/o incidence Signature |

E Kuwarke
Robert Wyster EMT P

Signatures:
Michael V Queen MICP #94   Escort: Robert Wyst. EMT P