UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>  JOHNSON  </u>  v.  <u>  USA  </u>

DATE:   <u>  February 1, 2008  </u>      CASE NO.   <u>  3:06-CV-0120-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**GRANTING MOTION TO COMPEL AT DOCKET 34**

___

      Plaintiff's Motion to Compel Production of Mr. Owens' and Mr. Wooten's Practitioner Narratives at **Docket 34** is **GRANTED**. Although <u>Dobbs v. Lamonts Apparel, Inc.</u>, 155.F.R.D. 650 (D. Alaska 1994), is not precedent, its reasoning is persuasive under the unique facts hereof.


M.O. GRANTING DOCKET 34