Ray R. Brown
DILLON & FINDLEY, P.C.
1049 W. 5th Avenue, Suite 100
Anchorage, AK  99501
Phone 277-5400
Fax   277-9896

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| GREGORY JOHNSON and KIMBERLY JOHNSON, individually and on behalf of their minor children, MADISON JOHNSON and ALEXANDER JOHNSON,<br><br>　　　　　　Plaintiffs,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant.<br>_____ | **[PROPOSED]**<br>**ORDER GRANTING STIPULATION**<br><br><br>Case No. 3:06-CV-00120-RRB |

　　Having reviewed said Stipulation for Extension of Pretrial Deadlines,

　　IT IS HEREBY ORDERED that the following pretrial deadlines are extended as follows:

　　Discovery Motions:  **6/20/08.**

1    Dispositive Motions and Motions In Limine:  **6/20/08.**

3   DATED:_____         _____
                                  The Honorable Ralph B. Beistline
4                                 United States District Court Judge

26
<u>Gregory Johnson, et al. v. USA, et al.</u>
Case No. 3:06-CV-00120-RRB
ORDER GRANTING STIPULATION
Page 2 of 2