Ray R. Brown
DILLON & FINDLEY, P.C.
1049 W. 5th Avenue, Suite 100
Anchorage, AK  99501
Phone 277-5400
Fax   277-9896

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

```
GREGORY JOHNSON and KIMBERLY   )
JOHNSON, individually and      )
on behalf of their minor       )
children, MADISON JOHNSON and  )
ALEXANDER JOHNSON,             )
                               )
              Plaintiffs,      )
vs.                            )
                               )
UNITED STATES OF AMERICA,      )
                               )
              Defendant.       )
_____)  Case No. 3:06-CV-00120-RRB
```

**MOTION TO COMPEL PRODUCTION OF DR. STEVEN DAY'S FINANCIAL COMPENSATION INFORMATION**

Plaintiffs, through their attorneys at Dillon and Findley, P.C., pursuant to Federal Rule of Civil Procedure 37(a)(2)(B) move this Court for an order compelling the United States of America to produce the W-2's and 1099's for Dr. Steven Day and/or to produce an answer to Interrogatory No. 13, stating

the basis for compensation and amounts of compensation Dr. Day has received over the last five years from Strauss & Shavelle, the consulting firm for which Dr. Day works. Additionally, plaintiffs seek the employment contract between Dr. Day and Strauss & Shavelle and/or the basis of Dr. Day's "discretionary bonus." This motion is supported by attached memorandum of law.

Undersigned counsel certifies pursuant to Federal Rule of Civil Procedure 37(a)(2)(B) that they have made a good faith effort to resolve this discovery dispute without court action, but such effort as set forth in the attached memorandum was unsuccessful.

DATED this 29th day of May 2008, at Anchorage, Alaska.

DILLON & FINDLEY, P.C.
Attorneys for Plaintiffs

By: s/Ray R. Brown
Ray R. Brown, ABA No. 8206012
1049 W. 5th Avenue, Suite 100
Anchorage, Alaska  99501
Phone:  277-5400
Fax:    277-9896
Email:  ray@dillonfindley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2008 a copy of the foregoing **MOTION TO COMPEL PRODUCTION OF DR. STEVEN DAY'S FINANCIAL COMPENSATION INFORMATION** was served electronically on Susan J. Lindquist.

s/Ray R. Brown

Gregory Johnson, et al. v. USA, et al.
Case No. 3:06-CV-00120-RRB
MOTION TO COMPEL PRODUCTION OF DR. STEVEN DAY'S FINANCIAL COMPENSATION INFORMATION
Page 2 of 2