Ray R. Brown
DILLON & FINDLEY, P.C.
1049 W. 5th Avenue, Suite 100
Anchorage, AK  99501
Phone 277-5400
Fax   277-9896

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| GREGORY JOHNSON and KIMBERLY JOHNSON, individually and on behalf of their minor children, MADISON JOHNSON and ALEXANDER JOHNSON,<br><br>    Plaintiffs,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | **[PROPOSED]**<br>**ORDER ON MOTION TO COMPEL PRODUCTION OF DR. STEVEN DAY'S FINANCIAL COMPENSATION INFORMATION**<br><br>Case No. 3:06-CV-00120-RRB |

The Court having reviewed plaintiffs' Motion to Compel Production of Dr. Steven Day's Financial Compensation Information and any opposition thereto,

HEREBY ORDERS that defendant United States of America produce the W-2's and 1099's for Dr. Steven Day and an answer to

LAW OFFICES
**DILLON & FINDLEY**
A PROFESSIONAL CORPORATION
1049 W. 5th Avenue, Suite 100
Anchorage, Alaska 99501
TEL. (907) 277-5400 · FAX (907) 277-9896

Interrogatory No. 13, stating the basis for compensation and amounts of compensation Dr. Day has received over the last five years from Strauss & Shavelle. Additionally, defendant is ordered to produce the employment contract between Dr. Day and Strauss & Shavelle and the basis of Dr. Day's discretionary bonus.

DATED:_____     _____
                          The Honorable Ralph B. Beistline
                          United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2008 a copy of the foregoing **Order on Motion to Compel Production of Dr. Steven Day's Financial Compensation Information** was served electronically on Susan J. Lindquist.

s/Ray R. Brown