Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

- - -

GREGORY JOHNSON and )
KIMBERLY JOHNSON, )
individually and on )
behalf of their minor )
children, MADISON )
JOHNSON and ALEXANDER )
JOHNSON, )
 )
     Plaintiffs, )
 )
vs. ) Case No. 3:06-CV-00120-RRB
 )
UNITED STATES OF AMERICA )
 )
     Defendant. )
-----------------------------

DEPOSITION OF

ALEX BARCHUK, M.D.

KENTFIELD, CALIFORNIA

JANUARY 11, 2008

ATKINSON-BAKER, INC.
COURT REPORTERS
(800) 288-3376
www.depo.com

REPORTED BY:   JULIE ANN McELHANEY, CSR No. 11967

FILE No.:      A10A6A1

EXHIBIT A
PAGE 1 of 2

Page 23

1  has.

2      Q.   And was your opinion on life expectancy, did it
3  include all of those problems and como -- comorbidities
4  that Mr. Johnson has?

5      A.   Well, I would phrase it a little bit differently.
6  Basically I -- it -- it wasn't my opinion.  It -- it was
7  basic -- basically taking the table and extracting from --
8  from the table in the University of Alabama and putting
9  that in my report.  I don't -- I don't believe in my report
10 I said specifically an opinion regarding life expectancy.

11     Q.   Do you intend to testify as to your opinion on
12 Mr. Johnson's life expectancy?

13     A.   Well, if asked the question regarding opinion
14 with regard to his spinal cord injury, I could give the
15 statistics on that.  If asked whether I think there's a
16 further reduction because of certain comorbidities, I would
17 give an opinion on that, but I don't think I would come up
18 with a specific reduction as far as years.

19          MS. LINDQUIST:  I might add the Government is not
20 going to rely on Dr. Barchuk for testimony about life
21 expectancy because we have a life expectancy expert that
22 addressed all the comorbidities of Mr. Johnson.

23          MS. LONG:  I kind of thought that might be the
24 answer.

25     Q.   All right.  I'm going to actually come back to