**Danee L. Pontious**

**From:** "Ray Brown" <ray@dillonfindley.com>
**To:** "'Danee L. Pontious'" <danee@dillonfindley.com>
**Sent:** Wednesday, May 07, 2008 3:37 PM
**Subject:** FW: G.Johnson

---

**From:** Lindquist, Susan (USAAK) [mailto:Susan.Lindquist@usdoj.gov]
**Sent:** Wednesday, May 07, 2008 3:34 PM
**To:** Ray Brown; day@lifeexpectancy.com
**Cc:** Danee L. Pontious
**Subject:** RE: G.Johnson

Yes I agree that we cannot resolve this.

---

**From:** Ray Brown [mailto:ray@dillonfindley.com]
**Sent:** Wednesday, May 07, 2008 12:21 PM
**To:** Lindquist, Susan (USAAK)
**Cc:** 'Danee L. Pontious'
**Subject:** G.Johnson

Susan,

I can't find the email that you sent me back in February or March agreeing that we had met and conferred on the S.Day motion to compel wage information. We are filing the motion to compel this week and I was going to attach the email to our motion showing compliance with the rule. Can you just email me back agreeing that we met/conferred and cannot resolve, etc?

Thanks,

RRB

EXHIBIT B
PAGE 1 of 1