NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

Attorney for Defendants

RECEIVED

APR 1 4 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGORY JOHNSON and KIMBERLY JOHNSON, individually and on behalf of their minor children, MADISON JOHNSON and ALEXANDER JOHNSON,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) Case No. 3:06-cv-00120-RRB<br>)<br>)<br>)<br>)<br>)<br>)<br>) **UNITED STATES' ANSWERS TO**<br>) **PLAINTIFFS' FIFTH REQUEST**<br>) **FOR PRODUCTION AND**<br>) **INTERROGATORIES RE:**<br>) **DR. DAY**<br>)<br>)<br>)<br>) |

The United States, through counsel, responds to Plaintiffs' Fifth Request for Production and Interrogatories as they pertain to Dr. Day as follows:

EXHIBIT G
PAGE 1 of 3

**INTERROGATORY NO. 15:** Please identify all databases or specific data relating to the life expectancy of cauda equina syndrome patients that Steven Day, Ph.D. has relied upon for any of his opinions or conclusions.

**ANSWER:** None others than those referring to spinal cord injury listed in the references on page 7 of the report.

**INTERROGATORY NO. 16:** Please identify the literature source (s) of Steven Day, Ph.D.'s "experience" to support his conclusion that the overall impact of positive socioeconomic factors [as they apply to Mr. Johnson] would be exceedingly small (deposition p.173).

**ANSWER:** This question misstates Dr. Day's deposition testimony. Dr. Day did not conclude that the overall impact of positive factors on Mr. Johnson's life expectancy would be small. He concluded that when the positive factors are counter balanced by the negative factors, the impact of the positive factors on Mr. Johnson's life expectancy would be small.

Dr. Day's complete testimony is as follows:

Q. Now, how did you make a decision to not make
172
1  an explicit adjustment for the positive psychosocial
2  factors such as marriage, employment, insurance,
3  Workers' Compensation payment, family support, and those

Johnson v. US, et.al.
3:06-cv-00120-RRB                                -4-

8. Sleep apnea

Senders CW, Strong EB (2003). Sleep apnea: The surgical treatment of obstructive sleep apnea. Clinical reviews in Allergy and Immunology, 25:213-220.

**INTERROGATORY NO. 18:** Please identify all of the data sources that Steven Day, Ph.D. reviewed in the published literature in forming his opinions with respect to Mr. Johnson's case as discussed in his deposition at page 37, line 20.

**ANSWER:** See Report References 9-14.

**INTERROGATORY NO. 19:** Please identify and describe the known error rate of Steven Day, Ph.D.'s calculations as they apply to the life expectancy calculations of Mr. Johnson.

**ANSWER:** There are none. Error rates have no relevance to standard scientific methodology for calculating life expectancy.

**INTERROGATORY NO. 20:** Please identify all follow up data or studies on previous patients on whom Steven Day, Ph.D. has calculated life expectancies for litigation related matters to determine the accuracy or error rate of his calculations.

**ANSWER:** None exist.

EXHIBIT G
PAGE 3 of 3