David Strauss, PhD, FASA
415)731-0250

**Life Expectancy Project**
1439 17th Avenue
San Francisco, CA 94122-3402
fax (415)731-0290
www.LifeExpectancy.com

Robert Shavelle, PhD, MBA
(415)731-0240

### Questions On Life Expectancy For Deposition

Physicians, and especially pediatric neurologists, are frequently asked to testify on the issue of life expectancy. This is no more than a historical accident, as doctors are in no way qualified to do this. Insurance companies for centuries have relied on actuaries to deal with life expectancy in a precise, scientific way, and have never asked physicians to do it.

This set of questions spotlights the three key questions. If the witness cannot satisfactorily answer these, he should defer to an expert who can.

- What makes you an expert on life expectancy?
- What exactly is your opinion?
- How do you know that?

1. **The Basics**

    - You'd agree that to be considered an expert on a topic, you'd need to be able to say what it is, right?

    - Okay, please tell us EXACTLY what a life expectancy is. [Don't accept waffle here. Life expectancy is a precise scientific term. Textbooks define it exactly.]

2. **Qualifications And Expertise On Life Expectancy**

    - What formal courses have you taken on actuarial science? Give precise details. Would you agree that actuaries are the people who specialize in mortality rates and life expectancy?

    - Would you agree that when you apply for a life insurance policy, a doctor evaluates the risk factors (smoking, obesity, etc.) but does NOT assess the life expectancy? The latter part is the expertise of the insurance company's statisticians/actuaries, correct?

    - In view of this, do you maintain that you are qualified as an expert on actuarial matters?

    - If a suitably qualified statistician/actuary were available in this case, I take it that you would defer to him regarding life expectancy? [If you get a "yes" on this last point, the discussion

is effectively over.]

EXHIBIT H
PAGE 2 of 8

3. **Simple Example**

- To help the jury understand, let's work with a very simple example.

- I want you to consider a group of persons where one-third will live exactly 1 more year from now, one third will live exactly 2 more years, and one third will live exactly 9 more years. Is this clear? [If it's not clear, keep at it until it is. Don't let the other side deflect this as a "hypothetical" -- stress that it's just an example to clarify things.]

- What is the life expectancy in this example? [The answer is $(1 + 2 + 9)/3 = 4$. If he can't answer this, then he doesn't know what a life expectancy is, and cannot possibly qualify as an expert on the topic.]

- What precisely is meant by the term "median survival time"? [Again, this has a precise definition.]

- What is the median survival time in this simple example? [Answer: 2]

4. **Have You Published?**

- In science, to be considered an expert on a topic you would have to have published on it (in the peer-reviewed scientific literature), correct?

- What have you published on life expectancy?

5. **What Precisely Is Your Opinion?**

- Are you predicting the plaintiff's actual survival time? [This would be absurd, because no one (except perhaps a hit man) could possibly do this, and in any event it isn't necessary. Insurance companies certainly don't need this information.]

- Assuming the witness understands that no one can predict survival time, what precisely is he talking about? [Choices: mean survival time = life expectancy?, median survival time?, something else?]

- If the doctor says "normal life expectancy," what does he mean? [To have this opinion one would surely (a) need to know what life expectancy means, and (b) know exactly how many years that is.]

6. **The Literature**

- We are talking about the medical literature on mortality/ survival/ life expectancy of persons with cerebral palsy. See the list of life expectancy articles at the end of this document.

- One thing an expert on a topic would be very familiar with is the scientific literature on the subject, agreed? And he would know which ones are correct and which contain basic methodological mistakes, right?

- Would you agree that an expert on a subject has a duty to keep up with the research literature on the subject? [Of course, some latitude is allowed: you can be a few months out of date, but not more than 2 or 3 of years, surely. And you might have missed one or two articles, but not most of them.]

- If all the research literature agrees on some point, and the expert disagrees with it all, he should have some pretty compelling reasons for doing so, correct?

- How do you perform your literature searches? [Note: There are so many journals that the only reasonable way to keep up is by a computer search, such as Medline.]

- When did you last do a search? [He'll probably say he doesn't remember, but you can press with "within the last year? Two years?]

- Which articles on life expectancy in cerebral palsy did you find? [If he can't indicate what they are, what kind of expert is he?]

- Which ones are correct and which have mistakes? What are the mistakes?

- Did you rely on any of them for your opinion? If not, how could you have a basis for an opinion? If yes, which ones, and why not the others? [If he did rely on articles, get him to acknowledge the three problems with using the literature:

  a. Wrong age (for example, say the plaintiff is seven years old and rolls but doesn't sit. The literature may tell you about survival of children who are like that in infancy, but by age 7 many of the survivors of that group will have improved. So it's not reasonable to compare the plaintiff with the survivors of that group.).
  b. Groupings in the literature are very coarse -- they can only take account of a few factors.
  c. The survival curve in the literature may not fall to 50%, in which case you can't obtain the median survival time, and you certainly won't get a life expectancy from the survival curves in the literature.]

- (Again) Would you not defer on life expectancy to a statistician/actuary who (a) has knowledge and experience in this field and (b) can carry out an customized precisely to the plaintiff using a large data base?

7. **Doctors Who Claim To Rely On "My Clinical Experience"**

- Doctor, if someone was presenting results on life expectancy at a scientific conference wouldn't he be expected to have carried out a careful study using the proper statistical/ epidemiological methods? This would be an absolute requirement at such a conference, wouldn't it?

- Have you done this?

    If "no" you can proceed with:

    a. How can you justify treating this case less seriously than the scientific conference?
    b. Do you realize that millions of dollars may be at stake in this case over your testimony on life expectancy?
    c. You admit, then, that your opinion is not up to acceptable scientific standards?

    If "yes" then:

    a. How many patients closely resembling the plaintiff have you examined? [The answer will be at most a few dozen.]
    b. Did you follow up on the survival or death of all of these patients? Give the specifics of your procedure. In particular, how did you follow the patients who moved to a different town or even to a different state? How did you ascertain who died? Where and in what form did you keep your records of the children's survival time? Did you periodically reassess their functional levels during the follow up?
    c. If you have been practicing for 20 years (say), how could you have ever observed a child surviving more than an additional 20 years? So how can you possibly comment on life expectancy, which involves survival rates over the entire life span [to age 90, at least]?

- Are you aware of the literature on statistical methods for estimating survival probabilities? Which methods did you use?

- Please produce all records of your studies, detailing the patients, their conditions, and your detailed information on their survival.

- (Again) Wouldn't you defer to someone competent who had records on thousands of patients in a large data base, containing the pooled information from literally hundreds of neurologists such as yourself?

8. **When A Plaintiff's Doctor Claims "Normal Life Expectancy"**

   - (Again) To claim the plaintiff has a normal life expectancy, you had better know what life expectancy means and how many years is normal for this child. Please tell us.

   - We talked earlier about the literature on survival in cerebral palsy. Are you aware that **every single one of the studies** document a reduced life expectancy for persons with cerebral palsy? Now it depends on his answer:

     a. If he says he is aware, then as discussed above he had better have some convincing reason to disagree with every study on this issue.

     b. If he's not aware of this, doesn't remember, etc. how can he possibly call himself an expert on the topic?

     c. He may try something fanciful about every child being unique and you can't generalize. If so, what basis does he have for his opinion on this child? More importantly, does he realize that life insurance and actuaries have been doing exactly this successfully and on a scientific basis for a couple of hundred years? Is he then claiming that actuarial science is all useless? If not, what exactly is he claiming?

     d. If he argues that this particular child is an exception, then exactly how is this child such an exception, and what evidence is there that the alleged special features make this dramatic difference?

   - Another common fantasy is that this child is going to get such terrific care that despite the cerebral palsy he is not at any risk of early mortality. Then you might try:

     a. Is there any scientific evidence in the medical literature that the life expectancy of children with CP who get excellent care is normal? [Of course there isn't.]

     b. There's a long list of diseases/conditions where the life expectancy is shortened even if the patient has excellent care. Examples:

     Diabetes, Down's syndrome, Muscular Sclerosis, Alzheimer's, HIV, Parkinson's disease, Patients with heart transplants or inoperable cancer, and Severe spinal cord injury.

     Insurance companies have overwhelming evidence that people with these conditions have increased mortality rates and thus shortened life expectancy. So much so, in fact, that they are charged extra or declined insurance altogether.

     This is true even for people with good health insurance and who are expected to receive excellent care. Is the doctor somehow claiming that all the insurance data is wrong?

6

9. **If The Witness Opines A Less-Than Normal Life Expectancy**

   - If the opinion is vague (such as "excellent chances that the child will survive to adulthood"), you can ask:

     By adulthood do you mean age 21? or 30? or 40?

     Does "excellent chance" mean about 90%, 70%, or 50%? Or could it mean even less than 50%?

     Note: The Court is entitled to some precision here, as the answers to the above can mean millions of dollars. If the witness says he can't give more precision then, again, he's not an expert. He should defer to a suitably qualified actuary or statistician who could give the required precision, and base it on solid actuarial data.

   - When a more precise statement is given -- e.g. "the child's life expectancy is reduced by 40%", or "the child is more likely than not to survive to age 40" -- you should demand to know the precise basis for this number. Why age 40 and not age 30, or 50, or 140? Why a 50% chance and not 40% or 60%? We'll probably get back to "my clinical experience tells me ...", in which case see Section 7 above.

10. **Summary Questions**

    - After going through this kind of questioning you could come back to the key questions.
    - Doctor, do you really claim to be an expert on life expectancy?
    - Would you actually claim this in front of an audience of scientists or insurance company actuaries? If not, surely you would defer to an actuarial expert with a data base and expertise in this area?

EXHIBIT H
PAGE 7 of 8

7

References On Life Expectancy (developmental disabilities in general, and cerebral palsy in particular)

1. Chrichton JU, Mackinnon M, White CP. The life expectancy of persons with cerebral palsy. Devel Med & Child Neur 1995, 37:567-576.

2. Evans PM, Evans SJW, Alberman E. Cerebral Palsy: Why we must plan for survival. Arch Dis Children 1990, 65:1329-1333.

3. Eyman RK, Grossman HJ, Chaney RH, Call TL. The life expectancy of profoundly handicapped people with mental retardation. New Eng J Med 1990, 323:584-589.

4. Eyman RK, Grossman HJ, Chaney RH, Call TL. Survival of profoundly disabled people with severe mental retardation. Am J Diseases Children 1993, 147:329-336.

5. Hutton JL, Cooke T, Pharoah POD. Life expectancy in children with cerebral palsy. BMJ 1994, 309:431-435.

6. Strauss DJ. Life expectancy of children with cerebral palsy. The Lancet 1997, 349:283-284.

7. Strauss DJ, Ashwal S, Day SM, Shavelle RM. Life expectancy of children in the vegetative and minimally conscious states. Pediatric Neurology, 23:312-319.

8. Strauss DJ, Ashwal S, Shavelle R, Eyman RK. Prognosis for survival and improvement in function in children with severe developmental disabilities. Journal of Pediatrics 1997, 131:712-717.

9. Strauss DJ, Shavelle RM. Response to Letter to the Editor by Grossman and Eyman, Pediatric Neurology 1998, 19:233-4.

10. Strauss DJ, Shavelle RM. Life Expectancy of adults with cerebral palsy. Devel Med & Child Neur 1998, 40:369-375.

11. Strauss DJ, Shavelle RM, Anderson TW. Life expectancy of children with cerebral palsy. Ped Neur 1998, 18:143-149.

12. Strauss DJ, Shavelle RM, Ashwal S. Life expectancy and median survival time in the permanent vegetative state. Pediatric Neurology 1999, 21:626-631.

EXHIBIT H
PAGE 8 of 8