```
 1    STATE OF ILLINOIS    )
 2                         )  SS:        ORIGINAL
 3    COUNTY OF C O O K    )
 4        IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
 5            COUNTY DEPARTMENT - LAW DIVISION
 6    MISTY CAMPBELL, Individually   )
      and as Mother and Next Friend  )
 7    of TAIRAY SEWELL, a Minor,     )
               Plaintiff,            )
 8         vs.                       )No. 99 L 8730
      RUSH-PRUDENTIAL HMO, INC.,     )
 9    a corporation; MARY ANN        )
      DEAN-ONAYEMI, M.D.; and SSM    )
10    HEALTH CARE CORPORATION a/k/a  )
      ST. FRANCIS HOSPITAL & HEALTH  )
11    CENTER, a corporation,         )
               Defendants.           )
12
13        REPORT OF PROCEEDINGS at the trial of the
14    above-entitled cause before the Honorable James P.
15    McCarthy, Judge of said Court, on the 19th day of
16    October, 2004, at the hour of 9:30 a.m.
17
18
19              TESTIMONY OF STEVEN DAY
20                 MOTION FOR MISTRIAL
21
22
23    Reported by:  Jamye Serritella, CSR
24    License No.:  084-004183
```

1

McCORKLE COURT REPORTERS, INC.
CHICAGO, ILLINOIS (312) 263-0052

EXHIBIT I
PAGE 1 of 3

1  clients that hire Strauss & Shavelle then?
2  A.  I do services for those who retain me as
3  an expert witness from time to time, yes.
4  Q.  Okay. And in this case, Mr. Rendleman,
5  did he hire you or Strauss & Shavelle? I'm a
6  little confused.
7  A.  He retained me.
8  Q.  So Strauss & Shavelle doesn't get any
9  money you generate from the work in this case?
10 A.  No. They do.
11 Q.  All right.
12 A.  They get the majority of it.
13 Q.  I'm a real simple person.
14     Are they paying it to Strauss & Shavelle
15 or you?
16 A.  They're writing the check to Strauss &
17 Shavelle.
18 Q.  And then they pay you some portion of
19 that?
20 A.  Yes, they do.
21 Q.  Hopefully a lot.
22     Okay. Now, I think you told me that the
23 litigation work that you do, you get about 50 cases
24 a year?

40

```
 1     A.   I believe that I told you that I knew that
 2  this past year I've probably been retained on at
 3  least 50 cases.  I don't know the number precisely
 4  at all.
 5     Q.   Was that 2003 you're referring to or 4?
 6     A.   2004, this past year.
 7     Q.   And is that up until now in October?
 8     A.   Yeah.  I believe that I've been retained
 9  on 50 cases by October, yes.
10     Q.   Would you tell the members of the jury how
11  many retentions you had in 2003 then.
12     A.   Fewer than this year, but I don't know
13  exactly how many again.
14     Q.   All right.  2002?
15     A.   Fewer still.
16     Q.   2001?
17     A.   Zero in 2001.
18     Q.   Okay.  So you've been doing this 2002, 3,
19  and 4 then?
20     A.   Yes, that's correct.
21     Q.   So it's been about three years coming into
22  courtrooms and offering opinions, or depositions,
23  about life expectancy?
24     A.   Yes.
```

41