# Steven M. Day

**Curriculum Vitae**  **April 2008**

Life Expectancy Project
1439 17th Avenue
San Francisco, CA 94122-3402
Phone: (415) 731-0276

Fax: (415) 731-0290
Cell: (951) 764-4656
Day@LifeExpectancy.org
www.LifeExpectancy.org

## Employment

1996-Present
    Life Expectancy Project, Principal Researcher
    Consultant, Strauss & Shavelle, Inc.

1995-2001
    Associate Professor of Mathematics, Riverside Community College

1990-1995
    Assistant Professor of Mathematics, The Ohio State University

1989
    Community Teaching Fellow, Valley High School, South Sacramento

1985-1987
    Mathematics Instructor, Minaki Secondary School, Tanzania

## Education

PhD, Applied Statistics December 2001
    Substantive Field: Epidemiology
    University of California, Riverside

MS, Statistics, December 2000
    University of California, Riverside

MA, MAT, Mathematics, June 1990
    University of California, Davis

BA, Mathematics, June 1983
    University of California, Los Angeles

## Continuing Medical Education (CME)

Navigating the Care of the Medically Fragile Child, sponsored by Eastern Virginia Medical School Office of Continuing Medical Education and Building Bridges Network. April 9-12, 2008, Norfolk, Virginia.

Chronic Hepatitis C: A Multifaceted Disease. Harvard Medical School Department of Continuing Education, completed May 2006.

Managing Type 2 Diabetes: A Clinical Challenge. Harvard Medical School Department of Continuing Education, completed May 2006.

The Clinician in Court: Surviving a Malpractice Suit. Harvard Medical School Department of Continuing Education, completed May 2006.

M14109: Developmental Disabilities. Office of Continuing Medical Education, School of Medicine, University of California San Francisco. Attended and completed for 8 hours of AMA Category 1 Credits, March 1-2, 2002.

**CME Articles Authored:**

Strauss DJ, Day SM, Shavelle R, Wu YW (2003). Remote symptomatic epilepsy: Does seizure severity increase mortality? Neurology, 60:395-399.

Shavelle RM, Strauss DJ, Whyte J, Day SM, Yu YL (2001). Long-term causes of death after traumatic brain injury. American Journal of Physical Medicine & Rehabilitation, 80:510-516.

## Professional Service

Peer reviewer for the journal Pediatrics, 2005/2006

Peer reviewer for the journal Neuroscience Letters, 2007

Member, Gerson Lehrman Group's Council of Healthcare Advisors, 2004-Present

## Peer Reviewed Publications

Sasco AJ, Day SM, Voirin N, Strauss DJ, Shavelle RM, Satgé D (in press). Cancer mortalilty in Down syndrome in California. International Journal of Disability and Human Development.

Day SM, Brooks J, Strauss D, Shumway S, Shavelle RM, Kush S, Sasco AJ (in press). Cancer mortality in cerebral palsy in California. International Journal of Disability and Human Development.

Day SM, Wu YW, Strauss DJ, Shavelle RM, Reynolds RJ (2007). Change in ambulatory ability of adolescents and young adults with cerebral palsy. Developmental Medicine and Child Neurology, 49:647-643.

Day SM, Strauss DJ, Vachon PJ, Rosenbloom L, Shavelle RM, Wu YW (2007). Growth patterns in a Californian population of children with cerebral palsy. Developmental Medicine and Child Neurology.

Shavelle RM, DeVivo MJ, Strauss DJ, Paculdo DR, Lammertse DP, Day SM (2006). Long-term survival of persons ventilator dependent after spinal cord injury. Journal of Spinal Cord Medicine, 29:511-519.

Strauss DJ, Shavelle RM, Reynolds RJ, Rosenbloom L, Day SM (2007). Survival in cerebral palsy in the last 20 years: Signs of improvement? Developmental Medicine & Child Neurology, 49:86-92.

Shavelle RM, Strauss DJ, Day SM, Ojdana KA (2007). Life Expectancy. In: ND Zasler, DI Katz & RD Zafonte (Eds.), Brain Injury Medicine: Principles and Practice. New York: Demos Medical Publishing.

Shavelle RM, Strauss DJ, Day SM (2005). Deinstitutionalization in California: Mortality of persons with developmental disabilities after transfer into community care, 1997-1999. Journal of Data Science, 3:371-380.

Day SM, Wu YW, Strauss DJ, Shavelle RM, Reynolds RJ (2005). Causes of death in remote symptomatic epilepsy. Neurology, 65:216-222.

Day SM, Strauss DJ, Shavelle RM, Reynolds RJ (2005). Mortality and causes of death in Down syndrome in California. Developmental Medicine And Child Neurology, 47:171-176.

Strauss D, Rosenbloom L, Day S, Shavelle R (2005). Cognitive function in tetraplegic cerebral palsy with severe motor dysfunction [letter]. Developmental Medicine and Child Neurology, 47:562.

Wu Y, Day SM, Strauss DJ, Shavelle RM (2004). Prognosis for ambulation in cerebral palsy: A population-based study. Pediatrics, 114:1264-1271.

Strauss DJ, Shavelle RM, Day SM (2004). Letter to the editor re: Plioplys article. Seminars in Pediatric Neurology, 11:236.

Day S, Strauss D, Shavelle R, Wu YV (2003). Excess mortality in remote symptomatic epilepsy. Journal of Insurance Medicine, 35:155-160.

Strauss DJ, Day SM, Shavelle R, Wu YW (2003). Remote symptomatic epilepsy: Does seizure severity increase mortality? Neurology, 60:395-399.

Shavelle RM, Strauss DJ, Day SM (2003). Comparative mortality of persons with mental retardation in California, 1980-1999. Journal of Insurance Medicine, 35:5-8.

Exhibit A

Shavelle RM, Strauss DJ, Day SM (2001). Comparison of survival in cerebral palsy between countries [letter]. Developmental Medicine & Child Neurology, 43:574.

Shavelle RM, Strauss DJ, Whyte J, Day SM, Yu YL (2001). Long-term causes of death after traumatic brain injury. American Journal of Physical Medicine & Rehabilitation, 80:510-516.

Strauss D, Shavelle R, DeVivo MJ, Day S (2000). An analytical method for longitudinal mortality studies. Journal of Insurance Medicine, 32:217-225.

Strauss DJ, Ashwal S, Day SM, Shavelle RM (2000). Life expectancy of children in vegetative and minimally conscious states. Pediatric Neurology, 23:312-319.

Jennings F, Day SM (1995). Clarification of exact method of cost allocation. Accounting Educators' Journal, 9:2.

Day SM (1994). Simpson's paradox and Major League Baseball's Hall of Fame. AMATYC Journal, Spring.

**Non-refereed publications and invited presentations**

Day SM, Strauss DJ, Vachon PJ, Rosenbloom L, Shavelle RM, Wu YW (2008). Poster presentation: Growth charts for children with cerebral palsy. Presented at: Navigating the Care of the Medically Fragile Child - An Educational Conference for Providers of Pediatric Residential Care. Sponsored by Eastern Virginia Medical School Office of Continuing Medical Education and Building Bridges Network. Norfolk, Virginia, April 9-12, 2008.

Day SM, Strauss DJ, Vachon PJ, Rosenbloom L, Shavelle RM, Wu YW (2007). Demonstration Poster: Growth charts for persons with cerebral palsy stratified by level of motor functioning and feeding ability. Presented at the Sixty-First Annual Meeting of the American Academy for Cerebral Palsy and Developmental Medicine, October 10-13, 2007: Vancouver.

Day SM (2005). Life Expectancy. Presented at the 2005 International Conference on Life Care Planning®, "Evidence-Based Practice", September 18, 2005, San Francisco, CA.

Day SM (2005). Life Expectancy. Presented at the American Rehabilitation Economics Association Annual Spring Conference, May 13, 2005, Reno, Nevada.

Day SM (2005). Life Expectancy in the context of brain injury claims. Presented at the Action against Medical Accidents (AvMA) Cerebral Palsy & Brain Injury Claims Conference, January 25, 2005, London.

Day SM, Strauss DJ, Shavelle RM, Ojdana K, Wu YW (2003). Predicting ambulation in cerebral palsy. Presented at the Fifty-Seventh Annual Meeting of the American Academy for Cerebral Palsy and Developmental Medicine, September 11, 2003: Montreal. *Nominated for the 2004 Gayle G. Arnold Award for Excellence in the Care of Children with Cerebral Palsy.*

Exhibit A

Day SM (2001). Estimators of long-term transition probabilities in multistate stochastic processes. Presented at the University of California, Riverside, Statistics Colloquium; November 20.

Day SM (1993). Reaction to David J. Johnson's article, "Maybe we don't teach grammar anymore, but it's a good thing." *OATYC Journal*;19:1.

Day SM, Jennings F (1994). Some applications of elegant mathematics in accounting. Presented by SM Day at the 28th annual seminar of The Mathematical Association of Tanzania in Dar es Salaam, Tanzania in September.

Day SM, Jennings F (1994). Some applications of elegant mathematics in accounting. Presented at the twentieth annual conference of the American Mathematical Association of Two Year Colleges (AMATYC) in November.

**Professional Organizations**

Fellow Member of the American Academy of Cerebral Palsy and Developmental Medicine
Member of the American Statistical Association

**Honors**

*Marquis Who's Who in America* since 2004
Morris J. Garber Award, Outstanding Graduate Student in Statistics, UC Riverside, 2000-2001
Magna Cum Laude, UCLA 1983
Phi Beta Kappa, member since 1983

**Special Skills**

Fluent in written and spoken Swahili
Basic understanding of Spanish
Many computer programs (SAS, S-Plus, Microsoft Office)