```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF ALASKA AT ANCHORAGE
 2

 3
    GREGORY JOHNSON and KIMBERLY JOHNSON,
 4  individually and on behalf of their
    minor children MADISON JOHNSON and
 5  ALEXANDER JOHNSON,

 6                  Plaintiffs,
    v.                                  No. 3:06-CV-00120-RRB
 7
    UNITED STATES OF AMERICA,
 8
                    Defendant.
 9  _____/

10

11

12

13       VIDEOTAPED DEPOSITION OF STEVEN M. DAY, PhD

14               Wednesday, January 9, 2008

15                   San Francisco, CA

16

17

18  Reported By:

19  DEBBIE MAYER, RPR CRR CRP
    California CSR No. 9654
20

21

22
                    ATKINSON-BAKER, INC.
23           180 Montgomery Street, Suite 800
                  San Francisco, CA  94104
24                    (800) 288-3376
                         A10A6A0
25  ///
```

1  clients outside of litigation, and finally research for
2  which I'm not really reimbursed in terms of monetary
3  terms.  And the research is done for the Life Expectancy
4  Project.  And in a typical week, it's probably about --
5  it varies, but roughly 60 percent of my time will be
6  paid work and 40 percent research, but it will vary,
7  depending upon what stage of research we're at with a
8  given project and so forth.
9           Then in terms of that part that's paid
10 consulting, most of that is litigation; probably 80
11 percent of that is litigation related.  I don't have any
12 way of exactly calculating that, but I know that the
13 overall work that Strauss and Shavelle Incorporated does
14 do, it's 80 percent litigation in terms of the paid
15 work, and 20 percent outside of litigation.
16      Q.   And you think that's consistent with your
17 actual work as well?
18      A.   I think so.  I mean it probably varies from
19 week to week, but typically that's probably what I do as
20 well.
21      Q.   In terms of paid consulting that is not -- I
22 just want to make sure I understand your answer -- of
23 the 60 percent of your time that you spend doing
24 personal injury, medical/legal or other paid consulting,
25 80 percent of that is litigation related?

```
 1   rate, yeah, I signed the contract on the 7th of
 2   September and apparently reviewed the records sometime
 3   after that up to the 12th of September, apparently.
 4        Q.   Okay.  The first e-mail I have, and e-mails
 5   were provided by Ms. Lindquist to my office
 6   previously --
 7        A.   Sure.
 8        Q.   -- but it's dated April 24, 2007.
 9        A.   Oh, okay.
10        Q.   Do you have any recollection of that
11   conversation or any conversation or e-mail?
12        A.   No.  I don't.
13        Q.   Had you worked for Ms. Lindquist prior to this
14   contract?
15        A.   I've had cases in Alaska other than this, and
16   I don't recall if it was Ms. Lindquist or another
17   attorney.  I actually don't remember.
18        Q.   She's pretty memorable; are you sure you don't
19   a remember being in a --
20        A.   I know I've never met her in person before;
21   that much I know.
22        Q.   All right, fair enough.  How many times have
23   you consulted on cases in Alaska?
24        A.   I'm not certain.  I can recall at least three
25   others.  I'm sure it wasn't many more than that either,
```

```
 1    but at least three others.
 2         Q.    Were they all for the federal government?
 3         A.    No.  No.
 4         Q.    Private consultation?
 5         A.    Certainly at least one was.  One was in fact a
 6    divorce proceeding, and I was retained by one or the
 7    other side in that.  But that was not the U.S.
 8    government, I know that, and I don't remember the
 9    others.  I know I've worked for the U.S. DOJ in other
10    cases there, but I don't know who the attorney was.
11         Q.    All right.  Have you ever given deposition
12    testimony in an Alaska case?
13         A.    Yes, I believe I have, and even trial
14    testimony in that case involving the divorce.  I did the
15    testimony by telephone, but I did testify actually
16    during the court proceedings.
17         Q.    Is it on your testimony list by any chance?
18         A.    I think it would be, but let's check.  There
19    it is, August 8, 2006, Michael F Boma v Nolie Boma,
20    Superior Court for the State of Alaska, Fourth Judicial
21    District in Fairbanks, Alaska.
22         Q.    Did you list attorneys on that?
23         A.    The attorney that retained me was Rita T
24    Allee, A-L-L-E-E.
25         Q.    Is that the only case you gave deposition
```

52