**Trial and Deposition Testimony of Steven M. Day, PhD**  June 13, 2008

**Trial Testimony**

| | |
|---|---|
| December 21, 2006<br>D | Derrick Loftis, et al. v. The United States of America<br>United States District Court for the District of Maryland, Greenbelt Division<br>Neil White (United States Department of Justice, Baltimore, MD) |
| November 15, 2006<br>D | Aykera Bernstine, et al. v. Thomas Steckel, MD, et al.<br>Superior Court of the State of California in and for the County of Solano, California<br>David R Lucchese (Galloway, Lucchese, Everson & Picchi) |
| August 8, 2006<br>P or D?<br>(divorce case) | Michael F. Boma v. Nolie Boma<br>Superior Court for the State of Alaska, Fourth Judicial District at Fairbanks, Alaskau<br>Rita T. Allee (Law Office of Rita T. Allee, Fairbanks, AK) |
| July 17, 2006<br>D | Alexis Hayes, et al. v. Childrens Hospital, et al.<br>Court of Common Pleas, Franklin County, Ohio<br>Peter Van Ligten (Arnold, Todaro & Welch, Columbus, OH) |
| June 13, 2006<br>D | Paul Hashim v. Kern America<br>Superior Court of California, County of Kern, California<br>Anthony A. DiMonte (The Law Offices of Virgil L. Roth, PC, Pasadena, CA) |
| February 20, 2006<br>D | Tracy Herbert, et al. v. Kamar Adeleke, MD, et al.<br>United States District Court for the Eastern District of Pennsylvania<br>Lorenza Wolhar (Marshall, Dennehey, Warner, Coleman & Goggin, Wilmington, DE) |
| February 1, 2006<br>D | Fred Schubert v. Crossroads Mental Health Services, Inc., et al.<br>Circuit Court of Taylor County, Wisconsin<br>Peter Farb (Stilp & Cotton, Appleton, WI) |
| July 19, 2005<br>D | Vincent v. Jonathan H. Bates, MD et al.<br>District Court of Minnesota, Anoka County<br>J. Richard Bland (Meagher & Geer, Minneapolis, MN) |
| April 25, 2005<br>P | Monske v. Banner Health Care<br>Superior Court of Arizona, in and for the County of Maricopa<br>Jim Vieh (Campana, Vieh & Loeb, AZ) |
| October 19, 2004<br>D | Misty Campbell v. Mary Ann Dean-Onayemi, MD, et al.<br>Circuit Court of Cook County, Illinois<br>Scott Rendleman (Pretzel & Stouffer, IL) |

| | |
|---|---|
| January 21, 2004<br>D | Emily R. Collen et al. v. Michael G. McHenry, MD et al.<br>Circuit Court of Brown County, Wisconsin<br>Patrick F. Koenen (Hinshaw & Culbertson, WI) |
| May 5, 2003<br>D | James F. Bowman, et al. v. United States of America, et al.<br>United States District Court for the Western District of Texas, San Antonio Division<br>James Gilligan (United States Department of Justice, TX) |
| January 29, 2003<br>D | Grove v. Hershey Medical Center, et al.<br>Court of Common Pleas of Dauphin County, Harrisburg, PA<br>Daniel L. Grill (Thomas, Thomas & Hafer LLP; Harrisburg, PA) |
| January 15, 2003<br>D | Hicks v. Home Select, et al.<br>Superior Court of Arizona, Maricopa County<br>Michael Carter (Doyle, Berman & Boyack; Phoenix, AZ) |

**Depositions**

| | |
|---|---|
| June 11, 2008<br>P | Martha Hall v. Progressive Rehab Network LTD.<br>Circuit Court for the County of Wanye, Michigan<br>Chirstopher J. Keane (The Keane Law Firm, MI) |
| April 17, 2008<br>D | Cody Curtis v. Ingham Regional Medical Center<br>(Court?) of Michigan<br>Robert M Wyngaarden (Johnson & Wyngaarden, MI) |
| March 27, 2008<br>D | Elia v. Cleveland Clinic Foundation<br>Cuyahoga County Common Pleas, Ohio<br>Joseph A Farchione (Sutter, O'Connell & Farchione, OH) |
| January 9, 2008<br>D | Gregory Johnson and Kimberly Johnson v. United States of America<br>United States District Court for the District of Alaska at Anchorage<br>Susan J Lindquist (United States Department of Justice, Anchorage, AK) |
| December 18, 2007<br>D | Jeff E Waters and Jennifer v. United States of America<br>United States District Court for the District of South Carolina<br>John H Douglas (United States Department of Justice, Charleston, SC) |
| December 17, 2007<br>P | Logan v. Oakwood Hospital<br>Circuit Court for the County of Wayne, Michigan<br>Chirstopher J. Keane (The Keane Law Firm, MI) |
| December 4, 2007<br>D | Melissa Cox et al. v. Radiology & Imaging Services, et al.<br>State of Ohio, County of Summit<br>Marilena DiSilvio (Reminger & Reminger) |

| | |
|---|---|
| November 13, 2007<br>D | Eva Borja Liberato v. S. David Demorest, et al.<br>Circuit Court of Cook County, Illinois<br>TC Hosna (Hall, Prangle & Schoonveld) |
| October 29, 2007<br>P | Levi Foot and Autumn Foot v. Mountain Star Healthcare, et al.<br>Fourth Judicial District Court, Utah County, State of Utah<br>Charles Thronson (Parsons, Behle & Latimer) |
| August 17, 2007<br>D | Catherine Jane Johnson Kesterson et al. v. Walter Jarrett et al.<br>State Court of Clarke County, State of Georgia<br>Andrew Marshall (Begnaud & Marshall, Athens, Georgia) |
| August 8, 2007<br>P | Donald Gene Corson et al. v. Albany County Hospital District et al.<br>United States District Court, District of Wyoming<br>Larry Grubbs (Lynaugh, Fitzgerald, Eiselein & Grubbs, Billings, Montana) |
| August 1, 2007<br>D | Catherine Jane Johnson Kesterson et al. v. Walter Jarrett et al.<br>State Court of Clarke County, State of Georgia<br>Andrew Marshall (Begnaud & Marshall, Athens, Georgia) |
| July 25, 2007<br>D | Alain Arias et al. v. Harry Alexandre et al.<br>Circuit Court of the 11th Judicial Circuit, Dade County, Florida<br>James Murphy (Green, Murphy & Murphy, Fort Lauderdale, FL) |
| July 24, 2007<br>D | Jennifer Mikalauskas v. Advocate Health and Hospital Corporation et al.<br>Circuit Court of Cook County, Illinois<br>Anne Scrivner Kuban (Barker & Castro, Chicago, IL) |
| July 18, 2007<br>D | David Carlton Madison, Jr. v. Titanium Metals Corporation, et al.<br>District Court of Clark County, Nevada<br>Brian Terry (Thorndall Armstrong Delk Balkenbush & Eisinger, Las Vegas, NV) |
| June 19, 2007<br>D | Nancy Lozoya v. Lovelace Sandia Health Systems, Inc.<br>Second Judicial District Court, State of New Mexico<br>Ellen Thorne Skrak (Rodey, Dickason, Sloan, Akin & Rob, Albuquerque, NM) |
| May 17, 2007<br>D | Patricia Marie High v. Richard Hayes, et al.<br>Superior Court of North Carolina, Wake County Division<br>O. Drew Grice, Jr. (Walker, Allen, Grice, Ammons & Foy, Goldsboro, NC) |
| May 15, 2007<br>D | Carol Delgado, individually, and Ana Elena Cochran, individually v. Diebold, Inc.<br>District Court of Clark County, Nevada<br>Brian K Terry (Thorndal, Armstrong, Delk, Balkenbush & Eisinger, Las Vegas, NV) |
| April 25, 2007<br>D | James Talbott v. Carson-Tahoe Hospital, et al.<br>First Judicial District Court of the State of Nevada in and for Carson City<br>Margo Piscevich (Piscevich & Fenner, Reno, NV) |

Exhibit D

April 17, 2007          Carol Delgado, et al. v. David Borysewich, et al.
D                       District Court of Clark County, Nevada
                        Brian Terry (Thorndal, Armstrong, Las Vegas, NV)

April 11, 2007          Marel Trujillo v. Florida Power & Light Company
D                       Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL
                        Kimberly A. Cook (Abadin Jaramillo Cook & Heffernan, Miami, FL)

March 26, 2007          Dion V. Archie-Darling, et al. v. Grant/Riverside Methodist Hospitals, et al.
D                       Franklin County court of Common Pleas
                        John F. Birath, Jr. (Bricker & Eckler, Columbus, OH)

March 13, 2007          Martin Luther Oren v. County of Santa Clara, et al.
D                       United States District court of California – San Jose Division
                        Thomas E. Still (Hinshaw, Draa, Marsh, Still & Hinshaw, Saratoga, CA)

January 30, 2007        Luz Mayea and Paola Guerrero et al. v. The University of Miami, et. al.
D                       Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL
                        Marco A. Salazar (Hardeman & Associates, P.A., Miami, FL)

January 23, 2007        Travis Caudle, et al., v. Providence Health System, et al.
D                       Superior Court of the State of Alaska, Third Judicial District
                        Howard A. Lazar (Delaney, Wiles, Hayes, et al., Anchorage, AK)

January 11, 2007        Michael Casper, et al. v. American International South Insurance Co., et al.
D                       Circuit Court of Milwaukee County, State of Wisconsin
                        Robert J. Lauer (Kasdorf, Lewis & Swietlik, Milwaukee, WI)

December 13, 2006       Kristine O'Neill et al. v. Joseph Watson, MD, et al.
D                       District Court of Clark County, Nevada
                        Kenneth M. Webster (Hall, Prangle & Schoonveld, LLC, Las Vegas, NV)

November 21, 2006       Vivian McKeehan v. Mir Tariq Riaz, et al.
D                       Superior Court of the State of California in and for the County of Sacramento, California
                        Phillip R Bonotto (Rushford & Bonotto, LLP)

November 16, 2006       Justin Allin Rowe, et al. v. Kaiser Foundation Health Plan, Inc. et al.
D                       Superior Court of California for the County of Riverside-Central
                        John Paul Glowacki (Reback, McAndrews & Kjar, LLP)

November 10, 2006       Gregory P. Crom et al. v. The Columbia St. Mary's Hospital, et al.
D                       Circuit Court of Wisconsin, County of Milwaukee
                        Donald R Peterson (Peterson, Johnson & Murray, SC)

November 8, 2006        Luz Mayea, et al. v. The University of Miami, et al.
D                       Circuit Court of the Eleventh Judicial Circuit, in and for Dade County, Florida
                        Carolyn Anderson (Abadin, Jamarillo, Cook & Hefferan, P.A.)                Exhibit D

| Date | Case |
|---|---|
| October 19, 2006<br>P | Bonafede v. Dartmouth Hitchcock Medical Center<br>New Hampshire<br>Heather M Burns (Upton & Hatfield, LLP) |
| August 23, 2006<br>D | Aykera Bernstine, et al. v. Thomas Steckel, MD, et al.<br>Superior Court of the State of California in and for the County of Solano, California<br>W. David Corrick (La Follette, Johnson, De Haas, Fesler & Ames, Sacramento, CA) |
| July 28, 2006<br>D? | Amy Richards, et al., v. Crawford Long, MD, et al.<br>State Court of Fulton County, Georgia<br>Pat M. Anagnostakis (Sommers, Scrudder & Bass, Atlanta, GA) |
| May 16, 2006<br>D | Russell McGowen et al. v. Randal Vinther, MD<br>District Court of Nacogdoches County, Texas<br>D. Wayne Clawater (Cruse, Scott, Henderson & Allen, Houston, TX) |
| April 4, 2006<br>D | Allen Hudson et al. v. Dimensions Health Corporation, et al.<br>Circuit Court for Prince George's County<br>Phillip R. Zuber (Sasscer, Clagett & Bucher, Upper Marlboro, MD) |
| March 16, 2006<br>D | Alex Rogers et al. v. Evan K. Saunders, MD<br>Circuit Court of Washington County, Wisconsin<br>Robert L. McCracken (Nash, Spindler, Grimstad & McCracken, Manitowoc, WI) |
| February 24, 2006<br>D | Leslie Richter et al. v. G. Sam Wilson, MD<br>Second Judicial District Court of Davis County, Utah<br>Philip R. Fishler (Strong & Hanni, Salt Lake City, UT) |
| January 25, 2006<br>D | Fred Schubert v. Crossroads Mental Health Services, Inc., et al.<br>Circuit Court of Taylor County, Wisconsin<br>Peter Farb (Stilp & Cotton, Appleton, WI) |
| January 20, 2006<br>D | Tiffany Knox et al. v. Christie Emuobo Obukofe, et al.<br>District Court of Harris County, Texas<br>Lee Thibodeaux (Fulbright & Jaworski, Houston, TX) |
| January 18, 2006<br>D | Alexis Hayes, et al., v. Childrens Hospital, et al.<br>Court of Common Pleas of Franklin County, Ohio<br>Peter Van Ligten (Arnold Todaro & Welch) |
| November 11, 2005<br>D | Nicholas Andrew Cowles ppa, et al. v. Peter J. Doegler, MD, et al.<br>Superior Court of the Judicial District of Hartford, Connecticut<br>Russell A. Green (Carmody & Torrence, Waterbury, CT) |
| November 10, 2005<br>D | Jacob Smotherman v. St. Joseph Mercy Hospital<br>(Court?) Oakland, Michigan<br>Verlin R. Nafziger (Johnson & Wyngaarden, MI) |

Exhibit D

October 25, 2005     John M. Honisch, et al. v. The Medical Protective Company, et al.
P     Circuit Court of Milwaukee County, Wisconsin
    Lynn R. Laufenberg (Laufenberg & Hoefle, WI)

October 4, 2005     Edward Orlich, Jr. v. Luis Ugarte, MD et al.
D     The Circuit Court of Cook County, Illinois, Law division - Fifth district
    Justin Relihan (Johnson & Bell, Chicago, IL)

September 20, 2005     Michael T. Reece v. Palace Station Hotel & Casino, inc.
D     District Court of Clark County, Nevada
    Brian K. Terry (Thorndal, Armstrong, Delk, Balkenbush & Eisinger, NV)

September 6, 2005     Karin Coppernoll, et al. v. Eastside Midwives, et al.
D     Superior Court of the State of Washington in and for the County of King, Washington
    Elizabeth McAmis (Williams, Kastner & Gibbs, WA)

August 31, 2005     Daniel Kuffer v. Mount Clemens General Hospital, et al.
P     Circuit Court for the County of Macomb, Michigan
    Chirstopher J. Keane (The Keane Law Firm, MI)

August 17, 2005     Marcia Saladin, et al. v. University of Miami et al.
D     Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida
    Helenmarie M. Blake (Fowler White Burnett, FL)

August 15, 2005     Nicholas Andrew Cowles ppa, et al. v. Peter J. Doegler, MD, et al.
D     Superior Court of the Judicial District of Hartford, Connecticut
    Russell A. Green (Carmody & Torrence, Waterbury, CT)

July 1, 2005     Edward Orlich, Jr. v. Luis Ugarte, MD et al.
D     The Circuit Court of Cook County, Illinois, Law division - Fifth district
    Justin Relihan (Johnson & Bell, Chicago, IL)

June 21, 2005     Emma Burbridge v. Daughters of Charity Health Services of Austin
D     District Court of Travis County, Texas, 200th Judicial District
    Paige A. Lueking (Cooper & Scully; Dallas, TX)

May 10, 2005     Anne F. Todd v. Robert French, MD, et al.
D     Superior Court of The District of Columbia, Civil Division
    Dana Orquiza (Wilson, Elser, Moskowitz, Edelman & Dicker; Washington, DC)

March 29, 2005     Derrick Loftis, et al. v. The United States of America
D     United States District Court for the District of Maryland, Greenbelt Division
    Neil White (United States Department of Justice, Baltimore, MD)

March 2, 2005     Donald Mattson v. Regent Insurance Company, et al.
D     Circuit Court of Marathon County, Wisconsin
    Arthur Simpson (Simpson & Deardorff, Milwaukee, WI)     Exhibit D

| | |
|---|---|
| February 28, 2005<br>D | Berto Valdes and Juana Valdes v. The University of Miami et al.<br>Circuit Court of the 11th Judicial Court in and for Miami-Dade County, Florida<br>Kimberly A. Cook (Abadin Jaramillo Cook & Heffernan, Miami, FL) |
| February 9, 2005<br>D | Howard Rudnick et al. v. The Children's Hospital, et al.<br>District Court of City and County of Denver, Colorado<br>Kathleen M. Shea (Martin Conklin, Denver, CO) |
| February 2, 2005<br>D | Rosa Rendon, et al. v. Daphne Rommereim-Madden, MD, et al.<br>District Court of Weld County, Colorado<br>Kurt Bohn (United States Department of Justice, Denver, CO) |
| December 29, 2004<br>D | Devin Scott Viverette, et. al. v. Jennifer Wells Orr, MD, et. al.<br>North Carolina<br>O. Drew Grice, Jr. (Walker, Clark, Allen, Grice & Ammons, Goldsboro, NC) |
| December 21, 2004<br>P | Carlos A. Pachas et al. v. Valley Health System et al.<br>District Court of Clark County, Nevada<br>Barbara I. Johnston (Gage & Gage; Las Vegas, NV) |
| December 1, 2004<br>D | Washington v. Gerard, et. al.<br>Circuit Court, Milwaukee County, Wisconsin<br>Monica L. Walrath (Leib & Katt; Milwaukee, Wisconsin) |
| October 22, 2003<br>D | Roy Landry v. United Agri-Products<br>Louisiana<br>Lawrence J. Duplass (Duplass, Zwain, Bourgeois & Morton, Metairie, LA) |
| September 30, 2004<br>D | Carlton v. Doctors Medical Center-San Pablo<br>Contra Costa Superior Court, Martinez, California<br>Charles "Scott" Nichols (Dummit, Briegleb, Boyce & Buchholz; San Francisco, CA) |
| September 24, 2004<br>P | Monske v. Banner Health et al.<br>Superior Court of Arizona, in and for the County of Maricopa<br>James E. Vieh (Campana, Vieh & Loeb, AZ) |
| September 21, 2004<br>D | Doris Kay Hicks v. The United States of America<br>United States District Court for the District of Colorado<br>Kurt Bohn (United States Department of Justice, CO) |
| September 9, 2004<br>D? | Garrison D. Shepherd et al. v. Deborah Levich, MD, et al.<br>State Court of Fulton County, Georgia<br>Richard G. Tisinger (Law Offices of Tisinger, Tisinger, Vance & Greer, GA) |

Exhibit D

| | |
|---|---|
| August 31, 2004<br>P | Russell D. Verner et al. v. Columbia Hospital et al.<br>District Court of Dallas County, Texas, 101st Judicial District<br>John David Hart (Law Offices of John David Hart, TX) |
| June 30, 2004<br>D | Derek Van Voris et al. v. United States of America<br>United States District Court for the Western District of Texas, El Paso Division<br>Johnny Sutton (United States Department of Justice, TX) |
| June 29, 2004<br>D | Corey Cannon et al. v. Grant Medical Center, et al.<br>Court of Common Pleas of Franklin County, Ohio<br>David C. Levine (Baker & Hostetler, OH) |
| May 4, 2004<br>D | Misty Campbell v. Mary Ann Dean-Onayemi, MD, et al.<br>Circuit Court of Cook County, Illinois<br>Paula Besler (Pretzel & Stouffer, IL) |
| April 6, 2004<br>D | Sydney Elizabeth Reich, PPA, et. al. v. Seonard Lippman, et. al.<br>Superior Court Complex Litigation Docket at Waterbury, Connecticut<br>Robert E. Kiley (Danaher, Lagnese & Neal, CT) |
| March 25, 2004<br>D | Lovisa Gamble, et al. v. Kaiser Foundation Health Plan of the Mid-Atlantic States, et al.<br>Superior Court for the District of Columbia<br>Susan B. Boyce (Armstrong, Donohue, Ceppos & Vaughan, MD) |
| March 22, 2004<br>D | Brittany Lynn Carr, et al. v. Estate of A. Robert Marks, MD, et al.<br>United States District Court for the Northern District of West Virginia<br>David Z. Myerberg (Jackson Kelly, WV) |
| March 9, 2004<br>? | Naranjo v. Lutheran General Hospital, et al.<br>Circuit Court of Cook County, Illinois<br>Charles Bletsas (Anderson, Bennett & Partners) |
| February 17, 2004<br>D | Sandra Dominguez et al. v. United States of America<br>United States District Court for the Western District of Texas,<br>San Antonio Division<br>Jim Jennings (United States Department of Justice, TX) |
| February 9, 2004<br>D | Sephanie M. Croston et al. v. Ila Shah, MD, et al.<br>Circuit Court for Charles County, Maryland<br>Eric Rhodes (Armstrong, Donohue, Ceppos & Vaughan, MD) |
| December 23, 2003<br>D | Emily R. Collen et al. v. Michael G. McHenry, MD, et al.<br>Circuit Court of Brown County, Wisconsin<br>Patrick F. Koenen (Hinshaw & Culbertson, WI) |

November 6, 2003   Evelyn Arkebauer v. Stanley Friedell, MD, et al.
D                 Circuit Court of Cook County, Illinois
                  Dan Rowin (Pugh, Jones & Johnson, IL)

October 22, 2003   Jasper Lanado v. Christus Spohn Health System et al.
D                  District court of Nueces County, Texas
                   John Langley (Donnell & Abernathy)

October 21, 2003   Jo Ann Carbonara v. John T. Fitzgerald, MD et al.
P                  Circuit court of Cook County, Illinois
                   William Cirignani (Cirignani & Heller, IL)

September 22, 2003   Allison Hope Winkler et al. v. Eliseo H. Paulino, MD et al.
D                    United States District Court for the Southern District of Maryland, Northern Division
                     Larry Ceppos (Armstrong, Donahue, Ceppos & Vaughan, MD)

September 19, 2003   Monica Lopez v. United States of America, et al.
D                    United States District Court for the Southern District of Florida
                     Marlene Rodriguez (United States Department of Justice, FL)

August 18, 2003   Osbaldo Mejia, etc., et al., v. Manheim Auctions et al.
D                 Circuit Court of the 11th Judicial Circuit, Miami-Dade County, Forida
                  Walter G. Latimer (Marlow, Connell, Valerius, Abrams, Adler & Newman)

May 23, 2003   Michelle Ball and Leo Ball v. Rockford Health System et al.
D              Circuit Court of The 17th Judicial Circuit, Winnebago County, Illinois
               David P. Faulkner (Faulkner & Jensen, LLC)

April 29, 2003   Cynthia Holmes Cooper, et al., v. Dimensions Health Corporation, et al.
D                Circuit Court of Maryland in and for Prince George's County, Maryland
                 Phillip R. Zuber (Sasscer, Clagett & Bucher, MD)

March 27, 2003   Anthony Phillips v. Robert Rhodes MD et al.
D                District Court of Lancaster County, Nebraska
                 Mark Christensen (Cline, Williams, Wright, Johnson & Oldfather, LLP)

March 25, 2003   Sixten Helm Kurz et al. v. Holy Cross Hospital et al.
D                Circuit Court for Prince George's County, Maryland
                 Pamela Kincheloe (Armstrong, Donohue, Ceppos & Vaughan; Rockville, MD)

March 20, 2003   Ballou, et al. v. Marriott Hotel & Resort Corporation, et al.
D                Orange County Superior Court, California
                 Regis A. Guerin (Lewis Brisbois Bisgaard & Smith; Los Angeles, CA)

March 11, 2003   Blanche Hullum v. Jay Pinkerton, MD, et al.
D                Court of Common Pleas, Cuyahoga County, Ohio
                 Kevin Norchi (Norchi and Associates; Beachwood, OH)                 Exhibit D

| | |
|---|---|
| October 31, 2002<br>D | Simpson v. Baptist Healthcare System, et. al.<br>Jefferson Circuit Court, Commonwealth of Kentucky<br>Kennedy Simpson (Thomson, Miller & Simpson; Louisville, KY) |
| October 22, 2002<br>D | Hicks v. Home Select, et al.<br>Superior Court of Arizona, Maricopa County<br>Michael Carter (Doyle, Berman & Boyack; Phoenix AZ) |
| September 26, 2002<br>P | Austin v. Oglesbay, et al.<br>United States Disctrict Court, District of Shawnee<br>John D. Tongier (Strausbaugh & Tongier; Overland Park, KS) |
| August 9, 2002<br>P | Underwood v. Boyer et al.<br>Superior Court of North Carolina, Buncombe County<br>Frederick S. Barbour (McGuire, Wood & Bissette; Asheville, NC) |
| June 5, 2002<br>D | Lopez, et al. v. Victorian Medical Consultants<br>Circuit Court of 11th Judicial Circuit in Florida, Dade County<br>Naomi A. Zimmerman (Mintzer Sarowitz Zeris Ledva & Meyers; Coral Gables, FL) |

Exhibit D