Ray R. Brown
DILLON & FINDLEY, P.C.
1049 W. 5th Avenue, Suite 100
Anchorage, AK  99501
Phone 277-5400
Fax   277-9896

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| GREGORY JOHNSON and KIMBERLY JOHNSON, individually and on behalf of their minor children, MADISON JOHNSON and ALEXANDER JOHNSON,<br><br>        Plaintiffs,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-CV-00120-RRB |

**PLAINTIFFS' FOURTH SET OF DISCOVERY REQUESTS TO DEFENDANT**

COME plaintiffs, through counsel, Dillon & Findley, P.C., and pursuant to Federal Rules 26, 33, and 34 of the Federal Rules of Civil Procedure, submit the following requests for production and interrogatories to defendant United States of America, to be answered in writing, under oath, within thirty (30) days from the date of service herein.

Gregory Johnson, et al. v. USA, et al.
Case No. 3:06-CV-00120-RRB
PLAINTIFFS' FOURTH SET OF DISCOVERY REQUESTS TO DEFENDANT
Page 1 of 10

Exhibit E
Page 1 of 3

person originating the document, and of the person or persons to whom the document or any copies thereof were addressed, given or sent, and, if not otherwise in evidence, the relationship of all such persons to you; and

b) State whether you are in possession of the original document or a copy thereof, and, if not in possession of the original, furnish the name, address, telephone number, place of employment, occupation and current whereabouts of the custodian of the original.

The word "identify," in reference to a person, means furnish the name of the person, together with his or her address, telephone number, place of employment, occupation and current whereabouts.

**Person**

The word "person" means all entities, including any individual, firm, partnership, joint venture, corporation, association or other business enterprise.

## INTERROGATORIES

**INTERROGATORY NO. 13:** Please identify the basis for compensation and the amounts of compensation, including earnings, bonuses and benefits, over the past 5 years Dr. Steven Day has received from his work with Strauss & Shavelle, Inc.

Gregory Johnson, et al. v. USA, et al.
Case No. 3:06-CV-00120-RRB
PLAINTIFFS' FOURTH SET OF DISCOVERY REQUESTS TO DEFENDANT
Page 7 of 10

Exhibit E

Page 2 of 3

**ANSWER:**

**REQUESTS FOR PRODUCTION**

**REQUEST FOR PRODUCTION NO. 32:** Please provide a copy of any and all W-2's and 1099's showing all amounts paid to Dr. Steven Day for the past 5 years and any other documents that reflect compensation Dr. Day received from Strauss & Shavelle, Inc.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 33:** Please produce copies of any and all contracts between Dr. Steven Day and Strauss & Shavelle, Inc.

**RESPONSE:**

DATED this 11th day of January 2008, at Anchorage, Alaska.

                              DILLON & FINDLEY, P.C.
                              Attorneys for Plaintiffs

By: s/Ray R. Brown
    Ray R. Brown, ABA No. 8206012
    1049 W. 5th Avenue, Suite 100
    Anchorage, Alaska 99501
    Phone: 277-5400
    Fax:   277-9896
    Email: ray@dillonfindley.com

Gregory Johnson, et al. v. USA, et al.
Case No. 3:06-CV-00120-RRB
PLAINTIFFS' FOURTH SET OF DISCOVERY REQUESTS TO DEFENDANT
Page 8 of 10

Exhibit E

Page 3 of 3