Ray R. Brown
DILLON & FINDLEY, P.C.
1049 W. 5th Avenue, Suite 100
Anchorage, AK  99501
Phone 277-5400
Fax   277-9896

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

```
GREGORY JOHNSON and KIMBERLY   )
JOHNSON, individually and      )
on behalf of their minor       )
children, MADISON JOHNSON and  )
ALEXANDER JOHNSON,             )
                               )
               Plaintiffs,     )
vs.                            )
                               )
UNITED STATES OF AMERICA,      )
                               )
               Defendant.      )
_____)   Case No. 3:06-CV-00120-RRB
```

**STIPULATION FOR EXTENSION OF DEADLINES**

COME the parties and move the court for a stipulated order extending the deadlines in this matter as requested below:

Dispositive Motions and Motions In Limine:  Extended from **6/20/08** to **7/3/08.**

Plaintiffs' Reply to United States' Response In Opposition to Johnsons' Motion to Compel Production of Dr. Steven Day's Financial Information:  Extended from **6/20/08** to **6/27/08**.

RESPECTFULLY SUBMITTED this 19th day of June 2008, at Anchorage, Alaska.

```
                              DILLON & FINDLEY, P.C.
                              Attorneys for Plaintiffs


                              By: s/Ray R. Brown
                                  Ray R. Brown, ABA No. 8206012
                                  1049 W. 5th Avenue, Suite 100
                                  Anchorage, Alaska  99501
                                  Phone:  277-5400
                                  Fax:    277-9896
                                  Email:  ray@dillonfindley.com



                              NELSON P. COHEN
                              United States Attorney


                              By: s/Susan J. Lindquist (consent)
                                  Assistant U.S. Attorney
                                  222 W. 7th Ave., #9, Rm. 253
                                  Anchorage, AK  99513-7567
                                  Phone: 271-3378
                                  Fax:   271-2344
                                  Email: susan.lindquist@usdoj.gov
                                  ABA No. 9008053
```