Ray R. Brown
DILLON & FINDLEY, P.C.
1049 W. 5th Avenue, Suite 100
Anchorage, AK  99501
Phone 277-5400
Fax   277-9896

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| GREGORY JOHNSON and KIMBERLY JOHNSON, individually and on behalf of their minor children, MADISON JOHNSON and ALEXANDER JOHNSON,<br><br>        Plaintiffs,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant.<br>_____ | <br><br><br><br><br><br>**[PROPOSED]**<br>**ORDER GRANTING STIPULATION**<br><br><br><br><br>Case No. 3:06-CV-00120-RRB |

Having reviewed said Stipulation for Extension of Deadlines,

IT IS HEREBY ORDERED that the following deadlines are extended as follows:

Dispositive Motions and Motions In Limine: **7/3/08.**

Gregory Johnson, et al. v. USA, et al.
Case No. 3:06-CV-00120-RRB
ORDER GRANTING STIPULATION
Page 1 of 2

Plaintiffs' Reply to United States' Response In Opposition to Johnsons' Motion to Compel Production of Dr. Steven Day's Financial Information:  **6/27/08.**

DATED:_____    _____
　　　　　　　　　　　　　　The Honorable Ralph B. Beistline
　　　　　　　　　　　　　　United States District Court Judge