Ray R. Brown
DILLON & FINDLEY, P.C.
1049 W. 5th Avenue, Suite 100
Anchorage, AK  99501
Phone 277-5400
Fax   277-9896

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

GREGORY JOHNSON and KIMBERLY )
JOHNSON, individually and )
on behalf of their minor )
children, MADISON JOHNSON and )
ALEXANDER JOHNSON, )
                              )
           Plaintiffs, )
vs.                           )        **ORDER GRANTING STIPULATION**
                              )
UNITED STATES OF AMERICA,     )
                              )
           Defendant.         )
_____)        Case No. 3:06-CV-00120-RRB

Having reviewed said Stipulation for Extension of Deadlines,

IT IS HEREBY ORDERED that the following deadlines are extended as follows:

Dispositive Motions and Motions In Limine:  **7/3/08.**

Gregory Johnson, et al. v. USA, et al.
Case No. 3:06-CV-00120-RRB
ORDER GRANTING STIPULATION
Page 1 of 2

Plaintiffs' Reply to United States' Response In Opposition to Johnsons' Motion to Compel Production of Dr. Steven Day's Financial Information: 6/27/08.

DATED: 6/20/08                    S/RRB
                                  The Honorable Ralph B. Beistline
                                  United States District Court Judge

Gregory Johnson, et al. v. USA, et al.
Case No. 3:06-CV-00120-RRB
ORDER GRANTING STIPULATION
Page 2 of 2