**TABLE OF CONTENTS TO EXHIBITS**

A)   Declaration of Steven Day, Ph.D., dated 6/13/08.

B)   United States' Answers to Plaintiffs' Fourth Request for Interrogatories and Production, dated 2/6/08.

C)   Deposition Excerpt of Steven Day, Ph.D., dated 11/10/05, *Smotherman v. Schuchman*.

D)   Deposition Excerpt of Steven Day, Ph.D., dated 3/27/02, *Phillips v. Rhodes*.

E)   Deposition Excerpt of Steven Day, Ph.D., dated 1/20/06, *Knox v. Obukofe*.

F)   Deposition Excerpt of Steven Day, Ph.D., dated 2/17/04, *Dominguez v. U.S.*

G)   *Spencer v. U.S.*, 2003 WL 23484640 (D. Kan. 2003).

H)   Deposition Excerpt of David Strauss, Ph.D., dated 12/4/00, *Freeland v. U.S.*

I)   Deposition Excerpt of Steven Day, Ph.D., dated 8/18/03, *Mejia v. Manheim Auctions Government Services, Inc.*

J)   Deposition Excerpt of Steven Day, Ph.D., dated 2/9/04, *Croston v. Shah*.

K)   Deposition Excerpt of Steven Day, Ph.D., dated 5/4/04, *Campbell v. Dean-Onayemi*.

L)   Deposition Excerpt of Steven Day, Ph.D., dated 10/19/04, *Campbell v. Rush-Prudential HMO, Inc., et al.*

M)   Deposition Excerpts of Steven Day, Ph.D., dated 1/9/08, *Johnson v. U.S.*

N)   Deposition Excerpts of Steven Day, Ph.D., dated 3/25/04, *Gamble v. Kaiser Foundation Health Plan of the Mid-Atlantic States, et al.*

Gregory Johnson, et al. v. USA, et al.
Case No. 3:06-CV-00120-RRB
TABLE OF CONTENTS FOR PLAINTIFFS' REPLY TO OPPOSITION TO MOTION TO COMPEL PRODUCTION OF DR. STEVEN DAY'S FINANCIAL COMPENSATION INFORMATION