```
 1                    STATE OF MICHIGAN
 2       IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND
 3
 4   REBECCA SMOTHERMAN, as Next    )
     Friend of JACOB SMOTHERMAN,    )
 5   a minor,                       )
                                    )
 6                  Plaintiff,      )
                                    )
 7          vs.                     )  File No. 04-057929-NH
                                    )
 8   DOV SCHUCHMAN, M.D., et al.,   )
                                    )
 9                  Defendants.     )
                                    )
10
11
12
13
14
15        VIDEOTAPED DEPOSITION OF STEVEN M. DAY, Ph.D.
16                   Los Angeles, California
17                  Thursday, November 10, 2005
18
19
20
21
22
23
     Reported by:
24   REBECCA CORRAL
     CSR No. 7021
25   Job No. 94159/914897
```

CERTIFIED COPY

```
16:59:18   1   all how many, but I think it might be as many as 50.  It
           2   could be even a little more than that.
           3       Q   Okay.  Now, has that increased over the last
           4   year or is that the average for the last two years?
           5       A   I know that it was more than in 2002, which was
           6   the first year that I did any kind of medical-legal
           7   consulting.  And I don't know about whether it was more
           8   than last year or not.  I'm not sure about that.
           9       Q   Okay.  So let's just talk about the last year,
16:59:36  10   calendar year.  What percent of your income is from this
          11   medical-legal consulting?
          12       A   Well, it is difficult for me to determine that,
          13   but I can tell you that all of my earned income, with
          14   some very, very small exceptions of stipends I may have
.6:59:56  15   got for presentations, all of my -- the bulk, 99 percent
          16   of my income derives from Strauss & Shavelle,
          17   Incorporated.
          18           And they do, in addition -- as I stated before,
          19   in addition to medical-legal work, we do other kinds of
17:00:10  20   consulting there, and I have been told by them that it
          21   is about 90 percent medical-legal, but the other 10
          22   percent and how much of it I am earning, I really can't
          23   say.  I don't know exactly how my own income breaks down
          24   that way.
17:00:26  25       Q   From the beginning of doing work with lawyers,
```