IN THE DISTRICT COURT OF LANCASTER

COUNTY OF NEBRASKA

ANTHONY PHILLIPS, a Minor by )
and through HEATHER PHILLIPS, )
his mother and next friend, )
)
Plaintiff, )
)
vs. ) No. CI 01 2780
)
ROBERT RHODES, M.D. ST. )
ELIZABETH PHYSICIANS NETWORK, )
dba FAMILY HEALTH PHYSICIANS, )
)
Defendant. )

DEPOSITION OF STEVEN DAY, Ph.D.

Burlingame, California

Thursday, March 27, 2002

Reported by:
KELLI COMBS
CSR No. 7705
Job No. 41509

EXHIBIT D
PAGE 1 of 5

11

```
 1      A    Yes.
 2      Q    What do you receive?
 3      A    I receive an annual salary.
 4      Q    An annual salary?
 5      A    Yes.
 6      Q    Did you --
 7           Was your working relationship with Strauss &
 8  Shavelle the same in the year 2002 as it is today?  In
 9  terms of independent contractor status, et cetera?
10      A    Yes.  Yes.
11      Q    And you received an annual salary in 2002?
12      A    Yes.
13      Q    Did you get a 1099 form at the end of the year
14  or W-2?
15      A    Yes, I did, 1099.
16      Q    And does your work -- strike that.
17           Does your remuneration, is that affected at
18  all by the number of reviews that you perform a year for
19  them?
20      A    No.
21      Q    How about the number of times you testify in
22  court?
23      A    No.
24      Q    So if you were working in your office doing
25  research for them 52 weeks out of the year 2002, you
```



EXHIBIT D
PAGE 2 of 5

12

1  would have gotten X salary, correct?
2     A   Yes.  I should clarify.  I do get a bonus at
3  the end of the year, a small bonus that's tied to how
4  much their company, Strauss & Shavelle, would take in
5  for that entire year, and so it may be affected by the
6  number of things that I review or that they also review
7  during the year.
8     Q   Why is your time billed at $300 an hour for
9  certain of your work and $450 an hour for other of your
10 work if you're on a fixed salary?
11    A   I don't know.
12    Q   What is a fundoplication?
13    A   It's a procedure done to the stomach on a
14 person that helps to prevent aspiration.
15    Q   Do you know --
16    A   I should say it's outside my area of
17 expertise, but that's what it is.
18    Q   I'm going to mark your file as Exhibit 17 for
19 the deposition.  I'll mark your entire file as
20 Exhibit 17.
21        And then on the outside of your file, are
22 these your billing records for the work that you have
23 done in this case?
24    A   Yes.  Billing and other minor records, yes.
25    Q   Is that the way you normally keep your billing

99

```
 1      A    I have some opinion about the probabilities of
 2   how long she might live -- he might live, pardon me.
 3   But as to how long he will actually live when all is
 4   said and done, I cannot say.
 5      Q    And you have no opinion on that that you will
 6   tend to express to a reasonable degree of certainty; is
 7   that correct?
 8      A    Again, I have opinions as to the probability
 9   that he might live to certain ages, but as to how long
10   he will actually live and at what age he will die, I do
11   not intend to express an opinion as to the exact age he
12   will die.
13      Q    You do not intend to express an opinion as to
14   how long he will live or at what age he will die,
15   correct?
16      A    As to the exact age at which he will die,
17   that's correct.
18      Q    Other than providing -- strike that.
19           Other than providing opinions for insurance
20   companies and attorneys, what other services do you
21   personally provide for which compensation is received by
22   Dr. Strauss and Shavelle or their corporation?
23      A    For which compensation is received, the only
24   paid work that we do, mostly speaking for myself, is
25   medical/legal consulting.
```

EXHIBIT D
PAGE 4 of 5

100

```
 1      Q    So 100 percent of your work for which you
 2   receive compensation is medical/legal consulting,
 3   correct?
 4      A    For which Strauss & Shavelle receive
 5   compensation.  I received compensation for the research
 6   that I do for the Life Expectancy Project.
 7      Q    And -- but the Life Expectancy Project, does
 8   it receive compensation for things other than
 9   medical/legal work?
10      A    If I am part of it, then yes, it receives
11   compensation only from Strauss & Shavelle.
12      Q    I'm not trying to play a game.
13      A    Neither am I.
14      Q    You are under contract with Strauss &
15   Shavelle; is that correct?
16      A    We have some kind of contract, yes.
17      Q    I don't care if it's oral or written.  I'm not
18   trying to say there is a ten-page document, but you have
19   some type of an agreement?
20      A    Yes.  Yes.
21      Q    Do you provide any services for them, for
22   Strauss & Shavelle, for which compensation is received
23   by Strauss & Shavelle, other than medical/legal work?
24      A    No.
25      Q    Does Strauss & Shavelle, their corporation for
```



EXHIBIT D
PAGE 5 of 5