```
0001
 1                    CAUSE NO. 2002-65997
 2   TIFFANY KNOX and SHANNON    ) IN THE DISTRICT COURT OF
     WHITE, Individually and as  )
 3   Next Friends of JEREMIAH    )
     WHITE, a Minor,             )
 4              Plaintiffs,      )
                                 )
 5   VS.                         ) HARRIS COUNTY, T E X A S
                                 )
 6   CHRISTIE EMUOBO OBUKOFE,    )
     CHRISTUS ST. JOSEPH'S HEALTH)
 7   SYSTEM D/B/A CHRISTUS ST.   )
     JOSEPH'S MEDICAL CENTER D/B/A)
 8   CHRISTUS ST. JOSEPH HOSPITAL,)
     and MEDICAL STAFFING NETWORK,)
 9   INC. D/B/A MSN STAFFING, INC.)
     D/B/A NURSES PLUS D/B/A     )
10   CONTINUUM NURSING SERVICES  )
     D/B/A STAFF RELIEF D/B/A    )
11   STAFF RELIEF, INC. D/B/A    )
     STAFF RELIEF, INCORPORATED, )
12   AND JENNIFER FARRELL, R.N.  ) 269TH JUDICIAL DISTRICT
13
14
15         *******************************************
                    VIDEOTAPED ORAL DEPOSITION OF
16                       STEVEN M. DAY, Ph.D.
                          JANUARY 20, 2006
17         *******************************************
18
19
          ORAL AND VIDEOTAPED DEPOSITION of STEVEN M. DAY,
20   Ph.D., produced as a witness at the instance of
     Plaintiffs, and duly sworn, was taken in the
21   above-styled and numbered cause on Friday, the 20th day
     of January, 2006, from 10:27 a.m. to 12:50 p.m., before
22   Lesia J.P. Wagner, CSR in and for the State of Texas,
     recorded by machine shorthand, at the offices of
23   Fulbright & Jaworski L.L.P., 1301 McKinney, Suite 4800
     South, Houston, Texas, pursuant to the Texas Rules of
24   Civil Procedure and the provisions stated on the record
     or attached hereto; the deposition shall be read and
25   signed before any Notary Public.
```

EXHIBIT E
PAGE 1 of 4

```
008
 1        Q.  And then if you reach a certain threshold of
 2   income for Strauss & Shavelle, do you get extra money
 3   from them?
 4        A.  They do pay me at the end of the year a
 5   discretionary bonus and it can depend, to some degree,
 6   on the amount of billing, yes.
 7        Q.  Okay.  So the work you do for which -- well,
 8   strike that.
 9            What's the agreement with Strauss &
10   Shavelle as to what you'll do?
11        A.  What is the agreement as to what I will do?
12        Q.  In other words, they're going to pay you a
13   salary, so what is it that you are obligated to do for
14   them to earn that salary?
15        A.  I don't know that I'm obligated to do anything
16   in particular.  I do know that they expect me to do this
17   kind of consulting, as well as work on other projects
18   that they have for other clients outside the
19   medical/legal area.  And I'm also expected to do
20   research with the Life Expectancy Project, which is not
21   paid work, but I believe that they do expect me to do
22   some of that as well.
23        Q.  Okay.  So for Strauss & Shavelle, you do some
24   research for the Life Expectancy Project?
25        A.  Well, I do it for myself.  You know, it's my
```

EXHIBIT E
PAGE 2 of 4

```
009
  1    interest, but I also believe that they would expect me
  2    to participate in that research as well.
  3              I can't say that that's a requirement to be
  4    paid by them.  I wouldn't be able to say one way or the
  5    other about that, but you asked what -- what they
  6    believe or what they expect of me and I think that --
  7    that is sort of just taken for granted that I would
  8    participate in that.
  9        Q.  Okay.  How is it you produce income for Strauss
 10    & Shavelle?
 11        A.  Well, it is my understanding that 90 percent of
 12    the income that they generate is derived from consulting
 13    and playing the role of an expert witness in cases of
 14    medical/legal matters.
 15              And then there are other clients that they
 16    have as well.  And the other 10 percent, roughly, of the
 17    income is derived from these other clients.
 18        Q.  And the other clients would be, what,
 19    generally?
 20        A.  Generally, there may be structured settlement
 21    companies who seek their advice or views on the question
 22    of life expectancy.  Also, Medicare/Medicaid set aside
 23    opinions regarding, again, life expectancy for that.
 24              I know they have one client who's an
 25    investment group and they're interested in the question
```

```
010
 1  of life expectancy for other reasons.
 2       Q.  Any --
 3       A.  So there are a few --
 4       Q.  Any insurance companies as clients?
 5       A.  I think an insurance company in England at the
 6  moment.  I don't know any details, but it may be an
 7  insurance company that also does annuities for
 8  structured settlements, so...
 9       Q.  The income you produce for Strauss & Shavelle,
10  is it 100 percent from work as an expert in
11  medical/legal matters?
12       A.  I can't say that it's 100 percent that because
13  I do participate in the research that's done for these
14  other clients as well.  I do contribute to that, so some
15  of the income generated is from the other clients.  But
16  how it breaks down in percentage, I couldn't say.
17       Q.  Would you say that over 90 percent of what you
18  produce in terms of income for Strauss & Shavelle comes
19  from your work as you're doing here today?
20       A.  It may be a little over 90 percent, I would
21  think.
22       Q.  And then how long have you been working with
23  Strauss & Shavelle?
24       A.  I have been working with them for -- probably
25  10 years, close to 10 years.  I have not always been
```

EXHIBIT E
PAGE 4 of 4