IN THE CIRCUIT COURT OF THE 11TH

JUDICIAL CIRCUIT IN AND FOR

DADE COUNTY, FLORIDA

```
OSBALDO MEJIA, as Legal          )
Guardian of EDWIN MEJIA,         )
incapacitated, and Legal         )
Guardian of NELLY MEJIA, a       )
minor, et al.,                   )
                                 )
              Plaintiffs,        )
                                 )
       vs.                       )   No. 01-18801 CA21
                                 )
MANHEIM AUCTIONS GOVERNMENT      )
SERVICES, INC., a Foreign        )
Corporation, FLORIDA AUTO        )
AUCTION OF ORLANDO, INC.,        )
et al.,                          )
                                 )
              Defendants.        )
_____)
```

DEPOSITION OF STEVEN DAY, PH.D.

San Francisco, California

Monday, August 18, 2003

Volume 1

Reported by:
JODI L. BOSETTI, RPR
CSR No. 11316
JOB No. 555061B

EXHIBIT I
PAGE 1 of 3

```
15:50:00   1    yourselves and state whom you represent.
           2        MR. LATIMER:  Walter Latimer for Manheim Auction
           3    Government Services and Florida Automobile Auction of
           4    Orlando.
           5        MR. KLEINBERG:  David Kleinberg on behalf of the
           6    Mejias.
           7        MR. WATKINS:  Charles Watkins on behalf of David
           8    Brannon.
           9        THE VIDEOGRAPHER:  Would the court reporter please
          10    swear in the witness.
          11                STEVEN DAY, PH.D.,
          12    having been first duly sworn, was examined and
15:50:30  13    testified as follows:
          14                    EXAMINATION
          15    BY MR. LATIMER:
          16        Q   State your name and professional address,
          17    please.
          18        A   My name is Steven Day, and my professional
          19    address is 1439-17th Avenue, San Francisco, California.
          20        Q   What do you do for a living?
          21        A   For a living, my income is derived from
          22    medical-legal consulting work.
          23        Q   And what do you do specifically?
          24        A   Most of the consulting that I and my colleagues
          25    do has to do with survival and life expectancy of
```



EXHIBIT I
PAGE 2 of 3

```
15:51:00   1   persons with developmental and other medical
           2   disabilities.
           3       Q   Do you and your associates work under a
           4   business name?
           5       A   The business name that is -- that generates the
           6   income from our paid work is Strauss and Shavelle
           7   Incorporated.
           8       Q   Do you actually work under another name?
           9       A   Yes.  We all do research as well, and the
          10   research that we do and the publications that we put out
          11   regarding life expectancy and related issues is done
15:51:30  12   with the Life Expectancy Project.
          13       Q   What kind of education and training have you
          14   had in that regard?
          15       A   I have a Ph.D. in applied statistics with
          16   substantive field epidemiology from the University of
          17   California at Riverside, and I earned that in the year
          18   2001.
          19       Q   What is epidemiology?
          20       A   Epidemiology is the application of statistics
          21   to medical studies.
          22       Q   How does that tie into life expectancy?
15:52:00  23       A   Well, life expectancy and the calculation of
          24   life expectancy and related issues, such as the
          25   determination of mortality rates for specific
```

EXHIBIT I
PAGE 3 of 3