```
         IN THE CIRCUIT COURT FOR CHARLES COUNTY, MARYLAND
                             --oOo--

STEPHANIE M. CROSTON,              )
Individually, and as parent        )
and next friend of JORDAN          )
LACEY-CROSTON, a minor,            )
                                   )
          Plaintiffs,              )
                                   )
     vs.                           )  Civil No. C-03-541
                                   )
ILA SHAH, M.D., et al.,            )
                                   )
          Defendants.              )
                                   )
_____            )
```

VIDEO CONFERENCE DEPOSITION OF
STEVEN M. DAY, Ph.D.

February 9, 2004

REPORTED BY:   JAN LIGUORI HERNANDEZ, CSR 6703

EXHIBIT J
PAGE 1 of 2

0060

```
 1  was developed to handle the litigation part of the
 2  business?
 3       A.  Yeah, exactly why it was developed you would
 4  really need to ask the two of them, but I think that's
 5  probably fairly accurate.
 6       Q.  Okay.  And then the Life Expectancy Project
 7  where you're a principal researcher does some things
 8  other than just litigation?
 9       A.  Yes, in fact they do only other things than
10  litigation I would think, yes.
11       Q.  A hundred percent of the work of Strauss and
12  Shavelle Corporation is litigation related work; is
13  that fair?
14       A.  Hundred percent is an exaggeration, but it is
15  probably above 90 percent.
16       Q.  Okay, fair enough.  What's the other ten
17  percent, do you know?
18       A.  I don't know exactly.  I know that they've
19  done consulting for various different groups other than
20  legal, but I can't tell you exactly everything.
21       Q.  All right.  And so is a hundred percent then
22  of your current professional time spent with either one
23  of these two entities, that is either Strauss and
24  Shavelle Corporation or the Life Expectancy Project?
25       A.  Yes.
```

EXHIBIT J
PAGE 2 of 2