```
 1        IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

 2             COUNTY DEPARTMENT, LAW DIVISION
                          - - -
 3

   MISTY CAMPBELL, Individually,
 4 and as Mother and next Friend
   of TAIRAY SEWELL, a Minor,
 5

 6      Plaintiff,

 7 vs.                              No. 99-1-8730A

 8 MARY AN DEAN-ONAYEMI, M.D.,
   et al.,
 9

10      Defendants.
                                    ORIGINAL
11 _____/

12
                         --oOo--
13

14                    DEPOSITION OF

15                 STEVEN DAY, Ph.D.

16              SAN FRANCISCO, CALIFORNIA

17                  MAY 4, 2004     The deponent read,
                                    corrected, and
18                                  executed his
                                    deposition transcript.
19 ATKINSON-BAKER, INC.
   330 North Brand Boulevard, Suite 250
20 Glendale, California 91203
   (818) 551-7300
21

   REPORTED BY:    ALICE N. HALBERT, RPR, CSR 7889
22

23 FILE NO.:  9E03D1F

24

25
```

1  Project as a contact rouse, if you will.  Are you
2  paid for any work that you do for the Life
3  Expectancy Project?
4      A.  Well, I'm paid by Strauss & Shavelle,
5  Incorporated to do various types of work, including
6  research, I suppose.  I'm not sure exactly how they
7  think of it when they pay me.  But I do research
8  for the Life Expectancy Project, and others do as
9  well.
10     Mostly it's voluntary work.  And no one
11 gets paid for it, per se.  But I can't say for sure
12 that when I get paid by Strauss & Shavelle,
13 Incorporated, they aren't thinking part of that is
14 being paid for my services as a researcher for the
15 project.
16     Q.  All right.  Ignoring what they're
17 thinking, in the last three years, have you gotten
18 payroll checks or salary checks or commission
19 checks or compensation checks from the Life
20 Expectancy Project?
21     A.  No.  They don't pay me or anybody any
22 money.
23     Q.  Right.  So any work that you're paid for
24 as a researcher in the field of statistics is from
25 Strauss & Shavelle --

```
 1         A.   -- I wouldn't be able to speak to that.
 2         Q.   The consulting work at Strauss & Shavelle,
 3    at what percentage of that is litigation driven?
 4         A.   I've heard the figure 90 percent.  I
 5    couldn't say with any certainty.  But that's what I
 6    believe is very close to accurate.
 7         Q.   From the time that you've been with
 8    Strauss & Shavelle, either as part-time or
 9    full-time, to the present, have you been assigned
10    any project that generated income for Strauss &
11    Shavelle that wasn't related to litigation?
12         A.   Um, it's possible that I have.  I am
13    assigned projects from time to time.  And I don't
14    always know exactly whether this is generating
15    income or not.  Um, but I know I have done various
16    projects.
17         Q.   Right.  All right.  Just based on what you
18    know, are you aware of any projects that you can
19    point that generated income for Strauss & Shavelle,
20    that you know of, that wasn't litigation-related?
21         A.   I can't say with any certainty whether I
22    have or not.
23         Q.   Do you have any memory of ever working on
24    a project to that generated income that you were
25    told about to Strauss & Shavelle that was
```

13

EXHIBIT K
PAGE 3 of 3