```
 1  STATE OF ILLINOIS     )
                                    ORIGINAL
 2                        )  SS:
 3  COUNTY OF C O O K     )
 4       IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
 5             COUNTY DEPARTMENT - LAW DIVISION
 6  MISTY CAMPBELL, Individually  )
    and as Mother and Next Friend )
 7  of TAIRAY SEWELL, a Minor,    )
              Plaintiff,          )
 8       vs.                      ) No. 99 L 8730
    RUSH-PRUDENTIAL HMO, INC.,    )
 9  a corporation; MARY ANN       )
    DEAN-ONAYEMI, M.D.; and SSM   )
10  HEALTH CARE CORPORATION a/k/a )
    ST. FRANCIS HOSPITAL & HEALTH )
11  CENTER, a corporation,        )
              Defendants.         )
12
13            REPORT OF PROCEEDINGS at the trial of the
14  above-entitled cause before the Honorable James P.
15  McCarthy, Judge of said Court, on the 19th day of
16  October, 2004, at the hour of 9:30 a.m.
17
18
19              TESTIMONY OF STEVEN DAY
20              MOTION FOR MISTRIAL
21
22
23  Reported by:  Jamye Serritella, CSR
24  License No.:  084-004183
```

1

```
 1      Q.   And above that?
 2      A.   It's a person's home.
 3      Q.   Strauss & Shavelle, 1439 17th Avenue in
 4 San Francisco, 70 percent of their work is from
 5 litigation?  90 percent I think you told me.
 6 Excuse me.  I can't read my own scribbles.
 7      A.   I've been told that 90 percent of their
 8 paid work is from litigation, yeah.
 9      Q.   The other 10 percent you don't know what
10 it is, do you?
11      A.   I'm not sure what it is, no.
12      Q.   You yourself, you're not an employee of
13 Strauss & Shavelle; is that right?
14      A.   That is correct.
15      Q.   You're a consultant to them?
16      A.   Yes.
17      Q.   They hire you to do work; is that right?
18      A.   They pay me to work, yes.
19      Q.   All right.  And when they do that, they'll
20 pay you a certain -- I'm not interested in what it
21 is, sir -- a certain amount of money for your
22 services; is that fair?
23      A.   That is correct.
24      Q.   Okay.  And then you do services for
```

39

EXHIBIT L
PAGE 2 of 2