Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

GREGORY JOHNSON and KIMBERLY JOHNSON,
individually and on behalf of their
minor children MADISON JOHNSON and
ALEXANDER JOHNSON,

        Plaintiffs,

v.                  No. 3:06-CV-00120-RRB

UNITED STATES OF AMERICA,

        Defendant.
_____/

VIDEOTAPED DEPOSITION OF STEVEN M. DAY, PhD
Wednesday, January 9, 2008
San Francisco, CA

Reported By:
DEBBIE MAYER, RPR CRR CRP
California CSR No. 9654

ATKINSON-BAKER, INC.
180 Montgomery Street, Suite 800
San Francisco, CA  94104
(800) 288-3376
A10A6A0

///

EXHIBIT M
PAGE 1 of 3

1   called Swiss Re, I think, through the Life Expectancy
2   Project, I believe -- it might have been through Strauss
3   and Shavelle Incorporated, but they commissioned a study
4   of Down's syndrome mortality rates by us. This was not
5   done for any fee; it was done on a pro bono basis and we
6   did provide that information to them, but this was years
7   ago and I don't remember the details of it now.
8        Q.   I think earlier you mentioned that you work on
9   contract for Strauss and Shavelle; can you tell me what
10  the terms of your contract are?
11       A.   If I knew them exactly, I still wouldn't be
12  comfortable telling you because this is information that
13  I'm not sure would be appropriate to put on a public
14  record. I wouldn't refuse to do so, but at this point I
15  would decline to say any more about that.
16       Q.   Would you agree to provide a copy of your
17  existing contract to Ms. Lindquist for the purposes of
18  reviewing that? I think you're probably aware that we
19  have a right to know the basis of your income,
20  particularly as it relates to the work that you've done
21  here. And so my question is would you provide that to
22  Ms. Lindquist so that we could review it and determine
23  whether there are any issues that we need to follow up
24  with?
25       A.   Well, I'm not aware of exactly what

EXHIBIT M
PAGE 2 of 3

1   information that you are privileged to in that sense.  I
2   know that you have a right to know what percentage of my
3   income is derived through this type of work and I think
4   I told you to the extent that I know what that number
5   is.  I can discuss with Strauss and Shavelle
6   Incorporated how they feel about that, but that's their
7   contract, as well as mine, and I wouldn't feel in a
8   position to divulge it to anyone without their okay on
9   that.
10       Q.   Have you previously raised that issue with
11  them?
12       A.   No.
13       Q.   Have you ever been asked in a deposition for a
14  copy of your contract or for the terms of your contract?
15       A.   I don't recall having been asked that.
16       Q.   You don't recall ever being asked for the
17  terms of your contract with Strauss and Shavelle?
18       A.   I've been asked about it.  I haven't been
19  asked specifically to provide a copy of anything, and
20  I've been asked for things like my salary and so forth,
21  but never have I been required ultimately to provide
22  that kind of information.
23       Q.   Is it fair to say that you earn your salary --
24  let me ask a different question.
25            Salary is kind of an odd concept in the legal