```
                          DAY deposition
 1     IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
 2                      CIVIL DIVISION
 3                        --oOo--
 4   LOVISA GAMBLE, Individually      )
     and as MOTHER and NEXT FRIEND    )
 5   of PRECIOUS GAMBLE,              )
                                      )
 6                  Plaintiffs,       )
                                      )
 7        vs.                         ) No. 02CA0003590
                                      )
 8                                    )
     KAISER FOUNDATION HEALTH PLAN    )
 9   OF THE MID-ATLANTIC STATES,      )
     et al.,                          )
10                                    )
                    Defendants.       )
11   _____)
12
13
14
15                    DEPOSITION OF
16                 STEVEN M. DAY, Ph.D
17   _____
18                  March 25, 2004
19
20
21
22   REPORTED BY: PATRICK J. DELANEY, RPR, CSR 12537
23   JOB 24-32418
24
25
```

```
                                                            0002
 1                        I N D E X
 2                    INDEX OF EXAMINATIONS
 3   Examination by Mr. Greenwald ..................... 5
 4
 5
 6          EXHIBITS MARKED FOR IDENTIFICATION
 7   No.              Description                    Page
 8
 9    1      263 pages, Contents of file .......... 108
10
11                        --oOo--
```

Page 1

0003

EXHIBIT N
PAGE 1 of 3

DAY deposition

```
 1      Q.   How much have you earned in the last two or
 2  three years doing this kind of work?
 3           MS. BOYCE:  Objection.
 4           THE WITNESS:  I don't know.
 5           MR. GREENWALD:  Q.  Give me an estimate.
 6           MS. BOYCE:  Objection.
 7           THE WITNESS:  I -- I can't speculate.
 8           MR. GREENWALD:  Q.  You don't file tax
 9  returns?
10      A.   I do.
11      Q.   How much have you earned working for Strauss
12  and Shavelle?
13           MS. BOYCE:  Objection.
14           THE WITNESS:  Well, again, I don't recall.  I
15  don't have the tax returns in front of me, and I don't
16  recall how much.
17           And also, that isn't the same question you
18  asked me a moment ago.  Because a moment ago, you asked
19  me how much was earned directly related to this type of
20  work, and I couldn't separate that from other work that
21  I've done for them.
22           MR. GREENWALD:  Q.  My question is, how much
23  have you earned from Shavelle and Strauss?
24           MS. BOYCE:  Objection.
25           THE WITNESS:  And I'm not at liberty to
```

0096
```
 1  discuss the salary arrangement I have with them.
 2           MR. GREENWALD:  Q.  Who told you you weren't
 3  at liberty to discuss it?
 4      A.   I don't recall exactly whether Dr. Strauss or
 5  Dr. Shavelle, but I know that I made that agreement with
 6  them.
 7      Q.   So they did not want you to discuss how much
 8  income is earned working for them.  Right?
 9           MS. BOYCE:  Objection.
10           THE WITNESS:  I don't know what was in their
11  head when they suggested that to me.
12           MR. GREENWALD:  Q.  Well, they told you not to
13  discuss it, didn't they?
14      A.   They asked me to agree to that and I agreed.
15      Q.   You have a contract of -- consulting agreement
16  with them?
17      A.   I have at least a verbal contract.  I don't
18  know if there's anything in writing at this point.
19      Q.   You don't know whether you've ever signed
20  anything?
21      A.   I have signed something.
22      Q.   Would you produce a copy of that for us,
23  please.
24      A.   I don't even know what you're asking me to
25  produce.
```

0097
```
 1      Q.   What did you sign?
 2      A.   I don't know.  I don't recall.
 3      Q.   In other words, Dr. Day, you are a Ph.D.
 4  Correct?
 5      A.   I am -- I am not a Ph.D.  I take that back.  I
 6  earned a Ph.D.  I do have one.  I am not that.  I'm a
 7  human being.  I'm a lot of different things.  But I do
```
Page 43

EXHIBIT N
PAGE 2 of 3

```
                        DAY deposition
 8   have a Ph.D.
 9        Q.   That's about the highest degree you can get,
10   isn't it?
11        A.   I don't know.  I suppose.
12        Q.   Having earned about the highest degree you can
13   get, Doctor, are you telling all of us that you signed
14   something for your employment but you don't have any
15   idea what it was?
16             MS. BOYCE:  He said he doesn't recall.
17             THE WITNESS:  I told you I have some idea what
18   it is.  It's some kind of agreement as to how our
19   working relationship will progress.  I don't know when I
20   signed it, and I don't know any of the details of it at
21   this point in time.  But I do know that I agreed, either
22   verbally or in writing, not to discuss my salary outside
23   of the office.  And so I won't do that.
24             MR. GREENWALD:  Q.  Would you provide us with
25   a copy of your agreement?
```

```
                                                          0098
 1        A.   If it still exists and if I can find it and if
 2   my attorney advises me -- not my attorney -- but if the
 3   attorney who retained me in the case advises me I must
 4   do so, then I will do that.  But again, part of that
 5   agreement may be that I don't release that agreement.
 6   And if that's in there, then I'm not going to be able to
 7   do that.
 8        Q.   Will you let us know within the next week or
 9   so whether you will produce that?
10             MS. BOYCE:  Dr. Day and I will discuss that
11   and we will let you know.
12             MR. GREENWALD:  I'm sorry.  I didn't hear you.
13             MS. BOYCE:  I said we will discuss it and we
14   will let you know.
15             MR. GREENWALD:  Q.  Because when we finish
16   your deposition -- which I don't think we're going to do
17   today because I already have after the time you have to
18   leave and I'm not finished -- I would like you to
19   produce that for the finishing of your deposition.
20             Do you know how much has been billed for your
21   time in medical-legal cases working for Shavelle and
22   Strauss?
23        A.   No, I do not.
24        Q.   How many hours would you say you have spent
25   over the last year working on medical-legal cases?
```

```
                                                          0099
 1        A.   I couldn't say.
 2        Q.   Are those records in existence?
 3        A.   Not to my knowledge.
 4        Q.   So in other words, Shavelle and Strauss has no
 5   record of how much time they have billed for you?
 6        A.   They may well have such a record.  I don't
 7   know.
 8        Q.   Do the bills come from Shavelle and Strauss?
 9        A.   Yes.
10        Q.   Can you obtain a copy of how much was billed
11   for your time?
12        A.   I don't know.
13        Q.   Will you inquire?
14             MS. BOYCE:  Are you talking about this case
                          Page 44
```