```
Ray R. Brown
DILLON & FINDLEY, P.C.
1049 W. 5th Avenue, Suite 100
Anchorage, AK  99501
Phone 277-5400
Fax   277-9896
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

```
GREGORY JOHNSON and KIMBERLY   )
JOHNSON, individually and      )
on behalf of their minor       )
children, MADISON JOHNSON and  )
ALEXANDER JOHNSON,             )
                               )
              Plaintiffs,      )
                               )
vs.                            )
                               )
UNITED STATES OF AMERICA,      )
                               )
              Defendant.       )
_____)   Case No. 3:06-CV-00120-RRB
```

### PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING THE ISSUES OF INFORMED CONSENT AND NEGLIGENCE

Plaintiffs through counsel, Dillon and Findley, P.C., and pursuant to Federal Rule of Civil Procedure 56(a) move this court for an order granting summary judgment on the following issues: (1) Whether defendants PA Davalos and Norton Sound

Health Corporation medical staff failed to obtain informed consent to delay treatment of Greg Johnson's progressing neurological injury; and (2) Whether defendants PA Davalos and Norton Sound Health Corporation medical staff were negligent in their care and treatment of plaintiff on May 22, 2004 and May 23, 2004. No genuine issue of material fact exists, and therefore, the plaintiffs are entitled to judgment as a matter of law pursuant to Federal Rule of Civil Procedure Rule 56(c). This motion is supported by the attached memorandum of law.

DATED this 1st day of July 2008, at Anchorage, Alaska.

DILLON & FINDLEY, P.C.
Attorneys for Plaintiffs

By: s/Ray R. Brown
Ray R. Brown, ABA No. 8206012
1049 W. 5th Avenue, Suite 100
Anchorage, Alaska  99501
Phone:  277-5400
Fax:    277-9896
Email:  ray@dillonfindley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2008 a copy of the foregoing PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING THE ISSUES OF INFORMED CONSENT AND NEGLIGENCE was served electronically on Susan J. Lindquist.

s/Ray R. Brown