Ray R. Brown
DILLON & FINDLEY, P.C.
1049 W. 5th Avenue, Suite 100
Anchorage, AK  99501
Phone 277-5400
Fax   277-9896

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| GREGORY JOHNSON and KIMBERLY JOHNSON, individually and on behalf of their minor children, MADISON JOHNSON and ALEXANDER JOHNSON,<br><br>            Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | Case No. 3:06-CV-00120-RRB |

**ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING THE ISSUES OF INFORMED CONSENT AND NEGLIGENCE**

Having reviewed the Plaintiffs' Motion for Partial Summary Judgment Regarding the Issues of Informed Consent and Negligence,

IT IS HEREBY ORDERED as follows:

The plaintiffs' Motion for Summary Judgment is GRANTED. No genuine issue of material fact exists as to whether: (1) defendant PA Davalos failed to obtain consent to delay treatment of plaintiff Greg Johnson by having him remain in Unalakleet, Alaska despite the presence of progressive neurological injury; (2) that defendant PA Davalos was negligent in his care and treatment of plaintiff Greg Johnson on May 22, 2004; and (3) that defendant PA Davalos was negligent in his care and treatment of plaintiff Greg Johnson on May 23, 2004.

DATED:_____   _____
                          The Honorable Ralph B. Beistline
                          United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2008 a copy of the foregoing ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING THE ISSUES OF INFORMED CONSENT AND NEGLIGENCE was served electronically on Susan J. Lindquist.

s/Ray R. Brown