Ray R. Brown
DILLON & FINDLEY, P.C.
1049 W. 5th Avenue, Suite 100
Anchorage, AK  99501
Phone 277-5400
Fax   277-9896

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

GREGORY JOHNSON and KIMBERLY )
JOHNSON, individually and )
on behalf of their minor )
children, MADISON JOHNSON and )
ALEXANDER JOHNSON, )
                              )
           Plaintiffs, )
                              )
vs.                           )
                              )
UNITED STATES OF AMERICA, )
                              )
           Defendant. )
_____ )   Case No. 3:06-CV-00120-RRB

**AFFIDAVIT OF ROBERT S. JANETT, M.D.**

STATE OF MASSACHUSETTS  )
                        ) ss.
MIDDLESEX COUNTY        )

Robert S. Janett, M.D., being first duly sworn, deposes and states as follows:

1.  I have been retained by plaintiffs' counsel in the above-captioned case to provide expert testimony regarding the standard of care for a certified physician assistant.

2.  I graduated from Dartmouth Medical School in 1980 and completed my residency and chief residency in primary care in internal medicine at Cambridge Hospital. I am Board Certified in Internal Medicine. I have served as a commissioned officer in the U.S. Public Health Service and was stationed at the Tuba City Service Unit in Tuba City, Arizona from 1984 to 1987. During that time, I supervised physician assistants and provided medical care to a rural population on the Navajo Indian Reservation. Throughout my 23 years of experience in internal medicine, I have supervised physician assistants and have also taught physician assistants. I have an academic appointment as Assistant Professor of Medicine at Harvard Medical School. I also have served as a Clinical Instructor in Health Sciences at the Bouve College of Health Sciences, Physician Assistant Program.

3.  I reviewed the deposition of David Davalos, PA-C, Karen O'Neill, M.D., Kerilee Katongan, Greg Johnson, and Kim

Johnson in preparing my opinion in this case. I have also reviewed Greg Johnson's medical records.

4. After review of these documents, I have concluded that PA Davalos fell below the standard of care in his treatment of Greg Johnson on May 22 and 23, 2004 in the following ways:

A. PA Davalos deviated from the standard of care on May 22, 2004 in his failure to document the presence or absence of bladder or bowel symptoms and failed to document the performance or results of a sensory examination. He further deviated from the standard of care in his failure to educate the patient and/or family about the management of the condition, the expected course, and the signs and symptoms that might be indicative of a need for further treatment. Moreover, PA Davalos did not provide information about the signs and symptoms of neurological compromise that might be indicative of the need for emergency treatment.

B. PA Davalos deviated from the standard of care on Sunday, May 23, 2004 in the following manner: Despite his observations that motor symptoms were progressively worse and that there had been onset of symptoms of bladder dysfunction, PA Davalos did not take emergency action to

refer Greg Johnson to a center where imaging and definitive treatment of extradural spinal compression syndrome could be provided. PA Davalos failed to consider the onset of bladder symptoms as an indication of extradural spinal compression syndrome, and he did not test the patient for saddle anesthesia or weakness of the anal sphincter muscle. PA Davalos also failed to warn Mr. and Mrs. Johnson about possible signs or symptoms of progressive neurological compromise and did not warn them that permanent nerve damage could result if his symptoms were not promptly treated with surgical decompression.

5.   I state these opinions with a reasonable degree of medical certainty.

FURTHER THIS AFFIANT SAYETH NAUGHT.

_____
Robert S. Janett, M.D.

SUBSCRIBED AND SWORN to before me this 20th day of June 2008, at Medford, Massachusetts.

_____
Notary Public for the State of Massachusetts
My Commission Expires: _____

MY COMMISSION EXPIRES
JULY 25, 2014

Gregory Johnson, et al. v. USA, et al.
Case No. 3:06-CV-00120-RRB
AFFIDAVIT OF ROBERT S. JANETT, M.D.
Page 4 of 5

**CERTIFICATE OF SERVICE**

I hereby certify that on ~~June~~ July 1, 2008 a copy of the foregoing AFFIDAVIT OF ROBERT S. JANETT, M.D. was served electronically on Susan J. Lindquist.

s/Ray R. Brown

Gregory Johnson, et al. v. USA, et al.
Case No. 3:06-CV-00120-RRB
AFFIDAVIT OF ROBERT S. JANETT, M.D.
Page 5 of 5