1  Ray R. Brown
   DILLON & FINDLEY, P.C.
2  1049 W. 5th Avenue, Suite 100
   Anchorage, AK  99501
3  Phone 277-5400
   Fax   277-9896
4

5

6              IN THE UNITED STATES DISTRICT COURT

7          FOR THE DISTRICT OF ALASKA AT ANCHORAGE

8

9

10 GREGORY JOHNSON and KIMBERLY     )
   JOHNSON, individually and        )
11 on behalf of their minor         )
   children, MADISON JOHNSON and    )
12 ALEXANDER JOHNSON,               )
                                    )
13                Plaintiffs,        )
                                    )
14 vs.                              )
                                    )
15 UNITED STATES OF AMERICA,        )
                                    )
16            Defendant.            )
                                    )
17 _____  )    Case No.  3:06-CV-00120-RRB

18              **AFFIDAVIT OF GREGORY R. JOHNSON**

19

20 STATE OF ALASKA            )
                             ) ss.
21 SECOND JUDICIAL DISTRICT   )

22

23      Gregory R. Johnson, being first duly sworn, deposes and

24 states as follows:

25

26 Gregory Johnson, et al. v. USA, et al.
   Case No. 3:06-CV-00120-RRB
   AFFIDAVIT OF GREGORY R. JOHNSON
   Page 1 of 3

DILLON & FINDLEY
A PROFESSIONAL CORPORATION
1049 W. 5th Avenue, Suite 100
Anchorage, Alaska 99501
TEL. (907) 277-5400 · FAX (907) 277-9896

1.    My name is Gregory R. Johnson, and I am one of the plaintiffs in this lawsuit.  The other plaintiffs are my wife, Kimberly Johnson, and our two children, Madison and Alexander Johnson.

2.    At no point throughout May 22 and 23, 2004 did Mr. Davalos tell me to look for warning signs of neurological injury, like bladder and bowel symptoms, muscle weakness, or loss of sensation.  He never told me to contact him if any of these signs or symptoms occurred.

3.    At no point did Mr. Davalos tell me that I needed emergent treatment.  He never told me that if I delayed treatment I could become permanently paralyzed, and lose my bowel, bladder, and sexual functions.

4.    Had Mr. Davalos communicated the warning signs of a permanently neurological injury, or that I may become permanently paralyzed and lose my bladder, bowel, and sexual functions as a result of delaying treatment of a neurological injury, my wife, Kimberly Johnson, and I would have taken whatever measures necessary to obtain alternative transport to Anchorage for treatment on May 22 or 23, 2004.

///

///

Gregory Johnson, et al. v. USA, et al.
Case No. 3:06-CV-00120-RRB
AFFIDAVIT OF GREGORY R. JOHNSON
Page 2 of 3

DILLON & FINDLEY
A PROFESSIONAL CORPORATION
1049 W. 5th Avenue, Suite 100
Anchorage, Alaska 99501
TEL. (907) 277-5400 · FAX (907) 277-9896

FURTHER THIS AFFIANT SAYETH NAUGHT.

_Gregory R. Johnson_
Gregory R. Johnson

SUBSCRIBED AND SWORN to before me this 23rd day of June 2008, at _Unalakleet_, Alaska.



_Sonya W. Agibinik_
Notary Public for State of Alaska
My Commission Expires: 5-15-2010

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2008 a copy of the foregoing AFFIDAVIT OF GREGORY R. JOHNSON was served electronically on Susan J. Lindquist.

s/Ray R. Brown

Gregory Johnson, et al. v. USA, et al.
Case No. 3:06-CV-00120-RRB
AFFIDAVIT OF GREGORY R. JOHNSON
Page 3 of 3

DILLON & FINDLEY
A PROFESSIONAL CORPORATION
1049 W. 5th Avenue, Suite 100
Anchorage, Alaska 99501
TEL. (907) 277-5400 • FAX (907) 277-9896