Ray R. Brown
DILLON & FINDLEY, P.C.
1049 W. 5th Avenue, Suite 100
Anchorage, AK 99501
Phone 277-5400
Fax 277-9896

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

GREGORY JOHNSON and KIMBERLY )
JOHNSON, individually and )
on behalf of their minor )
children, MADISON JOHNSON and )
ALEXANDER JOHNSON, )
)
                Plaintiffs, )
vs. )
)
UNITED STATES OF AMERICA, )
)
                Defendant. )
_____) Case No. 3:06-CV-00120-RRB

### AFFIDAVIT OF KIMBERLY JOHNSON

STATE OF ALASKA        )
                               ) ss.
SECOND JUDICIAL DISTRICT )

      Kimberly Johnson, being first duly sworn, deposes and states as follows:

Gregory Johnson, et al. v. USA, et al.
Case No. 3:06-CV-00120-RRB
AFFIDAVIT OF KIMBERLY JOHNSON
Page 1 of 3

1. My name is Kimberly Johnson, and I am one of the plaintiffs in this lawsuit. The other plaintiffs are my husband, Gregory R. Johnson, and our two children, Madison and Alexander Johnson.

2. At no point throughout May 22 and 23, 2004 did Mr. Davalos tell me to look for warning signs in Greg of neurological injury, like bladder and bowel symptoms, muscle weakness, or loss of sensation. Mr. Davalos never told me to contact him if any of these signs or symptoms occurred in Greg.

3. At no point did Mr. Davalos tell me that Greg needed emergent treatment. He never told me that if treatment of Greg was delayed, he could become permanently paralyzed, and lose his bowel, bladder, and sexual functions.

4. Had Mr. Davalos communicated the warning signs of a permanent neurological injury, or that Greg may become permanently paralyzed and lose his bladder, bowel, and sexual functions as a result of delaying treatment of a neurological injury, Greg and I would have taken whatever measures necessary to obtain alternative transport to Anchorage for Greg to obtain treatment on May 22 or 23, 2004.

///

///

Gregory Johnson, et al. v. USA, et al.
Case No. 3:06-CV-00120-RRB
AFFIDAVIT OF KIMBERLY JOHNSON
Page 2 of 3

FURTHER THIS AFFIANT SAYETH NAUGHT.

Kimberly Johnson

SUBSCRIBED AND SWORN to before me this 23rd day of June 2008, at Unalakleet, Alaska.



Notary Public for State of Alaska
My Commission Expires: 5-15-2010

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2008 a copy of the foregoing AFFIDAVIT OF KIMBERLY JOHNSON was served electronically on Susan J. Lindquist.

s/Ray R. Brown

Gregory Johnson, et al. v. USA, et al.
Case No. 3:06-CV-00120-RRB
AFFIDAVIT OF KIMBERLY JOHNSON
Page 3 of 3