**Index for Exhibits**

A. Deposition of Kim Johnson, dated 3/7/07.

B. Deposition of Greg Johnson, dated 4/17/07.

C. Deposition of Kerilee Katongan, dated 4/20/07.

D. Patient Encounter for Greg Johnson, 5-22-2004.

E. Deposition of David Davalos, PA-C, dated 3/8/07.

F. Deposition of David Potashnick, PA, dated 5/12/08.

G. Patient Encounter Greg Johnson, 05-23-2004.

H. Patient Encounter Form for Greg Johnson, May 24, 2004.

I. United States' Answers to Plaintiffs' First Request for Admissions, dated 2/23/07

J. Deposition of Michael Grevitt, M.D., dated 2/22/08.

K. Deposition of Cyndy Flores, dated 1/12/08.