Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

GREGORY JOHNSON and KIMBERLY )
JOHNSON, individually and on )
behalf of their minor )
children, MADISON JOHNSON and )
ALEXANDER JOHNSON, )
 )
       Plaintiffs, )
 )
vs. )
 )
UNITED STATES OF AMERICA, )
 )
       Defendant. )
_____ )

Case No. 3:06-CV-00120-RRB

DEPOSITION OF KIM JOHNSON

Volume I, Pages 1 - 114
Wednesday, March 7, 2007
12:14 P.M.

Taken by Counsel for Defendant
at
Norton Sound Regional Hospital
Nome, Alaska

Page 18

1    hadn't heard. So at that point, I sought out Greg and
2    asked him what had happened and how was he doing.
3        Q    Where did you find him?
4        A    He was in his office.
5        Q    What was he doing?
6        A    He was sitting in his chair working at his
7    computer.
8        Q    And what did he say?
9        A    He said that he had lifted some boxes that he
10   probably shouldn't have lifted and he -- the term that
11   he used was "tweaked." He said, "I've tweaked my back
12   and it's starting to bother me a little bit."
13       Q    Did he say how heavy the boxes were?
14       A    He explained to me what the boxes were, so I
15   was aware of the weight of them.
16       Q    What were they?
17       A    They were portable computer labs, so they
18   each contained multiple laptops inside of boxes that
19   are made to be able to put the laptops as freight or
20   cargo on an airplane.
21       Q    So how much did each box weigh?
22       A    Approximately 80 pounds.
23       Q    And how many did he lift?
24       A    Two at the same time, one in each hand.
25       Q    Did he carry them for any distance?

Page 23

1     A     Two blocks.

2     Q     And is that a paved road?

3     A     No. There were no paved roads in Unalakleet.

4     Q     On the night that he was cooking dinner and
5    his back hurt, did you talk to him about how his back
6    felt?

7     A     Yes, we did.

8     Q     And what did he tell you?

9     A     He told me that he just had a pain in his
10   back, and he wasn't able to stand or sit or lay to get
11   the pain to go away. He was uncomfortable and he was
12   not able to focus on finishing dinner. And when he
13   went to lay down on the bed, he couldn't get
14   comfortable. The pain just -- he couldn't get the
15   pain to stop.

16    Q     Did you talk about a plan for the next day,
17   because of the pain in his back?

18    A     We didn't talk that night. He was just going
19   to try and get through the night. I asked if there
20   was anything that I could do at that point, he said
21   no. And so I went to bed, and he slept on the
22   recliner chair for part of the night. In the middle
23   of the night he moved into the guest bed.

24    Q     And the only pain reliever you had in the
25   house was over-the-counter drugs?

Page 25

1   A   I have no idea.

2   Q   20s, 30s, 40s, 50s?

3   A   I would say somewhere 20s, 30s.

4   Q   And what did you ask her to do on the phone?

5   A   I said that my husband had done something to his back and he was in a lot of pain and if they could come and do something. I was probably that specific on the phone: Can you come and do something? You know, we're hurting and we need some help.

10  Q   Did you discuss a plan?

11  A   With her, no.

12  Q   Okay. So she showed up and what did she do?

13  A   She asked Greg, you know, "Where is the pain, what's the deal?" And gave him some pain pills.

15  Q   Pills only?

16  A   Yes, I believe so.

17  Q   Did she do an exam?

18  A   She may have taken blood pressure, but outside of that, I have no recollection of anything else that she did at that visit.

21  Q   Did she call anybody?

22  A   Not from our house.

23  Q   Was there any discussion about the plane ride that day?

25  A   Later that day, yeah.

Page 28

1   Mr. Davalos.
2       Q    Okay. And then what happened?
3       A    And then Keri left and Greg was in a great
4   amount of pain. I mean, we -- he had taken the
5   Tylenol, but he kept telling me, you know, it's not
6   even touching the pain, I still hurt.
7            He had to go to the bathroom, but there was
8   no way that he could get off of the bed. And so he
9   had me bring a Ziploc bag and I helped him pee into
10  the bag while laying on the bed.
11      Q    That was Saturday morning?
12      A    This was Saturday, uh-huh.
13           And he was in pain and he was now, you know,
14  taking the drugs. He was -- he kind of faded in and
15  out. He'd kind of nod off a little bit and come back.
16  And so I was in and out of the room during Saturday
17  morning, doing other things around the house and with
18  Madison. And he would call me back, and we would talk
19  about his back and his pain, and things started to
20  escalate.
21           His legs -- you know, his feet were tingly
22  and his legs were tingly and he was asking me about
23  those. He wanted me to rub them and feel them. His
24  face was white and ashen, I mean, from being in pain.
25  So I called Mr. Davalos and he came over.

Page 29

1   Q   What time was that?

2   A   I would say midday on Saturday.

3   Q   Noon, 1:00?

4   A   Okay.

5   Q   No. I wasn't there; I'm asking you.

6   A   Yeah. I said midday.

7   Q   Midday, what does that mean to you? Because
8   I don't know.

9   A   Around noon.

10  Q   Okay, that's fine. That's more informative
11  for me, around noon you called him.

12      Had you talked with Greg about what to do
13  about his pain during this time period where he was
14  discovering that his legs were tingly?

15  A   Had I discussed that with Greg?

16  Q   Right. The plan, how are you going to take
17  care of his major problem you're having.

18  A   We had talked about the fact that he isn't
19  going to be able to get on a plane. He says, "There's
20  just no way," he says, "I can't sit up on this bed.
21  How would I be able to sit on a plane?"

22      And so Rick Holt at some time on Saturday,
23  and I believe it was after Mr. Davalos visited the
24  first time, Rick Holt came over and they discussed a
25  plan as far as what Rick needed to do, because I

Page 35

```
 1      Q    And how long is the plane ride to Nome?
 2      A    40 minutes.
 3      Q    Now, do you know why Nome wasn't an option?
 4      A    There's not a back specialist in Nome either.
 5   Mr. Davalos was talking about a bulging disc,
 6   Mr. Davalos was talking about that what Greg really
 7   needed to see was Dr. Voke in Anchorage at an office
 8   visit, and so Nome never really came into that
 9   conversation.
10      Q    Did Greg take the medication, the codeine,
11   when Dave was there?
12      A    Yes, he did.
13      Q    And how long did he have the medication in
14   his body before David left?
15      A    David was only there 20 minutes, 30 minutes
16   tops.  So if Greg took it partway through, he would
17   have had it in, you know, maybe 15 minutes of time.
18      Q    Was it working?
19      A    No.
20      Q    Did he report that to Dave?
21      A    We did call Dave later on Saturday.
22      Q    Okay.  I'll ask about that later.
23           During those 20 to 30 minutes did Dave
24   examine Greg?
25      A    I believe that David did some.  You know,
```

Page 42

1  again more so, you know, there's something else that's
2  wrong with the feet and the legs.
3           And so I called Mr. Davalos back and asked
4  him to come over again and told him I had some
5  concerns about the feet.
6           And Mr. Davalos examined Greg's feet, and I
7  showed him what I meant. And he said that that was
8  just circulation issues, that because Mr. Johnson was
9  laying on his side and wasn't moving around, that
10 circulation was an issue, and that I should massage
11 his feet for him periodically so that that problem
12 didn't occur and would keep the blood moving through
13 his feet.
14          And he asked again about the pain, and we
15 said that it was worse than it had been and that the
16 codeine was not taking care of things.
17          And I believe that was all that happened at
18 that visit.
19     Q    Okay. We're still on Saturday; is that
20 correct?
21     A    That is correct.
22     Q    Now, what time was it that you called David
23 Davalos?
24     A    For the second visit, it would have been
25 dinnertime, five-ish, on that Saturday.

Page 52

1    Sunday morning Greg thought that the only way he could
2    get to Anchorage was a medevac; is that correct?
3        A    Yes, this is correct.
4        Q    And you agreed?
5        A    Yes.
6        Q    So the plan on Sunday morning was to get a
7    medevac?
8             MS. LONG:   Objection to form.
9    BY MS. LINDQUIST:
10       Q    What was the plan on Sunday morning?
11       A    To talk to Mr. Davalos and see how he was
12   going to be able to get Greg to Anchorage.
13       Q    At any time did you call a hospital in
14   Anchorage?
15       A    I did not.
16       Q    At any time did you call Dr. Voke?
17       A    I did not.
18       Q    At any time did you call any medical person
19   besides Dave Davalos?
20       A    I did not.
21       Q    And did Greg?
22       A    No.
23       Q    So how did it come about that Dave Davalos
24   came to your house on Sunday?
25       A    On Sunday morning, then I called Mr. Davalos

Page 53

1    and told him that Greg, you know, had lost voluntary
2    control of his bladder and that his pain was still
3    excruciating, the medication was not helping anything,
4    his legs and feet were still tingling and feeling
5    different than they should normally. And so
6    Mr. Davalos came over then on Sunday.
7        Q    So conveying this information, that was on
8    the phone?
9        A    Uh-huh, yes.
10       Q    What time was the phone call?
11       A    Late morning.
12       Q    Can you be more specific?
13       A    No, I'm sorry, I can't. I don't have the
14   times in my head. I'm sorry, I don't.
15       Q    Okay. When was the conversation with Greg
16   about the medevac on Sunday morning?
17       A    It was earlier in the morning when we woke
18   up. I mean, he called me and we realized that he had
19   voided in the bed, and we -- after cleaning that up, I
20   sat down on the bed with him and we were discussing
21   the options.
22       Q    And besides medevac, what were the other
23   options?
24       A    Continuing to lay where he was laying. I
25   mean, there wasn't any other viable options.

Page 56

1   Q   Okay. So the first time was late morning,
2   and the second time was when?
3   A   Afternoon.
4   Q   So on the first visit in the late morning
5   when they were discussing the pain medications not
6   working, what was the plan in regards to pain
7   medication? To get a different one, or what was the
8   idea?
9   A   I believe there was a plan to get another
10  prescription from Nome, but that David Davalos had to
11  converse with someone up here to get that
12  prescription, that it wasn't something he had in
13  Unalakleet.
14  Q   So was Greg to continue taking codeine until
15  the new prescription arrived?
16  A   Uh-huh.
17  Q   Is that correct?
18  A   Yes, that is correct.
19  Q   Okay. Did you talk about airplanes late
20  morning Sunday?
21  A   We did. Mr. Davalos was still trying to
22  convince Greg that he could get on the PenAir seat
23  fare, was adamant that with a shot of whatever kind of
24  painkiller, that he would be able to get onto the
25  plane and endure the ride and get off the plane at the

Page 57

1    other end.
2        Q    What was the plan on the other end, when he
3    got on the other end?
4        A    Mr. Davalos had said that the doctors'
5    offices weren't open and that they weren't going to
6    open on a weekend for a bulging disc. And so if Greg
7    got in, he would either -- he was either going to go
8    to the emergency room on his own or wait until
9    Dr. Voke's office opened.
10            But Greg knew that he couldn't get on the
11   plane, so having that plan at the other end was not
12   going to come to any head, because he couldn't get on
13   the plane, he couldn't sit up on that plane.
14       Q    Okay. So did you discuss medevacs on that
15   Sunday late morning?
16       A    We discussed medevacs on Sunday, and I do not
17   remember which visit it was, if it was that morning
18   visit or if it was later in the day. And Mr. Davalos
19   made a statement about having spoken to someone in
20   Anchorage and that there was no one that was going to
21   be able to accept a medevac, which meant we were going
22   to have to wait another day.
23       Q    What did that mean to you, accepting a
24   medevac? What does that mean?
25       A    It was terms and conversations completely

1   instead of being met by a friend in a car and go to a
2   hotel and go see what he could make happen.
3             After that exertion of trying to do that,
4   Greg had peed on himself again. And so we went
5   through the -- after Mr. Davalos and Will left, we got
6   the Ziploc and let him void again and then cleaned up
7   the mess from the involuntary again.
8             And then after that, Mr. Davalos called us
9   and said that he had had contact and that the medevac
10  should be there. I believe the medevac was supposed
11  to arrive around 12 or 12:30.
12            And when the medevac got in, they went over
13  to the clinic and did some paperwork and had some
14  lunch, and then Mr. Davalos bought them to the house.
15  And once the medevac team arrived at the house, there
16  was just a sense of relief that finally here are
17  people who are going to be able to get him onto a
18  medevac plane and get him to Anchorage.
19            And so they did a -- they put an IV in, they
20  chatted Greg up, they looked to see what medications
21  he had taken, they talked with myself and Greg and
22  Mr. Davalos about the events of the last couple of
23  days, they asked Greg about how it started, what was
24  the cause.
25            And with the IV, Greg was then completely out