IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

GREGORY JOHNSON and KIMBERLY )
JOHNSON, individually and on )
behalf of their minor )
children, MADISON JOHNSON )
and ALEXANDER JOHNSON, )
)
      Plaintiffs, )
)
vs. )
)
UNITED STATES OF AMERICA, )
)
      Defendant. )
_____)

Case No. 3:06-CV-00120-RRB

---

DEPOSITION OF GREG JOHNSON
VOLUME I

---

Pages 1 - 84
Tuesday, April 17, 2007
3:00 P.M.

Taken by Counsel for Defendant
at
U.S. ATTORNEY'S OFFICE
222 West Seventh Avenue
Anchorage, Alaska

1  Q. Okay. Now I want to go to the school
2  district, to your injury. Do you know what day of
3  the week it occurred?
4  A. It occurred on a Friday.
5  Q. Okay. What were you doing that day?
6  A. That day was a culmination of a week in
7  which we had been doing what we called our summer
8  standards institute, which was helping our teachers
9  learn more about where we were trying to go
10 educationally and having them help work on our
11 district standards, our student learning objectives
12 and our student assessments, writing lessons and
13 units. We were wrapping up a week of doing that in
14 Unalakleet. We were preparing to come in here the
15 next week and do a week here.
16 Q. I really want to know what you were doing.
17 A. What I was doing? I was teaching for most
18 of the day, and then as the day closed out, then I
19 was starting to gather the stuff up to bring into
20 Anchorage.
21 Q. What were your plans for coming into
22 Anchorage?
23 A. My plans were to come into Anchorage on
24 that Saturday, pick up all the stuff on Sunday, and
25 take it up to our -- the area where we were going to

1  have our folks stay at, do the symposium at, and get
2  all set up so I could start teaching Monday morning.
3      Q.   So after teaching on Friday, what were you
4  doing?
5      A.   And after the workday was over?
6      Q.   Well, maybe -- well, actually, maybe I
7  should slow down. What did you do in the morning
8  from 8:00 until noon?
9      A.   Taught teachers and worked with them. I
10 don't have anything specific that I can recall other
11 than that's the time -- the week they were wrapping
12 things up from presenting. So I guess I would more
13 likely have been facilitating their presentations,
14 helping them prepare and get ready to share with
15 their colleagues what they had done during the week.
16     Q.   So that was classroom work?
17     A.   Yes.
18     Q.   Okay. And then afternoon, what type of
19 work did you do?
20     A.   Same thing until about 2:00 or 2:30, and
21 then I started boxing things up and directing people
22 where we needed to get them in order to get them
23 shipped into Anchorage.
24     Q.   And what were you boxing up?
25     A.   Books, papers, presentation supplies. Just

Page 29

1    A.   Initially I sat just with my feet dangling.
2    It was kind of a rocker recliner, and rocking action
3    seemed to alleviate the pain a little bit. I ate
4    dinner with Kim and Madison, although I stayed in the
5    recliner while I ate dinner. And once Madison went
6    to bed, then I did recline in the recliner. So that
7    would have been 7:15 to 7:30.
8    Q.   Did you eat in the recliner?
9    A.   I did.
10   Q.   Did you get up from the recliner between
11   the time you sat in around -- between 5:15 and 7:00?
12   A.   No, I didn't.
13   Q.   Okay. And then what happened?
14   A.   I stayed there for the evening, and Kim
15   went to bed at some point. I woke up somewhere
16   between -- somewhere on the other side of midnight.
17   I don't recall exactly what time it was, but it was
18   definitely after midnight. I realized I needed to
19   urinate, so I got up out of the recliner and then
20   went to the bathroom.
21   Q.   Okay. And how was walking to the bathroom?
22   A.   It hurt, specifically in the back. There
23   was some -- I think at that point it was just the
24   back hurt a lot. I mean, just to the left of the
25   spine. And it was very sore, but I was able to go

1   and urinate. But at that point in time it hurt
2   enough that I decided not to go sleep in the bed with
3   Kim. I went and laid down on the bed in the guest
4   bedroom.
5       Q.  Why?
6       A.  She doesn't like to hear people whine and
7   moan. I was hurting enough that I was making
8   physical sounds. I was making audible sounds. And
9   sometimes also at that time our daughter would come
10  in and sleep with us sometime during the night, and I
11  didn't want to have anybody moving around and stuff,
12  so I wanted to go -- and I just laid down somewhere
13  where I could lay and then find a comfortable
14  position.
15      Q.  And do you recall taking any pain
16  medication after that?
17      A.  I know I didn't take any of that, no.
18      Q.  Any reason why not?
19      A.  I'm a big guy. You know, for me the
20  recommended dose on the side of a bottle of Advil
21  doesn't do much for anything. If I have a sore toe
22  or a hangnail or a headache, that amount of
23  medication doesn't do very much for me. And I'm a
24  big enough pansy that I don't want to take six times
25  the recommended dosage and then play with that and

1  support.  Pillow between my legs.
2      Q.  Did you get to sleep?
3      A.  Off and on.  I would drowse.  I was
4  probably awake more than I was asleep.
5      Q.  And at what point were you awake and stayed
6  awake?
7      A.  I have no recollection of that time.
8  Certainly -- yeah, somewhere between 4:00 and 6:00
9  a.m.
10     Q.  Did you get out of bed again that morning?
11     A.  I did not.
12     Q.  When did you, approximately, have contact
13 with Kim that morning?
14     A.  It would be similar, during that 4:00 to
15 6:00 a.m., once I was awake fully, and at some point
16 I hollered at her that I was really hurting.
17     Q.  So did you wake her up?
18     A.  I believe so.
19     Q.  Then what happened?
20     A.  We talked about it for a while and talked
21 about, "Does it hurt worse than it's ever hurt
22 before?"
23         "Yes, it does."  And what should we do,
24 what should we do.  And finally at some point I asked
25 her to call 911, that we needed to talk to someone at

Page 44

1   shot?
2       A.   I don't recall that specifically, no.
3       Q.   Now, on the second visit, is it your memory
4   they came in together, or did one come and then the
5   other come, or how did that occur?
6       A.   I don't have any specific recall of that.
7   Certainly by the time they got back to the room where
8   I was, they were together, but I couldn't see outside
9   where I was, so I don't know if they came together.
10      Q.   Okay.  And when they came into the room,
11  where were you?
12      A.   Lying in the bed.
13      Q.   So between going to bed at midnight until
14  the appearance of Dave and Kerilee together, had you
15  gotten up at all?
16      A.   No, had not.
17      Q.   Okay.  What happened when they came in that
18  you can recall?
19      A.   Some general conversations about what
20  occurred previous day, evening, where the pain was,
21  what the symptoms were that I was feeling.  I don't
22  recall much more than that.  I mean, I don't recall
23  discussing -- I don't recall anything other than
24  that, I guess, from the initial visit.
25      Q.   Okay.  Did David do anything?

Page 45

1    A.   In terms of?  I mean, he talked to me.
2    Q.   Touching you?
3    A.   He took notes.
4    Q.   Did he touch you?
5    A.   I don't recall him touching me at that
6  point in time.  He may have reached around my back
7  or -- I don't recall any other type of physical
8  contact.
9    Q.   What do you mean reached around your back?
10   A.   Just tried to localize where the pain might
11 be occurring.
12   Q.   And how long did that take?
13   A.   Didn't take more than a minute or two.
14   Q.   So he reached around you for a minute?
15   A.   I was on about a 45 since I was propped up.
16 He was right beside the bed, so he's got to have open
17 access to my back.  So he's not really reaching
18 around.  He's more or less behind me anyway.
19   Q.   Okay.  So his body was facing your back --
20   A.   Yes.
21   Q.   -- rather than your stomach?
22   A.   Yes.
23   Q.   And what did he do when he was facing your
24 back?
25   A.   Ran his -- ran his fingers, thumbs down the

Page 46

1  vertebrae, trying to find where the -- where things
2  were hurting, and we found the spot that hurt, and
3  then that was that.
4      Q.   And that whole exercise took how long?
5      A.   I have no idea. A minute or two. It
6  wouldn't have taken that long to go down the spine.
7      Q.   Did he do anything else?
8      A.   Not that I recall. At that -- at that
9  point we may have talked about pain medication. At
10 some point during Saturday I did receive some
11 medication. I don't remember whether it was an
12 injection or whether it was pill form and whether
13 Dave administered it or Kerilee, but --
14     Q.   How clear are you about having a
15 conversation about medication? You said we may have.
16 Are you clear that you did or --
17     A.   Certainly we talked about we needed to do
18 something to alleviate pain, what our options were.
19 I just don't remember if at that point in time, that
20 they gave me a pill or a shot. But clearly I do
21 recall that I got some pain medication on Saturday.
22     Q.   Did you get it when they were there or
23 later?
24     A.   I'm not sure.
25          MR. BROWN: Objection. Form. I'm sorry.

Page 51

1   A.   At that point in time the plan was to
2   monitor things, see how they went, and perhaps try
3   and see if we could get on the same commercial flight
4   on Sunday.
5   Q.   At what time were the flights leaving at
6   that time?
7   A.   I believe Peninsula Airways at that time
8   that year was leaving somewhere between 10:00 and
9   12:00 in the morning.
10  Q.   Did you have to cancel your flight for that
11  day?  Is that something you do?
12  A.   We called them and told them that I
13  wouldn't be on the flight that day and asked them if
14  they would move it to the next day.
15  Q.   Did they do that?
16  A.   I don't know.  I didn't wind up getting on
17  the plane, so I don't know if they did that or not.
18  They said fine.
19  Q.   Okay.  Did you make that telephone
20  conversation?
21  A.   No.  I asked Kimberly to.
22  Q.   And how did the rest of that Saturday go?
23  A.   I don't know.  The pain continued.  At some
24  point in time, then, before lunch I did have to
25  urinate.  The only thing we could figure out -- we

1   looked at a variety of options. The only thing we
2   could finally figure out to try and use was a Ziploc
3   bag. It was kind of a tough thing to do since we had
4   a very inquisitive young lady wandering around the
5   house, wanting to know what was going on. It was
6   tough to pull off anyway, and it was kind of tough to
7   do that in front of the girl.
8           As the day wore on, I was able to nap every
9   now and then as the day got into the afternoon.
10  There were some points and times when it felt like my
11  one foot was going to sleep, and I remember talking
12  to Kim about that. She rubbed it for me for awhile,
13  and it seemed like it woke up.
14       Q.   Which foot was that?
15       A.   I believe that was the left foot. At some
16  point in time Saturday evening, then both feet would
17  start having that kind of going-to-sleep feeling.
18  Kim would rub them both. Would maybe get some
19  return.
20       Q.   Did you shift positions when this happened?
21       A.   No. No, any position shifting I'd
22  attempted from Friday night on just always was so
23  much pain that on my right side, semi propped up with
24  a pillow between my legs was the only thing that gave
25  me any abatement to the pain, and that was just

Page 56

1   Mr. Davalos had access at least to Kerilee's vitals.
2   He had done some type of initial take a look, and he
3   needed Dr. Voke to come up with a plan of action.
4   All Dr. Voke could have told me was either what he
5   had done before, it will either get better or it will
6   get worse, or come into Anchorage, and so I turned it
7   over to someone that I trusted to help take care of
8   what I considered to be a serious issue.
9       Q.   And then in the evening, anything happen
10  Saturday evening?
11      A.   Pretty much just recall more of the same.
12  It hurt. As we got into Saturday evening, night, at
13  one point in time I did try to urinate. Was able to
14  start the stream. As it started getting closer and
15  closer to the top of the Ziploc, I was trying to stop
16  the stream and was having difficulty and at some
17  point dribbled some onto the sheets of the bed that I
18  was lying on.
19      Q.   So were you trying to stop because the
20  Ziploc was getting full?
21      A.   Because it was getting -- yeah, it was
22  going to spill out if I got much more in the Ziploc.
23      Q.   And then did it stop on its own?
24      A.   Stopped at some point then, yeah.
25      Q.   How long did it dribble?

Page 58

1   that.
2   Q.   Did you have further discussions about the
3   plan after this incident?
4   A.   No.
5   Q.   No? Okay. Then what happened next in the
6   incident or anything that was different?
7   A.   I'm not sure I recall anything else
8   significantly different happening Saturday night.
9   Q.   So now going into Sunday morning. At what
10  point did you become awake and stay awake?
11  A.   I don't recall. I mean, for the day?
12  Q.   Yeah.
13  A.   Probably fairly early again. I mean, it
14  was probably again in that 5:00 or 6:00 a.m. range.
15  Q.   Any change in your pain level?
16  A.   No, by that time it was pretty constant.
17  Q.   And then what happened? Was Kim awake?
18  A.   Kim woke up, we had another round or two
19  with the having trouble stopping urinating. Started
20  to not -- I mean, it was kind of a catch 22. I was
21  still sweating quite a bit because it was very hot in
22  the house at that point in time. I was starting --
23  experiencing these troubles urinating, so I didn't
24  want to drink that much water, but I had to drink
25  some, so -- but I was still having some dribbling

Page 59

1  problems.
2  Q.  Did you bring your fan into that room?
3  A.  We had a fan going. It was just, you know,
4  real -- for Unalakleet at that point in time, seemed
5  like it was really hot and moist. And the pain, I
6  mean, I get in any kind of pain, I tend to perspire.
7  Q.  Did you talk about anything, about what to
8  do?
9  A.  Well, I mean, at this point in time, now
10  rubbing my feet doesn't produce any response. We
11  talked that we needed to call Dr. -- Mr. Davalos and
12  get him over. I was really starting to get scared.
13  Q.  What were you scared about?
14  A.  The fact that I was having trouble
15  urinating for the first time in 40 years and that
16  this -- my feet were going to sleep but now weren't
17  waking up. That was a significant change from the
18  previous day when we last talked to him. And I have
19  no -- up until this point in time, no reason to ever,
20  family-wise, myself-wise, have any contact, anything
21  neurologically related, so I had no idea.
22       I mean, I certainly did not expect that
23  there was anything really wrong with my spine at that
24  point in time. I just knew that there were things
25  going on with my body that I didn't understand, and I

Page 62

1  him come over earlier or if he came over to do what
2  we talked about on Saturday.
3      Q.  Do you know what time he showed up?
4      A.  I don't.  It would have been in the
5  morning, simply because the flight was in the
6  morning.
7      Q.  Do you recall if he did anything physical
8  with your body, hands on your body?
9      A.  At that point I don't recall him doing
10 anything with my body.  At that point we got into a
11 discussion about how I was feeling, what had occurred
12 last night.
13     Q.  And what do you specifically recall telling
14 him where you actually have a memory about it?
15     A.  Of the urination, change in urination and
16 about the change in sensation with my lower legs and
17 feet.
18     Q.  Okay.  When he heard about the change of
19 sensation in the lower legs and feet, do you recall
20 that he did anything with your lower legs and feet?
21     A.  I don't recall.  I recall him saying pretty
22 much the same thing he had said on Saturday, which
23 was that they were losing sensation because I was
24 lying on them, and that he had had a back injury and
25 that it's really hard to judge pain in a back injury

Page 69

1  morning -- I must have been asleep. At some point I
2  remember waking up and there being a lot of urine
3  around me, soaking into the mattress and soaking
4  through my boxers and shorts. I don't remember
5  exactly what time that was. At that point I called
6  Kim in. I was fairly well soaked.
7           As we went to change those off and try to
8  clean me up a little bit, we discovered I had an
9  involuntary bowel movement as well. I hadn't up to
10 that point really even had -- felt like I had to have
11 a bowel movement. So Kim helped clean that up and
12 put new underwear and new shorts on.
13          And once again, then, Monday morning,
14 whether it was us having a conversation with him or
15 David coming over again to take a look at the plan, I
16 think that was -- possibly, because David this time
17 brought Will Halleron, who at that point in time --
18 I'm not exactly sure who he was employed by, but Will
19 had EMT training, was our community ambulance driver.
20          David said, you know, "We've got to try to
21 get you on PenAir." So they brought in an aisle
22 chair or a stair chair from the airport on Monday.
23 So Monday. Jim Hickerson, who is my supervisor at
24 work, our assistant superintendent, was also there
25 when they came. We'd asked him to come over and see

1   if he could provide some assistance as well.
2           We actually did get me into the -- we'd
3   updated the symptoms and the fact that I'd had the
4   involuntary bowel movement, the fact that I had had
5   an apparent release of more than just a dribble of
6   urine, and the fact that the sensation, decreasing
7   sensation was getting worse. I mean higher.
8           And Mr. Davalos and Mr. Halleron did get me
9   in the aisle chair. It was really, really painful.
10  We got almost to the hallway in that room, and at
11  that point in time I do recall Mr. Halleron and Will
12  having a conversation that, "Listen. There is no
13  way, if we get him on the plane, that the PenAir
14  people can help him deplane." Or that there is
15  nothing that can happen in Anchorage.
16          I do remember Mr. Davalos then, and this
17  would be, you know, sometime early Monday morning,
18  saying, "I need to go call Nome and find a way to get
19  you down there."
20      Q.  I want to go back to the involuntary waking
21  up and finding your urine soaked in the bed. Was it
22  dark outside?
23      A.  Yes.
24      Q.  Did you wake Kim up?
25      A.  Yes.