Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

GREGORY JOHNSON and KIMBERLY )
JOHNSON, individually and    )
on behalf of their minor     )
children MADISON JOHNSON     )
and ALEXANDER JOHNSON,       )
                             )
            Plaintiffs,      )
                             )
    vs.                      )
                             )
UNITED STATES OF AMERICA,    )
                             )
            Defendant.       )
_____)
Case No. 3:06-CV-00120-RRB

VIDEOTAPED DEPOSITION OF KERILEE KATONGAN

Pages 1 - 111, inclusive

Friday, April 20, 2007
3:05 P.M.

Taken by Counsel for Plaintiffs
at
DILLON & FINDLEY
1049 West 5th Avenue, Suite 100
Anchorage, Alaska

Page 43

1  other people's homes.  They absolutely refused to go
2  to the clinic, and they'd call up and be real ugly,
3  saying that they're going to call the cops or --
4  obviously, they'd be drinking.
5        And you never went to their home alone.  You
6  took a police officer with you.  And once it checked
7  out, that they were being fine, then you documented
8  it.
9     Q.  Okay.  Let me rephrase the question then
10 and add that to the -- to the question.  Other than
11 people that were -- had been drinking and you had to
12 take a police officer along that were being --
13 refusing to come to the clinic, and the elderly that
14 fell and were injured, do you recall ever going to
15 someone's house, apart from those two categories of
16 patients, during regular clinic hours?
17    A.  No.
18    Q.  All right.  Tell me what you recall about
19 the first time that you talked to Kimberly Johnson
20 on May 22nd, 2004 about Greg.
21    A.  She said that he had back pain, and he was
22 supposed to travel.  His back pain was worse, and
23 she was wondering if someone could go and take a
24 look, or examine him.
25    Q.  Anything else you recall about that call?

Page 44

1   A.   No, I don't think so.
2   Q.   All right. Did you go?
3   A.   Yes.
4   Q.   And do you recall what time you went?
5   A.   It was early, 7:00, 7:30.
6   Q.   Did it get you out of bed, the call?
7   A.   Yes.
8   Q.   All right. And had you been out late the
9   night before?
10  A.   I'm not too sure. I don't think so.
11  Q.   All right. Did it -- did the call actually
12  wake you up?
13  A.   Yes.
14  Q.   And so you had to wake up and get dressed
15  and go to the house?
16  A.   Yes.
17  Q.   And tell me what you recall when you got
18  there.
19  A.   Greg was in his bedroom. I'm not sure if
20  he was sitting up or if he was lying on his side.
21  Their daughter was in the living room playing, and
22  Kim was home. I think that was it.
23  Q.   Okay. Did you actually physically -- do
24  you recall where the bedroom was in the house?
25  A.   You went into the door, and once you went

Page 66

1  battery would die. And if that wasn't working, then
2  they would give him the home phone.
3      Q.  All right. Why would -- but -- but do you
4  recall specifically Ms. Johnson calling you
5  personally after the visit on the 22nd?
6      A.  I don't remember.
7      Q.  Okay. To the best of your recollection, do
8  you have any recollection of her calling you on
9  the -- after the 22nd?
10     A.  I don't think so. I don't remember. I'm
11 not too sure.
12     Q.  All right. And there -- and that's another
13 reason that you chart things in chart notes, because
14 here we are in 2007; it's hard to remember all
15 things specifically, correct?
16     A.  Yes.
17     Q.  But some of the things you do recall
18 specifically, right?
19     A.  Yes.
20     Q.  I mean you specifically recall that he was
21 in the bed, right?
22     A.  Either sitting or laying down when I first
23 got there.
24     Q.  And you specifically recall that he never
25 got up and went to the bathroom while you were there