Patient Encounter Greg Johnson, 05-23-2004

11:00 am

CC   Back Pain

Subjective: S- Patient was called early this morning to prepare him for movement to Airplane. Patient states that he wants to wait 1 more day. Pain is under control with pain medication but legs are more numb. Patient able to urinate without much difficulty, has dribbling problem, cannot stop urination.

Objective: O- Exam – DTR's 2 + x bilateral at knees, Decreased strength with Dorsiflexion of both feet. Weak Planter flexion. Patient able to move both Upper legs but unable to sit.

Diagnosis:   Lumbar Back Injury, progressing Symptoms

Treatment:   Continue current pain medication

Follow up appointment:   Send Patient via airplane to Anchorage on May 24, 2004

David Davalos, PA-C          May 23, 2004

NSHC000002

EXHIBIT G
PAGE 1 of 1