Patient Encounter Form for Greg Johnson, May 24, 2004

8:30 am    Blood Pressure 128/88

CC    Back Pain

Subjective:    S- Patient evaluated in home with Injection of Medication and transport to Commercial Airplane. Patient unable to tolerate transport to Commercial Air.

Nome Hospital Contacted and Air evacuation deemed necessary for transport.

Objective: O- Exam – Lower Extremities – decreased sensation to soft and sharp touch, 0 (no) Dorsiflexion and greatly decreased Planter flexion. Less than 1+ (<1+/4+) Deep Tendon Reflex at knee, Slight clonus developing.

Patient unable to stand or move legs on demand, from knees to toes.

Soiling of Underwear, urine and stool.

Dr. Eule consulted and recommends Transport. Needs MRI and Consult

Diagnosis:    Lumbar Back Pain with Neurological Deficits, progressing.

Treatment    #1 – IV and Morphine 10 mg IM and 25 mg Phenergan IM at 830 am
#2 – Morphine 10 mg IM and 25 mg Phenergan IM 1:25 pm
IV placed in patient for transport.

Follow Up Appt:    Air-Evacuation to Anchorage, Alaska – Providence Hospital

David Davalos, PA-C        May 24, 2004        Dr. Rabinowitz/Scofield, MD

NSHC000003

EXHIBIT H
PAGE 1 of 1