NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGORY JOHNSON and KIMBERLY JOHNSON, individually and on behalf of their minor children, MADISON JOHNSON and ALEXANDER JOHNSON, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | **UNITED STATES' ANSWERS TO PLAINTIFFS' FIRST REQUEST FOR ADMISSIONS** |

The United States, through counsel, responds to Plaintiffs' First Requests for Admissions as follows:



EXHIBIT I
PAGE 1 of 2

**RESPONSE:** Objection vague as to what "decreased means." In answering these questions, Mr. Davalos means decreased from the day before (May 22, 2004) and he will address specific neurologic findings.
Admit that Johnson had "decreased strength in dorsi flexion"(pushing toes up).
Admit that Johnson's plantar flexion (pushing toes down) was decreased from the day before.
Objection /s_____Lindquist

**REQUEST FOR ADMISSION NO. 8:** Admit that as early as May 23, 2004, Gregory Johnson subjectively complained of bladder dysfunction, i.e., difficulty in stopping urination.
**RESPONSE:** Deny.

**REQUEST FOR ADMISSION NO. 9:** Admit that neither David Davalos nor any other NSHC personnel advised Gregory Johnson of the potential sequelae from a delayed diagnosis of cauda equina syndrome.
**RESPONSE:** Admit.

**REQUEST FOR ADMISSION NO. 10:** Admit that neither David Davalos nor any other NSHC employee advised Gregory Johnson or Kimberly Johnson of the significance of neurological signs and symptoms, including bowel and bladder function.
**RESPONSE:** Objection – terms are undefined, in particular, what significance are you referring to. Please rephrase with particularity.
Deny that David Davalos had information that Johnson had neurological signs and symptoms of bowel and bladder dysfunction before the morning of May 24, 2004. As bowel and bladder symptoms are the only neurologic ones identified in the question, the government will not guess what else you are referring to, but will answer the question when it is rephrased.

Objection /s_____Lindquist

**REQUEST FOR ADMISSION NO. 11:** Admit that as early as May 23, 2004, Gregory Johnson was a level one patient for purposes of NSHC's medivac policy.
**RESPONSE:** Deny.

-3-

Johnson v. US, et.al.
3:06-cv-00120-RRB


EXHIBIT I
PAGE 2 of 2