```
 1              IN THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF ALASKA AT ANCHORAGE
 3    -------------------------------
 4    In the Matter of              )
 5    GREGORY JOHNSON and            )
 6    KIMBERLY JOHNSON, individually)
 7    and on behalf of their minor  )
 8    children, MADISON JOHNSON     )
 9    and ALEXANDER JOHNSON         )
10              Plaintiffs           )
11    vs.                            )
12    UNITED STATES OF AMERICA      )
13              Defendant            )Case No. 3:06-CV-00120-RRB
14    -------------------------------
15                  Deposition of:
16                  DR MICHAEL GREVITT
17                  Taken at:
18           George Stubbs Conference Room
19                  Colwick Hall Hotel
20         Racecourse Road, Nottingham NG2 4BH
21                  United Kingdom
22                  Taken on:
23           Friday, 22nd February 2008
24              Commencing at 9:00 a.m.
25
```

EXHIBIT J
PAGE 1 of 2

1  their chance of a better or complete recovery. You do
2  not have that here in England?
3     A.  I am not aware of that, I am afraid, no.
4     Q.  Do you have an independent claim for failure to
5  provide enough information to a patient to make an
6  informed decision?
7     A.  Yes. We have certain breaches of duty with
8  regard to informed consent. We do.
9     Q.  So if a patient does not perform, is not
10 provided adequate information to make an informed
11 decision you can bring a claim here in England?
12    A.  Correct.
13    Q.  And an example of informed consent would be
14 providing a patient that I just described with the red
15 flags or warning signs in case their condition
16 progressed, correct?
17    A.  That very much depends on what is perceived as
18 the standard of care.
19    Q.  That is what you are here for.
20    A.  Yes, so with specific answer to your question,
21 most spinal surgeons tell their patients if there are
22 problems with urinary dysfunction or incontinence to
23 contact the department, so yes, I believe it is the
24 standard of care.
25    Q.  Doctor, you have given negligence reports for

EXHIBIT J
PAGE 2 of 2