```
 1
 2
 3
 4              IN THE UNITED STATES DISTRICT COURT
 5                DISTRICT OF ALASKA AT ANCHORAGE
 6                          ---oOo---
 7
 8
 9   GREGORY JOHNSON and KIMBERLY )
     JOHNSON, individually and on )
10   behalf of their minor        )   Case No. 3:06-CV-00120-RRB
     children, MADISON JOHNSON    )
11   and ALEXANDER JOHNSON,       )   Deposition of:
                                  )
12         Plaintiffs,            )   CYNDY FLORES
                                  )
13         vs.                    )   January 12, 2008
                                  )
14   UNITED STATES OF AMERICA,    )
                                  )
15         Defendants.            )
     _____)
16
17
18
19
20
21                       j. j.
22
23                       Reporting
24   Reported By:            Services
     Theresa Wolkoff
25   CSR #5037
                                   28 North First Street, Suite 202
                                   San Jose, California 95113
                                   (408) 298-4040
```

EXHIBIT K
PAGE 1 of 5

1  history, probably, much more thorough exam, but even just
2  given what you have right there, that is enough to tell me
3  that a supervising physician consult should have been done
4  immediately on this patient.  He himself recognizes these
5  are progressing symptoms but I don't think that he clearly
6  understood the gravity.
7  Q     And what do you think is the gravity?
8  A     The potential for poor outcome.  This is a patient
9  with worsening bilateral neurologic symptoms.
10 Q     Then going to the third day --
11 A     If I could just come back to this just real quick.
12 Q     Sure.
13 A     I didn't know we were going to leave it.  I mean in
14 addition to an immediate physician consult at this point,
15 he needs to discuss immediate transfer of this patient.
16 Q     Is there a possibility the patient could be getting
17 worse if not transported?
18 A     I'm sorry?
19 Q     Never mind.  Strike that question.  Let's go to the
20 next day.  This is 5-24-04, and the note is "Time,"
21 sometime after 8:00, maybe 8:30?
22 A     (Witness nods head.)
23       MS. LONG:  You have to answer out loud.
24       THE WITNESS:  Oh.  Yes.
25 Q     (By Ms. Lindquist)  The blood pressure is 128 over

1    with the presenting symptoms and history, and I disagree
2    with that in terms of this is a man with back pain,
3    neurologic complaints and findings that are bilaterally,
4    that are not specifically consistent with his diagnosis of
5    acute lower back strain and possible disc injury, so I
6    would disagree with him on that.
7    Q    Do you think possible back strain should not have
8    been listed as a possibility?
9    A    It could have been a differential diagnosis and it
10   may be possible, but I think he -- I think it could have
11   been a possible diagnosis listed.  He feels that "In most
12   cases of lower back pain even associated with disc
13   herniation, it can be managed conservatively with pain
14   medicine and rest."
15   Q    Can it?
16   A    I agree with that statement, but however, he says
17   "As in the case of the plan initially proposed by Mr.
18   Davalos," which with lower back pain can in fact be simply
19   treated with pain medicine and rest, however, not in light
20   of the fact where you have neurologic findings, and I
21   actually agree with him that he says "At least by the
22   second day, when there were clear changes in the
23   neurologic findings, that there should have been physician
24   consultation," and I would actually agree with him on that
25   point.  I feel there should have been consultation

1  regarding the patient on day one but definitely by day
2  two.
3  Q    Did you read PA Dehn's report?
4  A    I did not.
5       MS. LONG:  Would this be a good time to take five?
6       MS. LINDQUIST:  Off record.
7                    (Recess.)
8       MS. LINDQUIST:  No questions.
9       MS. LONG:  I have a couple questions.
10                          EXAMINATION BY MS. LONG
11 Q    (By Ms. Long)  I am going to ask you a couple of
12 questions about day one, and by that, I mean the first day
13 that Mr. Davalos saw Mr. Johnson on May 22, '04.  In the
14 context of your practice, if you were to have seen this
15 patient and done no more than what is documented on this
16 page, what would your actions be, based on your training?
17 And I should say what would your plan have been based on
18 your training and experience?
19 A    I think that given the information we have from the
20 document on 5-22-04, I would have had a concern that there
21 was something going on, not necessarily with the exact
22 diagnoses but clearly the recognition of I have a patient
23 with lower back pain with bilateral neurologic symptoms,
24 there is definitely something going on there and this
25 patient needs further evaluation and treatment.  I would

1   of pain then he should be able to sit if his pain was
2   under control.
3   Q    If there was a decreased sensation present, I know
4   there's no examination here, but would a reduction in
5   sensitivity explain to any degree the statement that he's
6   under -- pain is under control but he's unable to sit?
7   A    I'm sorry, can you give that to me one more time?
8   Q    No, I'm going to withdraw the question.
9        With respect to the findings on May 23rd, what
10  should the plan have been, based on your training and
11  experience?  And I want you to assume that nothing further
12  was done than was stated on the clinical form in terms of
13  an objective evaluation.
14  A    Well, what should have been done at this point,
15  then, is a call to the supervising physician and for him,
16  I think, because we needed to facilitate a Medi-Vac
17  transport out, if he felt that the patient was unable to
18  sit, he can't fly commercial, so he needs to be flown out
19  to, in this case, Anchorage.
20       MS. LONG:  Okay.  I don't have any further
21  questions.
22                      FURTHER EXAMINATION BY MS. LINDQUIST
23  Q    (By Ms. Lindquist)  Do you have any personal
24  knowledge about the method of transportation of air from
25  Unalakleet to Anchorage?