Ray R. Brown
DILLON & FINDLEY, P.C.
1049 W. 5th Avenue, Suite 100
Anchorage, AK  99501
Phone 277-5400
Fax   277-9896

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

GREGORY JOHNSON and KIMBERLY )
JOHNSON, individually and )
on behalf of their minor )
children, MADISON JOHNSON and )
ALEXANDER JOHNSON, )
                              )
           Plaintiffs, )
vs. )
                              )
UNITED STATES OF AMERICA, )
                              )
           Defendant. )
_____)  Case No. 3:06-CV-00120-RRB

**STIPULATION FOR EXTENSION OF DEADLINES**

COME the parties and move the court for a stipulated order extending the deadlines in this matter as requested below:

Dispositive Motions and Motions In Limine:  Extended from **7/3/08** to **7/31/08.**

Gregory Johnson, et al. v. USA, et al.
Case No. 3:06-CV-00120-RRB
STIPULATION FOR EXTENSION OF DEADLINES
Page 1 of 2

RESPECTFULLY SUBMITTED this 3rd day of July 2008, at Anchorage, Alaska.

      DILLON & FINDLEY, P.C.
      Attorneys for Plaintiffs

By: s/Ray R. Brown
    Ray R. Brown, ABA No. 8206012
    1049 W. 5th Avenue, Suite 100
    Anchorage, Alaska  99501
    Phone:  277-5400
    Fax:    277-9896
    Email:  ray@dillonfindley.com

NELSON P. COHEN
United States Attorney

By: s/Susan J. Lindquist (consent)
    Assistant U.S. Attorney
    222 W. 7th Ave., #9, Rm. 253
    Anchorage, AK  99513-7567
    Phone: 271-3378
    Fax:   271-2344
    Email: susan.lindquist@usdoj.gov
    ABA No. 9008053