NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGORY JOHNSON and KIMBERLY JOHNSON, individually and on behalf of their minor children, MADISON JOHNSON and ALEXANDER JOHNSON,<br><br>          Plaintiffs,<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | Case No.  3:06-cv-00120-RRB<br><br>**JOINT MOTION FOR STAY OF ALL PENDING DEADLINES**<br><br>*Filed on shortened time* |

    The parties, through their counsel, move for a stay of all pending deadlines

for a period of 45 days to allow them an opportunity to engage in further

settlement discussions.   The parties request a stay of this case until August 25, 2008.   An order has been lodged for the court's use.

RESPECTFULLY SUBMITTED on July 11, 2008.

NELSON P. COHEN
United States Attorney

s/ Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

DILLON & FINDLEY, P.C.
Attorneys for Plaintiffs

s/ Ray R. Brown (consent)
Ray R. Brown, ABA No. 8206012
1049 W. 5th Avenue, Suite 100
Anchorage, AK 99501
Phone: (907) 277-5400
Fax: (907) 277-9896
E-mail: ray@dillonfindley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2008,
a copy of the foregoing **JOINT MOTION FOR
STAY OF ALL PENDING DEADLINES**
was served electronically on Ray R. Brown.

s/ Susan J. Lindquist

-2-

Johnson v. US, et.al.
3:06-cv-00120-RRB