IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGORY JOHNSON and KIMBERLY JOHNSON, individually and on behalf of their minor children, MADISON JOHNSON and ALEXANDER JOHNSON,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendants. | )  Case No.  3:06-cv-00120-RRB<br>)<br>)<br>)<br>)<br>)  **[PROPOSED] ORDER**<br>)  **GRANTING JOINT MOTION**<br>)  **FOR STAY OF ALL PENDING**<br>)  **DEADLINES**<br>)<br>)<br>)<br>)<br>) |

Based upon the joint motion of the parties, it is ordered that this case is stayed for a period of 45 days to allow the parties to engage in further settlement discussions.   The stay will be in effect until August 25, 2008, at which time the parties will file a status report with the court.

Date: _____          _____
                                Ralph B. Beistline
                                United States District Court Judge