NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGORY JOHNSON and KIMBERLY JOHNSON, individually and on behalf of their minor children, MADISON JOHNSON and ALEXANDER JOHNSON,<br><br>           Plaintiffs,<br><br>   vs.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendant. | Case No.  3:06-cv-00120-RRB<br><br>**STATUS REPORT RE:**<br>**SETTLEMENT DISCUSSIONS** |

    The United States, through counsel, reports that the parties are still discussing settlements.  In order to comply with all the governmental procedures, the parties anticipate that they will be unable to conclude settlement negotiations

for thirty days.  The United States will file a status report regarding settlement on October 3, 2008.

        RESPECTFULLY SUBMITTED on August 29, 2008.

    NELSON P. COHEN
United States Attorney

s/ Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2008,
a copy of the foregoing **STATUS REPORT
 RE: SETTLEMENT DISCUSSIONS**
was served
electronically on Ray R. Brown.

s/ Susan J. Lindquist

Johnson v. US, et.al.
3:06-cv-00120-RRB        -2-